UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Loma Linda – Inland Empire Consortium <br> For Healthcare Education <br> d/b/a <br> Loma Linda University Heath <br> Education Consortium <br> 11175 Campus Street <br> Loma Linda, CA 92354, <br><br> Plaintiff, <br><br> v. <br><br> National Labor Relations Board <br> 1015 Half Street, SE <br> Washington, DC 20003, <br><br> Defendant. | Civil Action No. 1:23-cv-00688 |

## PLAINTIFF'S RULE 7.1 AND 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 26.1, and in order to enable judges to evaluate possible disqualification or recusal, Plaintiff Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium, by and through undersigned counsel, hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

SEYFARTH SHAW LLP

   /s/ Samantha L. Brooks
Samantha L. Brooks (D.C. Bar. No. 1033641)
sbrooks@seyfarth.com
Seyfarth Shaw LLP
975 F Street
Washington, DC 20004
(202) 828-3560

*Attorney for Plaintiff*

Dated: March 15, 2023

93103371v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March, 2023, a copy of the foregoing Rule 7.1 Disclosure Statement, was filed and served via CM/ECF and U.S. Mail on:

National Labor Relations Board
1015 Half Street, SE
Washington, DC 20003

Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

Attn: Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

    /s/ Samantha L. Brooks
Samantha L. Brooks