UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Loma Linda – Inland Empire Consortium<br>For Healthcare Education<br>d/b/a<br>Loma Linda University Health<br>Education Consortium<br>11175 Campus Street<br>Loma Linda, CA 92354<br><br>    Plaintiff<br><br>  v.<br><br>National Labor Relations Board<br>1015 Half Street, SE<br>Washington, DC 20003<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-00688<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

  I, Samantha L. Brooks (D.C. Bar No. 1033641), a member in good standing of the Bar of the District of Columbia and counsel for Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium and pursuant to Local Rule 83.2(d), move for the admission and appearance of attorney Michael Dean Berkheimer *pro hac vice* in the above-entitled action.  This motion is supported by the Declaration of Michael Berkheimer, filed herewith.

  As set forth in Mr. Berkheimer's declaration, he is admitted and an active member in good standing of the State Pennsylvania Bar and has a pending admission application with the District of Columbia Bar. Mr. Berkheimer is also a member in good standing of the Bar of the United States Circuit Courts for the District of Columbia Circuit and Ninth Circuit, and is in process of applying for admission to the Bar of this Court.

This motion is supported and signed by Samantha Brooks, an active and sponsoring member of the Bar of this Court.

Pursuant to Local Rule 7(m), the parties conferred about the issues raised in this motion. Defendant does not oppose the motion.

Respectfully submitted,

SEYFARTH SHAW LLP

By: ___/s/ Samantha L. Brooks_____
Samantha L. Brooks (D.C. Bar. No. 1033641)
Michael Berkheimer (to be admitted *pro hac vice*)
Seyfarth Shaw LLP
975 F Street
Washington, DC 20004
(202) 828-3560
sbrooks@seyfarth.com
mberkheimer@seyfarth.com

*Counsel for Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium*

Dated: March 16, 2023

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Plaintiff LOMA LINDA – INLAND EMPIRE CONSORTIUM FOR HEALTHCARE EDUCATION d/b/a LOMA LINDA UNIVERSITY HEALTH EDUCATION CONSORTIUM'S Motion for Admission of Attorney *Pro Hac Vice* was filed by CM/ECF, on this 16th day of March 2023. A true copy of the foregoing was also served upon Defendant National Labor Relations Board by mailing to the below address.

    Attn: Kevin Flanagan
    National Labor Relations Board
    Contempt, Compliance and Special Litigation Branch
    1015 Half Street, SE
    Washington, DC 20003

    */s/ Samantha L. Brooks*
    Samantha L. Brooks

93166068v.1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Loma Linda – Inland Empire Consortium ) <br> For Healthcare Education ) <br> d/b/a ) <br> Loma Linda University Health ) <br> Education Consortium ) <br> 11175 Campus Street ) <br> Loma Linda, CA 92354 ) <br> ) <br>       Plaintiff ) <br> ) <br>    v. ) <br> ) <br> National Labor Relations Board ) <br> 1015 Half Street, SE ) <br> Washington, DC 20003 ) <br> ) <br>       Defendant ) | Civil Action No. 1:23-cv-00688 |

**[PROPOSED] ORDER ON MOTION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

The Court has reviewed the motion for admission of attorney Michael Dean Berkheimer *pro hac vice*. Upon consideration of that motion, the Court grants Michael Dean Berkheimer *pro hac vice* admission to this Court to appear on behalf of Plaintiff Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium,

IT IS SO ORDERED.

DATED:_____   _____
                                                                               United States District Judge

93166068v.1