UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Loma Linda – Inland Empire Consortium<br>For Healthcare Education<br>d/b/a<br>Loma Linda University Health<br>Education Consortium<br>11175 Campus Street<br>Loma Linda, CA 92354<br><br>Plaintiff<br><br>v.<br><br>National Labor Relations Board<br>1015 Half Street, SE<br>Washington, DC 20003<br><br>Defendant | Civil Action No. 1:23-cv-00688 |

**DECLARATION IN SUPPORT OF MOTION FOR
ADMISSION PRO HAC VICE OF MICHAEL BERKHEIMER**

I, Michael Dean Berkheimer, make this declaration under 28 U.S. Code § 1746, in support of the motion for my admission to appear and practice in this Court as counsel *pro hac vice* for Plaintiff Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium in the above-captioned matter pursuant to Local Rule 83.2(d), and hereby state as follows:

1. I am an attorney with the law firm Seyfarth Shaw LLP.

2. My business address is 975 F Street, NW, Washington, DC 20004.  My telephone number is (202) 828-3520 and my email address is mberkheimer@seyfarth.com.

3. I am a member in good standing of the State of Pennsylvania Bar (Attorney No. 307421, admitted December 11, 2009).

93166116v.1

4. I have been admitted to practice in the U.S. Court of Appeals for the District of Columbia Circuit (admitted May 31, 2009) and the U.S. Court of Appeals for the Ninth Circuit (admitted May 9, 2019).

5. I have not been disciplined by any Bar.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I have a pending application for admission to the District of Columbia Bar.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2023.

*Michael Berkheimer*

---

Michael Dean Berkheimer
SEYFARTH SHAW LLP
975 F Street, NW
Washington, DC 20004
(202) 828-3520
mberkheimer@seyfarth.com



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Michael Dean Berkheimer, Esq.*

**DATE OF ADMISSION**

*December 11, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  March 16, 2023

_____
Elizabeth E. Zisk
Chief Clerk