# WELCOME TO LOMA LINDA

THANK YOU FOR CHOOSING TO DO YOUR RESIDENCY WITH US!

# CLASS OF 2022

- Two Decades of Educational Success

- Today is the first day you get paid for being a physician!



# ABOUT THAT OATH YOU TOOK . . .



Hippocrates
5th century BCE

 "To hold him (or her) who has taught me this art as equal to my parents."

 "I will respect the hard-won scientific gains of those physicians in whose steps I walk."

 "I will look with respect and esteem upon all those who have taught me my art."

 "I will give to my teachers the respect and gratitude which is their due."



# SAYING "THANK YOU"



# TEXTING FOR PRIZES

## 909-239-2630

DANIEL GIANG

LLUHEC



## Dualism

- Plato
- World of Ideas or Forms
  - Soul
- Physical World
  - Body

## Wholism

- George Storrs
- "The Lord God formed a man from the dust of the ground and breathed into his nostrils the breath of life, and the man became a living being."
  - Gen 2:7 NIV











# BODY + SPIRIT = PERSON [SOUL]

- Spirit/Breath
- Mind/Body
- It's All Good





# A WORD FROM OUR SPONSOR: SEVENTH-DAY ADVENTISTS

- Protestant Christians
- Saturday is the Sabbath
  - Starts sunset Friday
  - God created, humans rested
- Jesus will return soon
  - God wins, humans rest
- 22 million members
- Say "AD-ven-tist"
  - Not "ad-VEN-tist"
- Please feel free to visit

## IF GOD CREATED BODY + SPIRIT = PERSON . . .
## "HEALTH REFORM"





"Our Home on the Hillside," water cure institution operated by Dr. J.C. Jackson in Dansville, New York. James and Ellen White visited this institution in 1864, and James was brought here as a patient following his stroke in 1865.



ELDER AND MRS. JAMES WHITE

Joseph Bates

Diet, Air, Exercise, Rest,
Water, Temperance,
Education
Blessed Hope
Faith in God

James & Ellen White



# IF HEALTH IS IMPORTANT → ADVENTIST HOSPITALS



Western Health Reform Institute

Battle Creek, MI, 1871



## ADVENTIST HOSPITALS → DOCTORS



- **John Harvey Kellogg, MD**
- MD, New York University, 1875
- Medical Director of the Battle Creek Sanitarium
- Surgeon
- Public Health Educator
- Foster Parent (40 kids)
- Eugenics
- Breakfast Cereals

# DOCTORS TO RUN HOSPITALS → AMERICAN MEDICAL MISSIONARY COLLEGE

- First Adventist Medical School
- 1895









# SECOND ADVENTIST MEDICAL SCHOOL

- Started October 1909
- Mound City, CA
- John Burden



# FLEXNER REPORT, 1910

"Each day students were subjected to interminable lectures and recitations. After a long morning of dissection or a series of quiz sections, they might sit wearily in the afternoon through three or four or even five lectures delivered in methodical fashion by part-time teachers. Evenings were given over to reading and preparation for recitations. If fortunate enough to gain entrance to a hospital, they observed more than participated."



160 American medical schools decreased to 66



# COLLEGE OF MEDICAL EVANGELISTS





- 1914 First MDs graduate

- 1916 AMA issues a "C" rating

- 1918 White Memorial Hospital & LA County Hospital clinical sites, AMA grants a B rating.

- Fully accredited by AMA 1922



# CONSOLIDATION AT LOMA LINDA

- 1955 "To Make Man Whole"
- 1963 Decision made to consolidate at "the Farm"
- Renamed Loma Linda University
- 1967 Loma Linda University Medical Center completed



# LLU HEALTH CLINICAL INNOVATIONS . . .

- TURP
  - Roger Barnes, MD

- Infant heart transplants
  - Leonard Bailey, MD

- Proton Therapy
  - James Slater, MD

- "Tommy John" Surgery
  - Frank Jobe, MD






"To Continue the Healing and Teaching Ministry of Jesus Christ, To Make Man Whole'"



## WHOLE PERSON CARE



# WHOLE POPULATION CARE



## WHOLE PHYSICIAN CARE





# WELCOME TO LOMA LINDA

THANK YOU FOR CHOOSING TO DO YOUR RESIDENCY WITH US!

# WHOLE PERSON CARE



# WHOLE POPULATION CARE



## WHOLE PHYSICIAN CARE



Trust
in
God

Community
Education
Environment

Mental Health
Free from Addictions

Diet
Exercise
Sleep

Physician

# CASE PRESENTATION 1
## 909-239-2630

- A resident feels she is not getting enough sleep and notices she is binge eating. She feels tired all the time. She is worried she is getting depressed.

- She seeks help with a mental health specialist.

- Does the program director need to report this to MBC?

