

**Accreditation Council for Graduate Medical Education**

401 North Michigan Avenue
Suite 2000
Chicago, IL 60611

Phone 312.755.5000
Fax 312.755.7498
www.acgme.org

1/25/2022

Daniel W Giang, MD
President
11234 Anderson Street
GME Office, Westerly Building Suite C
Suite 'C'
Loma Linda, CA 92354

Dear Dr. Giang,

The Institutional Review Committee (IRC), functioning in accordance with the policies and procedures of the Accreditation Council for Graduate Medical Education (ACGME), has reviewed the information submitted regarding the following institution:

> Loma Linda University Health Education Consortium
> Loma Linda, CA
>
> Institution: 8000501147

Based on the information available at its recent meeting, the Review Committee accredited the institution as follows:

> Status: Continued Accreditation
> Effective Date: 01/18/2022

The Review Committee commended the institution for its demonstrated substantial compliance with the ACGME's Institutional Requirements without any new citations.

The ACGME must be notified of any major changes in the organization of the institution. When corresponding with the ACGME, please identify the institution by name and number as indicated above. Changes in participating sites and changes in leadership must be reported to the Review Committee using the ACGME Accreditation Data System (ADS).

Sincerely,

*Olivia Orndorff*

Olivia Orndorff, MSLIS
Associate Executive Director
Institutional Review Committee

oorndorff@acgme.org

EXHIBIT E

CC:

    Daniel W. Giang, MD

Participating Site(s):
    Arrowhead Regional Medical Center
    Children's Assessment Center
    County of San Bernardino, Department of Behavioral Health
    Jerry L Pettis Memorial Veterans Hospital
    Kaiser Foundation Hospital (Fontana)
    Loma Linda University Behavioral Health Institute
    Loma Linda University Behavioral Medicine Center
    Loma Linda University Children's Hospital
    Loma Linda University Medical Center
    Riverside University Health System
    SAC Health System