EXHIBIT F

**LOMA LINDA UNIVERSITY HEALTH**

LEARN ABOUT · SERVICES & TREATMENTS · RESOURCES FOR PATIENTS & VISITORS · RESOURCES FOR HEALTH PROFESSIONALS

🔍 KEYWORD SEARCH | 🩺 SERVICES & TREATMENTS | 👤 PROVIDER SEARCH | 📍 LOCATION SEARCH

HOME › ABOUT US

# About Us

💬 Welcome to Loma Linda University Health! How can we help you?

Loma Linda University Health is an academic medical center operating six hospitals, a physician practice corporation, remote clinics in the western United States, and affiliate institutions around the world. These medical services interact with the eight schools that make up our healthcare focused university. This mutual pursuit of excellence leads to outstanding care for our patients and great learning opportunities for our students.



*Grounded in faith, we unite the strengths of healthcare, education and research to deliver world-class care. Take a look at the latest facts and figures for Loma Linda University Health.*

## Purpose

A Seventh-day Adventist institution, Loma Linda University Health is committed "to make man whole," physically, intellectually, emotionally, and spiritually. Each day, we seek to extend the teaching and healing ministry of Jesus Christ. More than 16,000 employees fulfill that mission through their nationally recognized quality healthcare delivery. Our internationally-respected researchers publish more than 500 peer-reviewed articles every year, uncovering new approaches to nutrition, cancer treatment, heart disease, neonatal development, stroke and brain trauma, and others.

## Today

Loma Linda University Health treats more than 1.5 million outpatients every year and serves as a Level 1 trauma center for a region covering more than 25% of California. For and by our community, our new medical campus and hospital towers help us provide the highest levels of care to even more people than ever before.

Patients come from around the world for our services, which include the world's first proton unit used for cancer treatment. The groundbreaking efforts of Dr. Leonard Bailey led to the world's very first infant heart transplants. Today, institutes committed to excellence bring together scientists, teachers and physicians to collaborate on the health issues of our time. The result is innovative approaches in areas including behavioral health, cancer, heart, perinatal service, rehabilitation and transplants.

As we continue to strive for the highest levels of patient care, we're proud and humbled by the awards and recognitions we receive along the way. Loma Linda University Medical Center continues to rank among the best hospitals regionally and nationally for safety, satisfaction and specialty care. These recognitions are more than benchmarks — they're opportunities to build upon a legacy of health innovation and dedicate ourselves to the care our community needs today.

## Building a Healthier Future

Built over the course of nearly a decade, the newly completed Dennis and Carol Troesh Medical Campus is our vision for a healthier future made real. The campus is designed to serve every corner of our community, offering new services, more access to care, state-of-the-art technology, previously impossible clinical studies, and much more. What we're most proud to offer in these facilities, though, is something we started building more than 100 years ago: our unwavering commitment to compassion in healthcare.

While we don't know what the next 100 years will bring, we do know one thing for certain: **we'll never stop building a healthier future for our patients.**

### ABOUT US

- Mission, Vision and Values
- Who Are Seventh-day Adventists?
- Leadership
- Facts & Figures
- Institutes
- Community Benefit
- Business Practice & Commitment
- Awards & Recognitions
- Philanthropy
- Diversity and Inclusion
- Patient Satisfaction Survey



**Your Gifts Make an Impact**

Support from donors like you helps us save lives, train healthcare providers, and build a healthier future in communities around the world.

GIVE TODAY



**Visitor Resources**

Find visiting information, including locations, parking, hours, food, about the area, and more.

GET VISITOR INFO



EMPLOYMENT

**Committed to Excellence in Education, Research, and Patient Care**

If you are passionate about excellence and innovation, apply to Loma Linda University Health and discover the many possibilities for your future.

