# EXHIBIT I



**LOMA LINDA UNIVERSITY HEALTH**



# Who are Seventh-day Adventists?



**MANY STRENGTHS. ONE MISSION.**
*A Seventh-day Adventist Organization* | **LLUHEALTH.ORG**

**LOMA LINDA UNIVERSITY HEALTH**

EXHIBIT I

# EXHIBIT I



Loma Linda University Health is a unique place where a campus and a medical center come together in service to the world. We are rooted deeply in the history and beliefs of the Seventh-day Adventist Church, gaining from that relationship a special understanding of what it means "to make man whole." Through this brochure we want to share with you the unique beliefs that guide us each day as we seek "to continue the teaching and healing ministry of Jesus Christ."

Sincerely,

*Richard H Hart*

Richard H. Hart
President, Loma Linda University Health

# Mission

> "To continue the teaching and healing ministry of Jesus Christ."

## Seventh-day Adventists

The Seventh-day Adventist Church is one of many Christian communities of faith. We treasure the knowledge that we are loved and accepted by the Creator God. Our name comes from the biblical observance of the seventh-day Sabbath and a belief in the second coming or "advent" of Jesus to this world. Adventists attend church on Saturday—joining together for worship, fellowship and Bible study. The Bible is the source of our Christian beliefs.

The church is a safe place for healing and growth. The Adventist Church welcomes all people to its worship services. Formal membership includes being baptized by immersion, which symbolizes our union with God, the forgiveness of sins and our desire to enter into a new life. The most important goal of the Adventist church is to exemplify the love of God and to proclaim hope for people in a troubled world. Church membership is our way of declaring that we need God and each other for life to be meaningful. *(Ezekiel 36:26; 1 John 4:7; 1 Corinthians 12:14-26)*

EXHIBIT I                I-2



EXHIBIT I

## Perfect Beginnings

Adventists believe in the biblical account of creation. God made everything — the heavens, the earth, the sea and every living thing. His creation was glorious and perfect in every detail. The Bible says, "God saw all that He had made, and it was very good." *(Genesis 1:31 NIV)* His crowning work was the creation of man and woman — formed in His own image.

Adam and Eve spoke with their Creator face-to-face. God did not force His children's love and obedience, but gave them the freedom to obey or disobey Him. *(Genesis 1:1; Genesis 1:26; Psalm 33:6-9; Joshua 24:15)*



## Trouble Begins

Sadly, Adam and Eve chose to disobey God and experienced the effects of sin. Their sin distanced them from their loving Creator. The trust relationship was damaged, and they could no longer communicate with Him face-to-face. The earth, once a place of life, joy, peace and love, now also became a place of death, disease, suffering, sorrow, hatred and misery. This was the beginning of human distress. *(Genesis 3:8-11, 17-19)*

## The Rest of the Story

But thankfully, this is not the end of the story! There is good news, really good news. Even before Adam and Eve made their fatal choice, God had prepared the plan of salvation — a plan to bring back perfect harmony between God and the

EXHIBIT I    I-3

EXHIBIT I

people He created and loves. Jesus came to earth and died in order to restore the perfect world that had been marred by sin. *(1 Peter 1:18-20; Ephesians 1:3-4; Matthew 25:34)*

### The Gift of a New Life

The death of Jesus teaches us that sin is best understood, not simply as breaking the law, but rather as breaking the loving heart of God. The death of Jesus on our behalf teaches us that God's love is so great He will do whatever it takes to restore our eternal friendship with Him. God gave us the ultimate gift of His Son, and He continues to give us abundant life daily as part of that gift of grace. *(John 3:16; Romans 3:23-24; 2 Corinthians 5:17)*

### The Gift Giver: Perfect God, Perfect Man

Salvation and new life are gifts from Jesus, who is God in human form — divinity and humanity perfectly united. Because He is God, He has the power and authority to forgive and save us. Because He is human, he experiences our joys and sorrows. Although born into a sinful world, He lived a perfect life on our behalf. Because of His great love for us, He died on a cross, was resurrected and went to heaven, where He is now with the Father. Yet He is with us through His Holy Spirit — our Comforter — every day, every minute. *(John 1:14; Ephesians 2:8; Hebrews 4:14-15; John 14:16)*

### The Recipe for Joy

In His Ten Commandments, God explains how we can have a loving relationship with Him and with each other. The commandments are a trustworthy guide for living an abundant life. The first four commandments guide us in our relationship with God, while the remaining six remind us to treat our fellow human beings with love and respect.

Obedience to these commandments requires choices. When we love someone, we naturally choose to express our affection and appreciation. That's how it is when we love God. Living the Christian life arises from gratitude to God and a desire to honor Him. And when we fall short of His plan for us, God reminds us that He offers forgiveness as a gift of grace through Jesus.

In addition to the Ten Commandments, we learn how to live from Jesus' teachings and example. He teaches us to love God, to love



EXHIBIT I

I-4



EXHIBIT I

each other and to love ourselves. He eagerly gives us the gift of His love to make such love possible. *(Exodus 20:3-17; Deuteronomy 10:13; John 13:34-35; John 14:15; 1 John 3:16)*

## God Listens When We Pray

Through prayer we open our hearts to God as if talking with a friend. If we can talk, we can pray. Indeed, if we can think, we can pray. No topic is too great or too small. Jesus taught His disciples to praise God in their prayers, to ask for daily bread and to share the burdens on their hearts.