# CASE PRESENTATION 2
# 909-239-2630

- The attending physician notices that a PGY-1 resident has been coming to clinic late each Monday morning during the one-month ambulatory rotation. She asks the resident and he says he is having car trouble.

- The next month, the ED attending says the resident forgot to come in for a shift and could not be contacted by telephone, pager, or IM. Later, the resident says he overslept.

- While on night float, the resident could not be awoken by pager. The nurses find the resident passed out on the floor of the bathroom smelling of alcohol on his breath.

- Does the Program Director need to report this to MBC.

# CASE PRESENTATION 3

- A patient in the ED says that a resident, while checking for rectal tone, inserted his fingers into her vagina.

- The resident denies this and a nurse, who was helping him with the exam, agrees that nothing improper occurred.

- Does the program director need to report this to MBC?



# WELCOME TO LOMA LINDA

THANK YOU FOR CHOOSING TO DO YOUR RESIDENCY WITH US!

# LOMA LINDA UNIVERSITY HEALTH (APRIL 2023)

**Loma Linda University**

**Medical Center**

Children's Hospital

Behavioral Medical Center

Physicians Medical Group

University Hospital

East Campus

Surgical Hospital






## LOMA LINDA UNIVERSITY HEALTH

- Richard Hart, MD, DrPH, President
- Angela Lalas, CFO
- Tammi Thomas, MD, Executive VP for Health, Dean
- Trevor Wright, CEO of Hospitals

# SAC HEALTH SYSTEM



- Federally-Qualified Health Clinic

- Jason Lohr, MD, President











# YOUR BOSS?



- Senior Resident
- Attending
- Program Director
- Department Chair
- Dean of School of Medicine
- CEO of Hospital
- Designated Institutional Official
- Marilyn Houghton,
  - Executive Director of Graduate Medical Education Office
  - Institutional Coordinator

# LLUHEC FUNDING SOURCES 2022-2023



**Revenue from Rotation Sites**

CMS dGME & IME - $64M

MC - $41.1M

SACHS - $4M

Arrowhead, Kaiser and others-$1.6M

CH - $11M

RUHS - $5.9

BMC – $0.9M

VAMC – $12.7M

LLUH Funding $53M

Affiliate Funding $24.2M

THC Grant - $4M

**Other Revenue**

Moonlighting - $353K

HRSA - $746K

Grants $3.8M

CalMedForce Grant - $3.1M

Total Other Revenue: $4.2M

Total Revenue: $81.4M

Rest of dGME & IME: $11M

LLUH Operational Investment - $12.8M

**Expenses**

Resident Stipends/Benefits $87.1M

Program Directors & Coordinators $14.45M

Educational Administration $3.7M

Total Expenses $105.1M



LOMA LINDA UNIVERSITY HEALTH
EDUCATION CONSORTIUM





# STAYING WELL PHYSICALLY





## REST

- Sleep is critical to performing well and coping with stress

- Everyone will be fatigued at 4 AM: your job as a professional is to mitigate this fatigue as much as possible

- As much as possible, have a regular time to sleep and awaken

- Set aside time after call for sleep

- Use naps and caffeine judiciously

- Do NOT drive long distances after getting off night call

# CLINICAL WORK HOURS

- Hours you are required to spend in the hospital or outside your home

- Includes time documenting at home

- Does NOT include time to study



|  | **Intern** | **Senior** |
|---|---|---|
| **Maximum Hours of Work per Week** | 320 hours during a 4 week rotation | |
| **Moonlighting** | *Not Permitted by ACGME* | Counted in 320 hours |
| **Maximum Shift Length** | 24 Hours + 4 Hours to Transition Care (Can provide care to one patient after hours) | |
| **Minimum Time Off Between Scheduled Shifts** | Should have 8 hours between shifts Must have 14 hours off after 24 + 4 hours | |
| **Maximum Frequency of In-House Night Float** | 6 consecutive nights on night float | |
| **Maximum In-House On-Call Frequency** | 9 nights in 4 week rotation | |
| **At-Home Call** | *Not Permitted** | Not too taxing |

## ALERTNESS MANAGEMENT & FATIGUE MITIGATION

- Educate faculty & residents on fatigue
  - Internal Speakers Bureau
- Back up plan for when resident can't pull a scheduled shift
- Sleep rooms and transportation
  - Taxi, Uber, Lyft ride home
  - Loma Linda Inn

## CONVENIENT CLINICAL WORK HOUR DOCUMENTATION

- Developed by an orthopedic surgery resident at UC Davis

- Uses GPS to automatically record duty hours

  - On Duty or Off Duty

  - Does not actually track you

- Does not drain battery life










# STAYING WELL SOCIALLY

## Thou Shall Not Date*

- Patients
- Former patients
- Relatives of patients
- Students you supervise
- Faculty who supervise you
- Anyone not interested in dating you
- Anyone your mother would not approve of

*Includes casual encounters, missed connections, misc. romance, w4m, m4w, m4m, w4w, etc.