EXPLORE OPPORTUNITIES

---

**LOMA LINDA UNIVERSITY HEALTH**

    



 

11234 Anderson St.
Loma Linda, CA 92354 · 877-558-6248 · 800-872-1212 Physician Referrals

MANY STRENGTHS. ONE MISSION.
*A Seventh-day Adventist Organization*

**RESOURCES**

| | |
|---|---|
| MYCHART | NEWS |
| MEDICAL RECORDS | EVENTS |
| BILLING AND INSURANCE | JOBS |
| PATIENT NOTICES | CLINICAL TRIALS |
| PATIENT RELATIONS | FIRST RESPONDER EXPOSURE |

📍 **LOCATIONS**

| | |
|---|---|
| URGENT CARE | EMERGENCY |
| MEDICAL CENTER | EAST CAMPUS |
| CHILDREN'S HOSPITAL | MURRIETA HOSPITAL |
| BEAUMONT–BANNING CLINIC | SURGICAL HOSPITAL |
| BEHAVIORAL MEDICINE CENTER | ALL LOCATIONS |

❤️ GIVE · VOLUNTEER · CONTACT US · WEBSITE FEEDBACK          HIPAA STATEMENT · PRIVACY POLICY · STANDARD CHARGES

© 2021 LOMA LINDA UNIVERSITY HEALTH



LOMA LINDA UNIVERSITY
HEALTH

LEARN ABOUT
SERVICES & TREATMENTS

RESOURCES FOR
PATIENTS & VISITORS

RESOURCES FOR
HEALTH PROFESSIONALS

🔍 KEYWORD SEARCH   🔴 SERVICES & TREATMENTS   🔴 PROVIDER SEARCH   🔴 LOCATION SEARCH

HOME › ABOUT US › MISSION, VISION AND VALUES

# Mission, Vision and Values

## Our Mission

The mission of Loma Linda University Health is to continue the teaching and healing ministry of Jesus Christ. We are committed "To make man whole," in a setting of advancing medical science and providing a stimulating clinical and research environment for the education of physicians, nurses and other health professionals.

## Our Vision

Transforming lives through education, healthcare and research.

## Our Values

### COMPASSION

**Value Definition:** Reflects the love of God with respect, mercy and empathy.

**Behavioral Attributes:**

- Listens to others with kindness and concern.
- Consistently treats others with courtesy.
- Encourages an environment that is inclusive.
- Anticipates and responds to the needs and suffering of others.

### EXCELLENCE

**Value Definition:** Exceeds expectations with effectiveness, reliability and efficiency.

**Behavioral Attributes:**

- Carefully analyzes and balances all aspects of each decision.
- Establishes high standards for exceptional Mission-Focused Learning and quality health care.
- Participates in education and clinical care that is evidence-based.
- Takes all necessary measures to ensure personal and collective safe practices.

### HUMILITY

**Value Definition:** Puts self-importance aside for the greater good of others.

**Behavioral Attributes:**

- Relates to others with selfless caring.
- Learns from teachable moments.
- Treats everyone with thoughtfulness and patience.
- Lives life with a commitment to service.

### INTEGRITY

**Value Definition:** Carries out actions with honesty and trustworthiness.

**Behavioral Attributes:**

- Builds dependability through honest communication with others.
- Respects personal and academic freedom.
- Follows through on commitments.
- Holds self and others accountable for actions.

### JUSTICE

**Value Definition:** Commits to diversity, equity and inclusion.

**Behavioral Attributes:**

- Considers how one's actions will affect others and the environment around.
- Calls out actions that are in conflict with our values.
- Supports efforts to remove systemic barriers.
- Protects the dignity and worth of all individuals.
- Works toward quality healthcare access for all.

### TEAMWORK

**Value Definition:** Collaborates to achieve a shared purpose.

**Behavioral Attributes:**

- Recognizes, understands and celebrate the unique strengths of all team members.
- Shares knowledge and learning opportunities for team growth.
- Recognizes the contributions of others and affirms their successes.
- Participates willingly whenever needs arise.

### WHOLENESS

**Value Definition:** Loved by God, growing in health, living with purpose in community.

**Behavioral Attributes:**

- Supports the spiritual value of faith-based education and health care.
- Demonstrates a positive, peaceful and hopeful attitude.
- Promotes Christ's healing ministry through prayer, positive relationships and a healthy lifestyle.
- Lives a life that is morally sound and moderate in all things.