While God already knows what we need, prayer provides the way for us to receive the good things He wants to give us.

But sometimes we don't feel as if we receive what we ask for, and that can be very difficult. We don't always understand why our prayers are not answered as we wish, but through faith we can be absolutely sure that God still loves us, has our best interests in mind and is with us, no matter what happens.



Too often our conversations with God are one-sided. It is important that we not only talk to God, but that we listen to Him as well. If we're willing to listen, we can hear God's voice through Bible

EXHIBIT I



study, through the still small voice of His Holy Spirit, through His created wonders in nature and through our deepest human relationships. *(Psalm 55:22; Romans 12:12; Jeremiah 29:11-12; Psalm 119:10-11)*

## Guarding Our Good Health

God desires that each of us reach our full potential. Seventh-day Adventists believe that a wholesome lifestyle contributes to good physical, mental and spiritual health.

Why are Adventists so passionate about good health? The Bible says, "Don't you know that you yourselves are God's temple and that God's Spirit lives in you? … For God's temple is sacred, and you are that temple." *(1 Corinthians 3:16-17 NIV)* Enjoying a healthful diet, refraining from harmful substances, and getting adequate exercise, water and rest are very important ways to care for our body-temples. *(1 Corinthians 10:31; 3 John 2)*

## Rest From Stress, Fear and Anxiety

The Bible tells us that after God created the world in six days, He rested on the seventh day. He sanctified the Sabbath — set it apart as a holy day. Later, when He gave the Ten Commandments to Moses, God explained the Sabbath in more detail *(Exodus 20:8-11)*. The Sabbath is a day to remind us that God is the Creator and worthy of our worship.

The Sabbath is not an ordinary day for ordinary activities. The Sabbath is a day to put aside work, secular pursuits and self-interests — a day to shut out the clamor and pressures of everyday life to receive the needed gifts of peace and rest. The Sabbath is a special day to worship the creator and commune with Him.

EXHIBIT I



Celebrated from sunset Friday to sunset Saturday, the Sabbath is a spiritual experience as well as a time of physical rest. During His earthly ministry, Jesus made it clear that the Sabbath was made for our benefit. It was not to be a burden or encumbered with unreasonable man-made rules. Jesus celebrated the Sabbath by attending the synagogue, healing the sick and spending time with those He loved.

Following Jesus' example of healing, Adventist hospitals continue to meet the needs of their patients during the Sabbath hours. All essential medical care and services are provided every day. *(Genesis 2:1-3; Exodus 20:8-11; Mark 2:27; John 5:1-16)*

## Happily Ever After …

Adventists believe that Jesus will return to this earth to take us home with Him forever. "I am going there to prepare a place for you," Jesus said. "When everything is ready, I will come and get you, so that you will always be with me where I am." *(John 14:2,3 NLT)* On that happy day, the entire universe will know beyond a



EXHIBIT I

I-7

EXHIBIT I



doubt that God is indeed a God of forgiveness and love, and that His ways are best.

The Bible says Jesus will come in glory to deliver His people and to restore all things. Loved ones who have rested asleep in their graves will be called back to life to join us in our new home in a perfect world — a world free from pain, suffering and death. We do not know all the details about heaven, but we believe it is a very real place: a place where people from every generation, every culture and every nation on earth will experience everlasting life, love and joy in fellowship with one another and with our wonderful Lord. (Acts 1:11; Revelation 1:7; 1 Thessalonians 4:16-17; Revelation 21:3-4)

EXHIBIT I

I-8

# Seventh-day Adventists and Health

In 1866, Adventist pioneers established the Western Health Reform Institute, the church's first medical institution. The Battle Creek, Michigan, facility offered the best medical treatment of the day, with an emphasis on preventing disease through lifestyle changes such as nutrition, exercise and cleanliness. Early Adventist medical reformers insisted on providing whole person care, which included physical, mental and spiritual healing. At this facility, each person was valued as a child of God, which led caregivers to provide a positive healing environment and extraordinary patient care.

Soon similar centers were established across the United States and throughout the world. One of these was Loma Linda University Medical Center, founded in 1905. Today, Seventh-day Adventist hospitals, clinics and other healthcare facilities extend their circle of care and friendship to all, without regard to religious affiliation. Doctors, employees, volunteers and others who help fulfill the mission of Adventist healthcare represent a wide diversity of religions and cultures.



EXHIBIT I

I-9

# EXHIBIT I

If you would like to learn more about Seventh-day Adventist beliefs and lifestyle, please contact:

**Campus Ministries**
909-558-8348

**Chaplain Services**
909-558-4367

**Employee Spiritual Care**
909-558-7261

**Center for Spiritual Life and Wholeness**
909-558-7786

Your questions are always welcome.

Loma Linda University Health is a not-for-profit health and education system founded on the Seventh-day Adventist heritage of Christian healthcare.

**For more information, visit www.lluhealth.org**

Cover photograph: David Ferry

PS122610 (10-14)

EXHIBIT I

I-10