## Thou Shall Not Treat

- Friends
- People you are dating
- Relatives (?)
- Anyone without an attending's supervision



# SEX & RESIDENTS



- LLUH hopes you will express your sexuality fully and frequently during your residency

within your marriage.

# CASE STUDY
# 909-239-2630

- An internal medicine intern is on a one-month specialty rotation where he is supervised by a senior pediatrics resident.

- He finds her amazingly intelligent, personable, caring, and attractive.

- When should he ask her out for a date?

# 38 YEARS LATER . . .



# EDUCATIONAL DEBT QUESTIONS:

- Call: Curt Sheline
  - clsheline@llu.edu
  - 909.558.4509
- Please tell him you are a resident physician.

- Coming Soon: Tuition.IO







## GOAL OF GME

- State Licensure
- Board Certification

# SPECIALTY BOARD CERTIFICATION

| Time | Competence | Examination |
|---|---|---|
|  | • Patient Care.<br>• Medical Knowledge.<br>• Practice-based Learning and Improvement.<br>• Interpersonal and Communication Skills.<br>• Professionalism.<br>• System-based Practice. | • Written<br>• Oral<br> |

# MILESTONES 2.0

- Clinical Competency Committee
  - Experienced faculty
  - Program Director
- Consensus

**Professionalism 3: Self-Awareness and Help Seeking**

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| Recognizes status of personal and professional well-being, with assistance, and is aware of available resources | Independently recognizes status of personal and professional well-being using available resources when appropriate | With assistance, proposes a plan to optimize personal and professional well-being | Independently develops a plan to optimize personal and professional well-being | Coaches others when emotional responses or limitations in knowledge/skills do not meet professional expectations |
| Recognizes limits in the knowledge/skills of self or team, with assistance | Independently recognizes limits in the knowledge/skills of self or team and demonstrates appropriate help-seeking behaviors | With assistance, proposes a plan to remediate or improve limits in the knowledge/skills of self or team | Independently develops a plan to remediate or improve limits in the knowledge/skills of self or team | |

Comments:

Not Yet Completed Level 1



# "DR. LEE IS COMPETENT FOR UNSUPERVISED PRACTICE OF FAMILY MEDICINE"

# A WORD FROM YOUR ALMA MATER



Medical Schools Required to Ask How Alumni are Doing in GME



Your school will send your program director a survey about you



2022: ACGME will send your milestones

# CASE STUDY
## 909-239-2630

- JULY 1, 2022 AND THE RN ASKS . . .





# WE HAVE YOUR BACK
# SUPERVISION

| Direct | • Supervising physician is "at the elbow" of the resident |
|---|---|
| **Indirect with Direct available** | • Supervising physician is available by phone/video/chat<br>• AND can come in |
| **Oversight** | • "I'll see you tomorrow morning" |

In all cases, the attending physician retains responsibility for everything the resident does.

## WHEN SHOULD A RESIDENT CALL?

**S**eek attending input early

**A**ctive clinical decisions

**F**eel uncertain about clinical decisions

**E**nd-of-life, family/legal discussions

**T**ransitions in care

s**Y**stem/hierarch help**Y** needed

Farnan JM, Johnson JK, Meltzer DO, et al. Strategies for effective on-call supervision for internal medicine residents: The SUPERB/SAFETY model. J Grad Med Ed, 2010;2:48-52



**MEDICINE IS A TEAM SPORT**

# SCRUBS

- Sign-in using your LLUH Medical Center email (for example: agirl@llu.edu)

- Click "Register"

- Add your first and last name (legal names only please)

- Department: look for a 150xx number following your GME program/department

- Occupation = Resident, even if you're a clinical/special fellow

- Select your scrub suit size

- Create a 4-digit PIN

- Add your LLUH ID badge number

  - Your badge 5-digit badge # is located on the back of your LLUH ID badge under the magnetic strip.

- Click "Save"



Scan this QR Code to register for scrubEx if you see a 'Badge Not Found' message when you tap your hospital badge on the scrub machine.

SCAN ME

# WHITE COATS VERSUS CASH EQUIVALENTS







YOU MUST HAVE A PTL BY **DECEMBER 31, 2022**



YOU NEED YOUR FULL LICENSE BY **SEPTEMBER 30, 2023**

# USMLE STEP 3 OR COMLEX LEVEL 3







YOU MUST PASS STEP 3/LEVEL 3 BY JUNE 30, 2023

DON'T WAIT!!!!

IF YOU PASS THE TEST BY JUNE 30, 2023, LLUH WILL REIMBURSE YOU FOR THE COSTS.



# WELCOME TO LOMA LINDA

THANK YOU FOR CHOOSING TO DO YOUR RESIDENCY WITH US!