### ABOUT US

- Mission, Vision and Values
- Who Are Seventh-day Adventists?
- Leadership
- Facts & Figures
- Institutes
- Community Benefit
- Business Practice & Commitment
- Awards & Recognitions
- Philanthropy
- Diversity and Inclusion
- Patient Satisfaction Survey

Welcome to Loma Linda University Health. How can we help you?



LOMA LINDA UNIVERSITY
HEALTH




Medical Center


Medical Center

📘 🐦 📷 🔗 ▶️

11234 Anderson St.
Loma Linda, Ca 92354    877-558-6248    800-872-1212 Physician Referrals

MANY STRENGTHS, ONE MISSION.
*A Seventh-day Adventist Organization*

**RESOURCES**

MYCHART
MEDICAL RECORDS
BILLING AND INSURANCE
PATIENT NOTICES
PATIENT RELATIONS

NEWS
EVENTS
JOBS
CLINICAL TRIALS
FIRST RESPONDER EXPOSURE

**LOCATIONS**

URGENT CARE
MEDICAL CENTER
CHILDREN'S HOSPITAL
BEAUMONT- BANNING CLINIC
BEHAVIORAL MEDICINE CENTER

EMERGENCY
EAST CAMPUS
MURRIETA HOSPITAL
SURGICAL HOSPITAL
ALL LOCATIONS

♥ GIVE   VOLUNTEER   CONTACT US   WEBSITE FEEDBACK    HIPAA STATEMENT   PRIVACY POLICY   STANDARD CHARGES

© 2022 LOMA LINDA UNIVERSITY HEALTH

EXHIBIT F    F-2



# Who Are Seventh-day Adventists?

ABOUTUS / WHO ARE SEVENTH-DAY ADVENTISTS?

The Seventh-day Adventist Church is one of many Christian communities of faith. We treasure the knowledge that we are loved and accepted by the Creator God. Our name comes from the biblical observance of the seventh-day Sabbath and a belief in the second coming or "advent" of Jesus to this world.

**WHO ARE SEVENTH-DAY ADVENTISTS?**



WHAT OUR LEADERSHIP IS SAYING

"Loma Linda University Health is a unique place where a campus and a medical center come together in service to the world. We are rooted deeply in the history and beliefs of the Seventh-day Adventist Church, gaining from that relationship a special understanding of what it means 'to make man whole.'"

**Richard H. Hart, MD, DrPH**
President, Loma Linda University Health

## ABOUT US

Mission, Vision and Values

Who Are Seventh-day Adventists?

Leadership

Facts & Figures

Institutes

Community Benefit

Business Practice & Commitment

Awards & Recognitions

Philanthropy

Diversity and Inclusion

Patient Satisfaction Survey

---

LOMA LINDA UNIVERSITY HEALTH

BEST REGIONAL HOSPITALS US NEWS 2022-23 — Medical Center

LEAPFROG HOSPITAL SAFETY GRADE A — Medical Center & East Campus

MAGNET RECOGNIZED AMERICAN NURSES CREDENTIALING CENTER — Medical Center

11234 Anderson St.
Loma Linda, CA 92354    877-558-6248    800-872-1212 Physician Referrals

MANY STRENGTHS. ONE MISSION.
*A Seventh-day Adventist Organization*

### RESOURCES

MYCHART
MEDICAL RECORDS
BILLING AND INSURANCE
PATIENT NOTICES
PATIENT RELATIONS

NEWS
EVENTS
JOBS
CLINICAL TRIALS
FIRST RESPONDER EXPOSURE

### LOCATIONS

URGENT CARE
MEDICAL CENTER
CHILDREN'S HOSPITAL
BEAUMONT- BANNING CLINIC
BEHAVIORAL MEDICINE CENTER

EMERGENCY
EAST CAMPUS
MURRIETA HOSPITAL
SURGICAL HOSPITAL
ALL LOCATIONS

♥ GIVE    VOLUNTEER    CONTACT US    WEBSITE FEEDBACK              HIPAA STATEMENT    PRIVACY POLICY    STANDARD CHARGES

© 2023 LOMA LINDA UNIVERSITY HEALTH

EXHIBIT F





## LOMA LINDA UNIVERSITY
### HEALTH

## Who are Seventh-day Adventists?



**MANY STRENGTHS. ONE MISSION.**
*A Seventh-day Adventist Organization* | **LLUHEALTH.ORG**

EXHIBIT F

## LOMA LINDA UNIVERSITY
### HEALTH

F-4



# Mission

"To continue the teaching and healing ministry of Jesus Christ."

Loma Linda University Health is a unique place where a campus and a medical center come together in service to the world. We are rooted deeply in the history and beliefs of the Seventh-day Adventist Church, gaining from that relationship a special understanding of what it means "to make man whole." Through this brochure we want to share with you the unique beliefs that guide us each day as we seek "to continue the teaching and healing ministry of Jesus Christ."

Sincerely,

*Richard Hart*

Richard H. Hart
President, Loma Linda University Health

## Seventh-day Adventists

The Seventh-day Adventist Church is one of many Christian communities of faith. We treasure the knowledge that we are loved and accepted by the Creator God. Our name comes from the biblical observance of the seventh-day Sabbath and a belief in the second coming or "advent" of Jesus to this world. Adventists attend church on Saturday—joining together for worship, fellowship and Bible study. The Bible is the source of our Christian beliefs.

The church is a safe place for healing and growth. The Adventist Church welcomes all people to its worship services. Formal membership includes being baptized by immersion, which symbolizes our union with God, the forgiveness of sins and our desire to enter into a new life. The most important goal of the Adventist church is to exemplify the love of God and to proclaim hope for people in a troubled world. Church membership is our way of declaring that we need God and each other for life to be meaningful. *(Ezekiel 36:26; 1 John 4:7; 1 Corinthians 12:14-26)*



EXHIBIT F

## Perfect Beginnings

Adventists believe in the biblical account of creation. God made everything — the heavens, the earth, the sea and every living thing. His creation was glorious and perfect in every detail. The Bible says, "God saw all that He had made, and it was very good." *(Genesis 1:31 NIV)* His crowning work was the creation of man and woman — formed in His own image.

Adam and Eve spoke with their Creator face-to-face. God did not force His children's love and obedience, but gave them the freedom to obey or disobey Him. *(Genesis 1:1; Genesis 1:26; Psalm 33:6-9; Joshua 24:15)*



## Trouble Begins

Sadly, Adam and Eve chose to disobey God and experienced the effects of sin. Their sin distanced them from their loving Creator. The trust relationship was damaged, and they could no longer communicate with Him face-to-face. The earth, once a place of life, joy, peace and love, now also became a place of death, disease, suffering, sorrow, hatred and misery. This was the beginning of human distress. *(Genesis 3:8-11, 17-19)*

## The Rest of the Story

But thankfully, this is not the end of the story! There is good news, really good news. Even before Adam and Eve made their fatal choice, God had prepared the plan of salvation — a plan to bring back perfect harmony between God and the

EXHIBIT F



people He created and loves. Jesus came to earth and died in order to restore the perfect world that had been marred by sin. *(1 Peter 1:18-20; Ephesians 1:3-4; Matthew 25:34)*

### The Gift of a New Life

The death of Jesus teaches us that sin is best understood, not simply as breaking the law, but rather as breaking the loving heart of God. The death of Jesus on our behalf teaches us that God's love is so great He will do whatever it takes to restore our eternal friendship with Him. God gave us the ultimate gift of His Son, and He continues to give us abundant life daily as part of that gift of grace. *(John 3:16; Romans 3:23-24; 2 Corinthians 5:17)*

### The Gift Giver: Perfect God, Perfect Man

Salvation and new life are gifts from Jesus, who is God in human form — divinity and humanity perfectly united. Because He is God, He has the power and authority to forgive and save us. Because He is human, he experiences our joys and sorrows. Although born into a sinful world, He lived a perfect life

on our behalf. Because of His great love for us, He died on a cross, was resurrected and went to heaven, where He is now with the Father. Yet He is with us through His Holy Spirit — our Comforter — every day, every minute. *(John 1:14; Ephesians 2:8; Hebrews 4:14-15; John 14:16)*

### The Recipe for Joy

In His Ten Commandments, God explains how we can have a loving relationship with Him and with each other. The commandments are a trustworthy guide for living an abundant life. The first four commandments guide us in our relationship with God, while the remaining six remind us to treat our fellow human beings with love and respect.

Obedience to these commandments requires choices. When we love someone, we naturally choose to express our affection and appreciation. That's how it is when we love God. Living the Christian life arises from gratitude to God and a desire to honor Him. And when we fall short of His plan for us, God reminds us that He offers forgiveness as a gift of grace through Jesus.

In addition to the Ten Commandments, we learn how to live from Jesus' teachings and example. He teaches us to love God, to love



EXHIBIT F



each other and to love ourselves. He eagerly gives us the gift of His love to make such love possible. *(Exodus 20:3-17; Deuteronomy 10:13; John 13:34-35; John 14:15; 1 John 3:16)*

## God Listens When We Pray

Through prayer we open our hearts to God as if talking with a friend. If we can talk, we can pray. Indeed, if we can think, we can pray. No topic is too great



or too small. Jesus taught His disciples to praise God in their prayers, to ask for daily bread and to share the burdens on their hearts.

While God already knows what we need, prayer provides the way for us to receive the good things He wants to give us.

But sometimes we don't feel as if we receive what we ask for, and that can be very difficult. We don't always understand why our prayers are not answered as we wish, but through faith we can be absolutely sure that God still loves us, has our best interests in mind and is with us, no matter what happens.



Too often our conversations with God are one-sided. It is important that we not only talk to God, but that we listen to Him as well. If we're willing to listen, we can hear God's voice through Bible

EXHIBIT F



EXHIBIT F

study, through the still small voice of His Holy Spirit, through His created wonders in nature and through our deepest human relationships. *(Psalm 55:22; Romans 12:12; Jeremiah 29:11-12; Psalm 119:10-11)*

## Guarding Our Good Health

God desires that each of us reach our full potential. Seventh-day Adventists believe that a wholesome lifestyle contributes to good physical, mental and spiritual health.

Why are Adventists so passionate about good health? The Bible says, "Don't you know that you yourselves are God's temple and that God's Spirit lives in you? … For God's temple is sacred, and you are that temple." *(1 Corinthians 3:16-17 NIV)* Enjoying a healthful diet, refraining from harmful substances, and getting adequate exercise, water and rest are very important ways to care for our body-temples. *(1 Corinthians 10:31; 3 John 2)*

## Rest From Stress, Fear and Anxiety

The Bible tells us that after God created the world in six days, He rested on the seventh day. He sanctified the Sabbath — set it apart as a holy day. Later, when He gave the Ten Commandments to Moses, God explained the Sabbath in more detail *(Exodus 20:8-11)*. The Sabbath is a day to remind us that God is the Creator and worthy of our worship.

The Sabbath is not an ordinary day for ordinary activities. The Sabbath is a day to put aside work, secular pursuits and self-interests — a day to shut out the clamor and pressures of everyday life to receive the needed gifts of peace and rest. The Sabbath is a special day to worship the creator and commune with Him.



EXHIBIT F

Celebrated from sunset Friday to sunset Saturday, the Sabbath is a spiritual experience as well as a time of physical rest. During His earthly ministry, Jesus made it clear that the Sabbath was made for our benefit. It was not to be a burden or encumbered with unreasonable man-made rules. Jesus celebrated the Sabbath by attending the synagogue, healing the sick and spending time with those He loved.

Following Jesus' example of healing, Adventist hospitals continue to meet the needs of their patients during the Sabbath hours. All essential medical care and services are provided every day. *(Genesis 2:1-3; Exodus 20:8-11; Mark 2:27; John 5:1-16)*

## Happily Ever After …

Adventists believe that Jesus will return to this earth to take us home with Him forever. "I am going there to prepare a place for you," Jesus said. "When everything is ready, I will come and get you, so that you will always be with me where I am." (*John 14:2,3 NLT*) On that happy day, the entire universe will know beyond a



EXHIBIT F





doubt that God is indeed a God of forgiveness and love, and that His ways are best.

The Bible says Jesus will come in glory to deliver His people and to restore all things. Loved ones who have rested asleep in their graves will be called back to life to join us in our new home in a perfect world — a world free from pain, suffering and death. We do not know all the details about heaven, but we believe it is a very real place: a place where people from every generation, every culture and every nation on earth will experience everlasting life, love and joy in fellowship with one another and with our wonderful Lord. *(Acts 1:11; Revelation 1:7; 1 Thessalonians 4:16-17; Revelation 21:3-4)*

# Seventh-day Adventists and Health

In 1866, Adventist pioneers established the Western Health Reform Institute, the church's first medical institution. The Battle Creek, Michigan, facility offered the best medical treatment of the day, with an emphasis on preventing disease through lifestyle changes such as nutrition, exercise and cleanliness. Early Adventist medical reformers insisted on providing whole person care, which included physical, mental and spiritual healing. At this facility, each person was valued as a child of God, which led caregivers to provide a positive healing environment and extraordinary patient care.

Soon similar centers were established across the United States and throughout the world. One of these was Loma Linda University Medical Center, founded in 1905. Today, Seventh-day Adventist hospitals, clinics and other healthcare facilities extend their circle of care and friendship to all, without regard to religious affiliation. Doctors, employees, volunteers and others who help fulfill the mission of Adventist healthcare represent a wide diversity of religions and cultures.



EXHIBIT F

F-12

LOMA LINDA UNIVERSITY HEALTH

LEARN ABOUT
SERVICES & TREATMENTS

RESOURCES FOR
PATIENTS & VISITORS

RESOURCES FOR
HEALTH PROFESSIONALS

KEYWORD SEARCH    SERVICES & TREATMENTS    PROVIDER SEARCH    LOCATION SEARCH

HOME › ABOUT US › LEADERSHIP › LOMA LINDA UNIVERSITY HEALTH BOARD OF TRUSTEES

# Loma Linda University Health Board of Trustees

## Board of Trustees

Chair: **Thomas Lemon**, MDiv, General Vice President of the General Conference of Seventh-day Adventists, Silver Spring, Maryland

Vice chair: **G. Alexander Bryant**, MDiv, President, North American Division of Seventh-day Adventists, Columbia, Maryland

**Lisa Beardsley-Hardy**, PhD, Director, Department of Education, General Conference of Seventh-day Adventists, Silver Spring, Maryland

**Francis Chan**, MD, Chair, Department of Pediatrics, School of Medicine, Loma Linda University, Loma Linda, California

**Shirley Chang**, PhD, RN, retired nursing educator, Fremont, California

**Jere E. Chrispens**, MA, retired IT executive, California

**Wilfredo Colón**, PhD, Professor and Head, Department of Chemistry and Chemical Biology, Rensselaer Polytechnic Institute, Troy, New York

**Carlos Craig**, MDiv, President, Southwestern Union Conference of Seventh-day Adventists, Burleson, Texas

**Paul H. Douglas**, MBA, Treasurer, General Conference of Seventh-day Adventists, Silver Spring, Maryland

**Steven Filler**, DDS, Associate Dean, Student, Alumni & External Affairs, University of Alabama at Birmingham, School of Dentistry, Birmingham, Alabama

**Wayne B. Harris**, MD, Associate Professor, Department of Hematology and Medical Oncology, Emory University School of Medicine, Atlanta, Georgia

**Richard H. Hart**, MD, DrPH, President & Chief Executive Officer, Loma Linda University Health; President, Loma Linda University; President, Loma Linda University Medical Center, Loma Linda, California

**Kerry Heinrich**, JD, President & CEO, Adventist Health, Roseville, California

**Paul Herrmann**, MD, PhD, Chair, Department of Pathology and Human Anatomy, School of Medicine, Loma Linda University, Loma Linda, California

**Anthony Hilliard**, MD, Chief, Cardiology, Department of Medicine, School of Medicine, Loma Linda University, Loma Linda, California

**Lars Houmann**, MHA, CEO Emeritus, Florida Division of AdventHealth, Apopka, Florida

**Erton Köhler**, MTh, Secretary, General Conference of Seventh-day Adventists, Silver Spring, Maryland

**Peter Landless**, MB, BCh, MMed, Director, Department of Health Ministries, General Conference of Seventh-day Adventists, Silver Spring, Maryland

**Robert E. Lemon**, MBA, Special Assistant to the Treasurer of the General Conference of Seventh-day Adventists, Silver Spring, Maryland

**Paul Llewellyn**, BS, President, Canadian Union Conference of Seventh-day Adventists, Oshawa, Ontario, Canada

**Robert Martin**, MD, Chair, Department of Anesthesiology, School of Medicine, Loma Linda University, Loma Linda, California

**Patrick Minor**, MSPH, Public Health Administrator, Atlanta, Georgia

**Sheryl D. Moorhead**, MS, BSN, RN, Chief People Officer, AdventHealth – Central Florida Division, Altamonte Springs, Florida

**Bradford Newton**, DMin, President, Pacific Union Conference of Seventh-day Adventists, Westlake Village, California

**Richard Osborn**, PhD, retired educational administrator, Moreno Valley, California

**Ricardo Peverini**, MD, Senior Vice President for Clinical Faculty, Loma Linda University Health; President/CEO, Loma Linda University Faculty Medical Group, Loma Linda, California

**E. Albert Reece**, MD, PhD, MBA, Dean Emeritus and Former Executive Vice President, University of Maryland School of Medicine, Baltimore, Maryland

**Herbert Ruckle**, MD, Chair, Department of Urology, School of Medicine, Loma Linda University, Loma Linda, California

**Zareh Sarrafian**, MBA, CEO of Riverside University Health System, Moreno Valley, California

**Eunmee Shim**, MBA, RN, President, FortWashington Medical Center, FortWashington, Maryland

**Ron Smith**, DMin, PhD, President, Southern Union Conference of Seventh-day Adventists, Decatur, Georgia

**Tamara Thomas**, MD, Executive Vice President for Medical Affairs, Loma Linda University Health; Dean, School of Medicine, Loma Linda University, Loma Linda, California

**Max A. Trevino**, BS, retired administrator, Burleson, Texas

**April Wilson**, MD, Chair, Department of Preventive Medicine, School of Medicine, Loma Linda University, Loma Linda, California

**Ted N.C. Wilson**, PhD, President, General Conference of Seventh-day Adventists, Silver Spring, Maryland

**Trevor Wright**, MHA, FACHE, Chief Executive Officer, LLUH Hospitals and LLUH Executive Vice President for Hospital Affairs

## Advisors

**Roger Bernard**, MDiv, President, Central States Conference of Seventh-day Adventists, Kansas City, Kansas

**Ronald L. Carter**, PhD, Executive Vice President, University Affairs, Loma Linda University Health; Provost, Loma Linda University, Loma Linda, California

**Kenneth Denslow**, MDiv, President, Lake Union Conference of Seventh-day Adventists, Berrien Springs, Michigan

**John Freedman**, MDiv, President, North Pacific Union Conference of Seventh-day Adventists, Ridgefield, Washington

**Michael Kruger**, President, ADRA, General Conference of Seventh-day Adventists, Silver Spring, Maryland

**Angela M. Lalas**, MBA, CPA, Chief Financial Officer, LLUH Hospitals and Executive Vice President for Finance, Loma Linda University Health, Loma Linda, California

**Anne Nielsen**, MBA, Vice President for Education, North American Division of Seventh-day Adventists, Columbia, Maryland

**Pierre Omeler**, DMin, President, Atlantic Union Conference of Seventh-day Adventists, Silver Spring, Maryland

**Artur Stele**, PhD, General Vice President, General Conference of Seventh-day Adventists, Silver Spring, Maryland

**Gary Thurber**, MA, President, Mid-America Union Conference of Seventh-day Adventists, Lincoln, Nebraska

**Maurice Valentine**, MDiv, General Vice President, General Conference of Seventh-day Adventists, Silver Spring, Maryland

**Ray Wahlen**, MBA, CPA, Undertreasurer, General Conference of Seventh-day Adventists, Silver Spring, Maryland

**Dave Weigley**, PhD, President, Columbia Union Conference of Seventh-day Adventists, Columbia, Maryland

Revised 01/27/2023

### ABOUT US

Mission, Vision and Values

Who Are Seventh-day Adventists?

Leadership

Meet the President

Board of Trustees

LLU

Medical Center

Behavioral Medicine Center

Children's Hospital

Murrieta Hospital

Facts & Figures

Institutes

Community Benefit

Business Practice & Commitment

Awards & Recognitions

Philanthropy

Diversity and Inclusion

Patient Satisfaction Survey

Welcome to Loma Linda University Health. How can we help you?

---



LOMA LINDA UNIVERSITY HEALTH

11234 Anderson St.
Loma Linda, CA 92354    877-558-6248    800-872-1212 Physician Referrals

MANY STRENGTHS. ONE MISSION.
A Seventh-day Adventist Organization

**RESOURCES**
SITEMAP
MEDICAL RECORDS
BILLING AND INSURANCE
PATIENT NOTICES
PATIENT RELATIONS
NEWS
EVENTS
JOBS
CLINICAL TRIALS
FIRST RESPONDER EXPOSURE

**LOCATIONS**
URGENT CARE
MEDICAL CENTER
CHILDREN'S HOSPITAL
BEHAVIORAL MEDICINE CLINIC
EMERGENCY
EAST CAMPUS
SURGERY HOSPITAL
SURGICAL HOSPITAL
ALL LOCATIONS

GIVE    VOLUNTEER    CONTACT US    WEBSITE FEEDBACK    HIPAA STATEMENT    PRIVACY POLICY    STANDARD CHARGES



LEARN ABOUT
**SERVICES & TREATMENTS**

RESOURCES FOR
**PATIENTS & VISITORS**

RESOURCES FOR
**HEALTH PROFESSIONALS**

🔍 KEYWORD SEARCH   🔵 SERVICES & TREATMENTS   ① PROVIDER SEARCH   ⑨ LOCATION SEARCH

HOME / ABOUT US / FACTS & FIGURES

# Facts & Figures

## BY THE NUMBERS

- Hospitals - 6
- Employees - 16,917
- Physicians - 1,080
- Inpatient visits - 41,812
- Outpatient visits - 1,903,702
- Babies born - 4,371
- Emergency room visits - 118,585
- Residents - 736
- Fellows - 130

## NUMBER OF LICENSED BEDS

- Adult Hospital - 320
- Children's Hospital - 364
- Medical Center - East Campus - 134
- Behavioral Medicine Center - 89
- Medical Center Murrieta - 111
- Surgical Hospital - 28
- Total - 1,046

[ MORE FACTS & FIGURES ]   [ REGIONAL IMPACT & 340B ]



*Grounded in faith, we unite the strengths of healthcare, education and research to deliver world-class care. Take a look at the latest facts and figures for Loma Linda University Health.*

**Welcome to Loma Linda University Health. How can we help you?**

### ABOUT US

Mission, Vision and Values

Who Are Seventh-day Adventists?

Leadership

**Facts & Figures**

Institutes

Community Benefit

Business Practice & Commitment

Awards & Recognitions

Philanthropy

Diversity and Inclusion

Patient Satisfaction Survey



**News**
Find out the latest news, events and more at Loma Linda University Health

[ VIEW LLUH NEWS ]





LOMA LINDA UNIVERSITY
HEALTH

🅕 🅣 🅞 🅛 🅨

11234 Anderson St.
Loma Linda, CA 92354   877-558-6248   800-872-1212 Physician Referrals

**MANY STRENGTHS. ONE MISSION.**
*A Seventh-day Adventist Organization*

**RESOURCES**

MYCHART

MEDICAL RECORDS

BILLING AND INSURANCE

PATIENT NOTICES

PATIENT RELATIONS

NEWS

EVENTS

JOBS

CLINICAL TRIALS

FIRST RESPONDER EXPOSURE

**LOCATIONS**

URGENT CARE

MEDICAL CENTER

CHILDREN'S HOSPITAL

BEAUMONT- BANNING CLINIC

BEHAVIORAL MEDICINE CENTER

EMERGENCY

EAST CAMPUS

MURRIETA HOSPITAL

SURGICAL HOSPITAL

ALL LOCATIONS

♥ GIVE   VOLUNTEER   CONTACT US   WEBSITE FEEDBACK      HIPAA STATEMENT   PRIVACY POLICY   STANDARD CHARGES

© 2023 LOMA LINDA UNIVERSITY HEALTH