

# LOMA LINDA UNIVERSITY HEALTH

## *Spiritual* PLAN

### 2021 - 2025

*To continue the teaching and healing ministry of Jesus Christ*

**LOMA LINDA UNIVERSITY HEALTH**

**Many Strengths.
One Mission.**

J-1

EXHIBIT J

# Message from the President

It is almost an oxymoron – "spiritual planning." Doesn't spiritual development happen spontaneously, with promptings from God, in the quiet of the closet or on the mountain peak? Can an organization as complex as Loma Linda "plan" to be spiritual?

And yet, it is said that, "If you don't care where you are going, any path will get you there." And, "If you can't measure it, it didn't happen." So planning does need to take place, either covertly in the subtle corners of our minds, or overtly in both individual ponderings and committee deliberations.

Loma Linda University Health has been on this journey for 115 years now, guided by core beliefs and a collective commitment. As the world changes, however, we must change. We must learn to respond to new pressure points, new proposals and understandings, new views of age-old concepts. Throughout the Scripture, Bible writers understood this as they issued calls for continual growth.

In our context, the process of this campus coming together and deliberately asking questions about spiritual strategies, about mission drift, about maintaining our clear mandate to continue Christ's teaching and healing ministry is itself very powerful. The document you hold in your hands is clear evidence of a coming together, of an entire diverse campus recognizing the need for a common commitment, a shared journey.

And now we invite others, both here and elsewhere, current and future, alumni and staff, to embark on this journey with us. This represents Loma Linda at its best, documenting our shared belief that everyone is a child of our God, everyone deserves his utmost care. It also makes service a part of spiritual development, recognizing that honest engagement with human need does indeed change us for the better.

Committing lofty goals to the printed page is dangerous. It holds one up for evaluation, for judgment, for criticism. So, we do this with both humility and purpose. We invite each of you to share in this journey and we encourage you to both pray for us and give us advice. We recognize we will fall short. Some among us may even scoff at our hopes and point out our shortcomings. We will accept that with grace while we press on toward our goals. We will not let yesterday use up too much of today.

My personal appreciation goes out to our campus leaders, both those who carry a "spiritual" title, as well as all the rest of us who are also very much a part of this plan. We share this commitment together, to make this campus an oasis, a place where "Continuing the teaching and healing ministry of Jesus Christ" is both understood and embraced.



*Richard H. Hart*

Richard H. Hart, MD, DrPH
President, Loma Linda University Health

EXHIBIT J

# Table of Contents

Introduction.................................................................................3

Mission Priorities .........................................................................5

Mission ...............................................................................7

Mentoring............................................................................ 11

Spiritual Care .....................................................................14

Service.................................................................................17

Diversity, Equity and Inclusion.......................................20

Administrative Mission and Values Alignment ..............................22

Process and Implementation.........................................................23

Appendix: Selected Current Mission Practices and Resources......25

Directory ....................................................................................29

Credits.......................................................................................30

*For we are God's masterpiece. He has created
us anew in Christ Jesus, so we can do the good
things he planned for us long ago.*
                                    – Ephesians 2:10, NLT

EXHIBIT J

EXHIBIT J

# Introduction

Loma Linda University Health (LLUH) is a Seventh-day Adventist Christian organization. The founders of LLUH believed divine providence guided in its establishment. They envisioned a healthcare entity that would not only address patients' physical needs, but would also care for their emotional, relational/social, cognitive, and especially, spiritual needs.

But their dream superseded even that. They conceived of an educational entity where students could learn to provide the finest medical care possible, grounded in the wholeness of the Bible's narrative. Their focus on care of the whole patient is reflected in the Old Testament Hebrew word *shalom*.

*Shalom* is God's desire for human beings, yet it is too large a concept to be translated by any one English word.  It contains notions of *wholeness*, *completeness*, *health* and *well-being*. Beyond that, it means *peace*.

In the New Testament, Jesus gave evidence of God's deep concern for the wholeness of people as he ministered to those in need. When Jesus asked a paralyzed man lying beside the Pool of Bethesda, "Wilt thou be made whole?" (John 5:6, KJV), his focus on *shalom* was evident. However, in his teaching and healing ministry, rather than using the Hebrew term *shalom*, Jesus spoke of *the kingdom of God*. More than any other theme, *the kingdom of God* was the burden of his teaching and preaching. Moreover, his healing miracles, rather than simply being works of healing performed only on behalf of certain individuals, were a foretaste of what will be true for all people when the kingdom of God arrives in its fullness. John's gospel, in fact, doesn't even use the term miracles. Rather, John calls them signs because they point beyond themselves to a larger truth: that Jesus is inaugurating a kingdom in which the *shalom* of God will ultimately be universal.

Such a concept was central to the minds of the founders of LLUH. Over time, this original emphasis on the *shalom* of the Old Testament and *the kingdom of God* in the New was formative in LLUH leaders capturing the mission of the organization in the simple but lofty statement: *To continue the teaching and healing ministry of Jesus Christ.*

Since 1905, the LLUH community has committed itself to implementing this noble mission both locally and globally. The work of teaching and healing, however, while always central at LLUH, was not the brainchild of its founders. As seen above, it is a work more ancient than that, having been central to the life and ministry of Jesus. While the New Testament speaks extensively of the marriage of teaching and healing in Jesus' ministry, it may be most succinctly captured in these words from Matthew's gospel: "Jesus went throughout Galilee, *teaching* in their synagogues, *proclaiming* the good news of the kingdom, and *healing* every disease and sickness among the people." (Matthew 4:23, NIV. Italics added).

A visionary woman named Ellen G. White played a seminal role in the founding of this institution. Her words regarding this mission are significant.

The Lord Jesus is our example. He came to the world as a servant of mankind. He went from city to city, from village to village, teaching the gospel of the kingdom, and healing the sick. Christ spent more time in healing than in teaching. *As our example, Christ linked closely together the work of healing and teaching, and in this our day they should not be separated.* (Ellen G. White, *The Gospel Herald*, 20. Italics added).

EXHIBIT J

Continuing to inspire LLUH to remain mission true is the burden of this Spiritual Plan. As such, it elucidates some of the ways to further incarnate this mission for this specific period of time in our life and context.

Two practical matters may serve to help the reader more fully appreciate what this Plan attempts to accomplish.

First, the primary elements contained in this Spiritual Plan are those that fall under the purview of the LLUH spiritual leaders. As such, the Vice President of Spiritual Life and Mission will help to guide, support and coordinate the collegial working relationship between the different spiritual leadership entities of LLUH, which include Chaplain Services, Loma Linda University Medical Center (LLUMC); Employee Spiritual Care, LLUMC; Office of Student Experience, Loma Linda University (LLU); School of Religion, LLU; and University Spiritual Care, LLU; in collaboration with the two campus churches—the Loma Linda University Church of Seventh-day Adventists and the Campus Hill Church.

Second, this Plan is structured as follows:

**Mission Priorities**. Each Mission Priority identifies a high-level area of strategic emphasis necessary in order for LLUH to carry out its mission.

**Mission Aims**. The Mission Aims provide specific focus to each Mission Priority by stating the desired outcomes.

**Mission Initiatives**. The Mission Initiatives specify the general work, action plans and, in certain cases, the specific tasks necessary to accomplish the Mission Aims.

**Administrative Mission and Values Alignment**. The Priorities, Aims and Initiatives outlined in this Spiritual Plan fall under the scope of LLUH's spiritual leaders. However, there exists, beyond their purview, ongoing spiritual work which other LLUH leaders must tend to if LLUH is to remain mission true. Loma Linda University Health spiritual leaders will support and participate in these endeavors, which are vital to weave into the fabric of the entire organization.

It is to this high and lofty work that—by the love of God, the grace of Jesus and the empowerment of the Holy Spirit—LLUH commits itself.



*An expert in the law, tested [ Jesus] with this question: "Teacher, which is the greatest commandment in the law?" Jesus replied: "'Love the Lord your God with all your heart and with all your soul and with all your mind.' This is the first and greatest commandment. And the second is like it: 'Love your neighbor as yourself.' All the Law and the Prophets hang on these two commandments."*

*– Matthew 22:35–40, NIV*

Randall L. Roberts, DMin
Vice President, Spiritual Life and Mission
Loma Linda University Health

EXHIBIT J

| 4 |

EXHIBIT J

# Mission Priorities



EXHIBIT J



EXHIBIT J



# MISSION

Loma Linda University Health spiritual leaders commit to keeping LLUH true to its mission, identity and culture.

## Mission Aim 1.A.

### Deepen the understanding and broaden the application of the LLUH mission: *to continue the teaching and healing ministry of Jesus Christ.*

**Mission Initiative 1.A.1.**   Capture and archive presentations reflecting a deeper biblical understanding of the teaching and healing ministry of Jesus.

Lead Entity: Office of Spiritual Life and Mission

**Mission Initiative 1.A.2.**   Apply this understanding of the biblical mission of Jesus in leading, teaching, mentoring and onboarding, including making the archived presentations available for viewing and use.

Lead Entity: Office of Spiritual Life and Mission

**Mission Initiative 1.A.3.**   Include theological statements highlighting the meaning of Christ's ministry in the décor, artwork, and literature of LLUH.

Lead Entity: Spiritual Executive Leadership Committee representatives on the Aesthetics Committee

EXHIBIT J

## Mission Aim 1.B.

### Maintain the clarity of the Seventh-day Adventist Christian identity of LLUH.

**Mission Initiative 1.B.1.**        Develop a guiding statement that defines Adventism in the LLUH context.

Lead Entity: Spiritual Executive Leadership Committee

**Mission Initiative 1.B.2.**        Integrate this statement into the life of the entity as a whole, highlighting it in publications, devotionals, worships, Weeks of Renewal, social media, and onboarding.

Lead Entity: Spiritual Executive Leadership Committee

**Mission Initiative 1.B.3.**        Encourage an emphasis on committed and qualified Seventh-day Adventists in the recruitment of students and in the selection and hiring of employees, faculty and future leaders.

Lead Entity: Spiritual Oversight Committee

**Mission Initiative 1.B.4.**        Support a process for onboarding all employees and students to understand and respect the mission, identity and values of LLUH as a Seventh-day Adventist Christian healthcare organization.

Lead Entity: Spiritual Oversight Committee

**Mission Initiative 1.B.5.**        Provide opportunity for students to take at least one class in Seventh-day Adventist identity and mission, especially as it relates to healthcare.

Lead Entity: School of Religion

*The plans of the Lord stand firm forever,*
*the purposes of his heart through all generations.*
                                    – Psalm 33:11, NIV

EXHIBIT J

EXHIBIT J

## Mission Aim 1.C.

### Foster a culture of worship as a way of life across LLUH.

| | |
|---|---|
| **Mission Initiative 1.C.1.** | Encourage department devotionals, published devotionals, invitations to worship at campus and area churches and entity-wide participation in University@Worship. |
| | Lead Entity: Employee Spiritual Care; University Spiritual Care; Campus Churches |
| **Mission Initiative 1.C.2.** | Support the annual winter Week of Renewal collaboration across LLUH and the campus churches. |
| | Lead Entity: Chaplain Services; Employee Spiritual Care; University Spiritual Care; Campus Churches |
| **Mission Initiative 1.C.3.** | Unify the LLUH hospitals through a weekly broadcast of corporate worship. |
| | Lead Entity: Chaplain Services |
| **Mission Initiative 1.C.4.** | Incorporate prayer in classes, patient care, committees and leadership meetings. |
| | Lead Entity: Spiritual Oversight Committee |

*Praise the LORD. Praise God in his sanctuary; praise him in his mighty heavens.*
*Praise him for his acts of power; praise him for his surpassing greatness.*
*Praise him with the sounding of the trumpet, praise him with the harp and lyre,*
  *praise him with timbrel and dancing, praise him with the strings and pipe,*
  *praise him with the clash of cymbals, praise him with resounding cymbals.*
*Let everything that has breath praise the LORD. Praise the LORD.*

*– Psalm 150, NIV*

EXHIBIT J

EXHIBIT J



EXHIBIT J



# MENTORING

Loma Linda University Health will continue to develop and support a culture of mentoring in relation to its mission, identity and values.

## Mission Aim 2.A.

**Cultivate and maintain processes for onboarding all new students, residents, faculty, employees, and volunteers in mission-focused ways.**

**Mission Initiative 2.A.1.**
Develop an onboarding curriculum that outlines key ingredients of LLUH's history, mission and culture.

Lead Entity: Spiritual Executive Leadership Committee

**Mission Initiative 2.A.2.**
Develop a process for screening and onboarding community clergy volunteers into the LLUH hospitals' Chaplain Services.

Lead Entity: Chaplain Services

*Remember your leaders who taught you the Word of God. Think of all the good that has come from their lives, and follow the example of their faith.*

*– Hebrews 13:7, NLT*

EXHIBIT J

EXHIBIT J

## Mission Aim 2.B.

### Continue to develop and support a culture of mentoring.

**Mission Initiative 2.B.1.**    Provide ongoing training and educational opportunities for seasoned clinicians, faculty, administrators and healthcare providers to develop mentoring skills.

Lead Entity: Spiritual Oversight Committee

**Mission Initiative 2.B.2.**    Develop processes for seasoned clinicians, faculty, administrators and healthcare providers to mentor employees, residents and students.

Lead Entity: Center for Whole Person Care; Employee Spiritual Care; University Spiritual Care

*The mediocre teacher tells.*
*The good teacher explains.*
*The superior teacher demonstrates.*
*The great teacher inspires.*
             – William Arthur Ward

*Tell me and I forget,*
*Teach me and I may remember,*
*Involve me and I learn.*
             – Benjamin Franklin

*You teach what you know…*
*but impart who you are.*
             – Jack Frost

EXHIBIT J



EXHIBIT J



# SPIRITUAL CARE

Loma Linda University Health will weave spiritual care into all aspects of the educational and healthcare delivery process and will support research endeavors in whole person care.

## Mission Aim 3.A.

### Support spiritual care initiatives in the educational and clinical entities of LLUH.

**Mission Initiative 3.A.1.**　　Educate to create spiritual awareness for students, clinicians, faculty and administrators – empowering them to respond appropriately to the spiritual needs of patients, students and employees.

Lead Entity: Spiritual Executive Leadership Committee

**Mission Initiative 3.A.2.**　　Facilitate spiritual care for patients through the collaboration of the entire healthcare team.

Lead Entity: Center for Spiritual Care; Chaplain Services

**Mission Initiative 3.A.3.**　　Support interdisciplinary spiritual care through effective documentation systems.

Lead Entity: Chaplain Services; University Spiritual Care

EXHIBIT J

| | |
|---|---|
| **Mission Initiative 3.A.4.** | Highlight spiritual care through teaching, practicing and modeling whole person care in the educational process. |
| | Lead Entity: Center for Whole Person Care; School of Religion |
| **Mission Initiative 3.A.5.** | Maintain a collaborative focus on the spiritual care of students, faculty, clinicians, employees and administrators. |
| | Lead Entity: Spiritual Executive Leadership Committee |

## Mission Aim 3.B.

### Promote and support research in whole person care.

| | |
|---|---|
| **Mission Initiative 3.B.1.** | Build and nurture partnerships between the Center for Whole Person Care and each of the eight schools of Loma Linda University. |
| | Lead Entity: Center for Whole Person Care |
| **Mission Initiative 3.B.2.** | Strengthen the research focus of the Center for Whole Person Care. |
| | Lead Entity: Center for Whole Person Care |
| **Mission Initiative 3.B.3.** | Continue to develop resources for whole person care education. |
| | Lead Entity: Center for Whole Person Care |
| **Mission Initiative 3.B.4.** | Broaden the educational reach of the Center for Whole Person Care to LLU alumni and to other healthcare entities. |
| | Lead Entity: Center for Whole Person Care |

*Dear friend, I pray that you may enjoy good health and that all may go well with you, even as your soul is getting along well.*

– 3 John 2, NIV

EXHIBIT J

EXHIBIT J



EXHIBIT J



# SERVICE

Loma Linda University Health will maintain a focus on service.

## Mission Aim 4.A.

**Maintain a consistent focus on service to both the local and the global community based on Jesus' directive to "Go into all the world."**

| | |
|---|---|
| **Mission Initiative 4.A.1.** | Continue to build and support a network of area clergy, nurtured by the Faith and Health liaison, with a view toward improving the health and well-being of their parishes. |
| | Lead Entity: Office of Spiritual Life and Mission; Chaplain Services |
| **Mission Initiative 4.A.2.** | Collaborate with other LLUH entities in the development of a community outreach center. |
| | Lead Entity: Office of Spiritual Life and Mission |
| **Mission Initiative 4.A.3.** | Encourage every student to go on at least one short-term mission trip during their time of study at Loma Linda University. |
| | Lead Entity: Vice President for Student Experience |
| **Mission Initiative 4.A.4.** | Develop competent professional chaplains throughout the global community by expanding the offering of accredited Clinical Pastoral Education through international partner sites and LLUH global campuses. |
| | Lead Entity: Chaplain Services |

EXHIBIT J

## Mission Aim 4.B.

### Regulary sponsor events that serve the local community.

| | |
|---|---|
| **Mission Initiative 4.B.1.** | Encourage and support events including but not limited to: National Day of Prayer events, Easter services, Blue Christmas programs, prayer seminars, grief support groups, concerts and outreach programs.

Lead Entity: Chaplain Services; Employee Spiritual Care; University Spiritual Care; Campus Churches |

## Mission Aim 4.C.

### Provide a robust presence of mission-related and spiritual realities on LLUH web pages and all social media platforms.

Lead Entity: Office of Spiritual Life and Mission

*… the Son of Man did not come to be served, but to serve.*
— Matthew 20:28, NIV

*Never did the Lord Jesus confine His labors to one place.*
— Ellen G. White

*Alone we can do so little; together we can do so much.*
— Helen Keller

*I shall pass through this world but once. Any good thing therefore that I can do, or any kindness that I can show to any human being, let me do it now. Let me not defer it or neglect it, for I shall not pass this way again.*
— Henry Drummond

*Life's most persistent and urgent question is, "What are you doing for others?"*
— Martin Luther King, Jr.

EXHIBIT J

EXHIBIT J





EXHIBIT J

EXHIBIT J



# DIVERSITY, EQUITY AND INCLUSION

Loma Linda University Health will nurture a culture of diversity, equity and inclusion based on the biblical teaching that *all* people are created in the image of God.

### Mission Aim 5.A.

**Nurture an inclusive culture within LLUH that reflects Jesus' heart for all people.**

**Mission Initiative 5.A.1.**   In the spirit of biblical confession, LLUH acknowledges its past failures to be fully inclusive and commits to work toward equity for all.

Lead Entity: LLUH Leadership

**Mission Initiative 5.A.2.**   Through the sharing of God's Word at events, in devotionals, in teaching and other opportunities, LLUH spiritual leadership will nurture a culture consistent with the divine call to "do justice, love mercy, and walk humbly with God" (Micah 6:8).

Lead Entity: Spiritual Oversight Committee

EXHIBIT J

## Mission Aim 5.B.

### Extend spiritual care to the LLUH community, with special regard for those who have been marginalized.

**Mission Initiative 5.B.1.**   Provide spiritual guidance to diversity, equity and inclusion initiatives in the focus areas of history, culture, education and policy.

Lead Entity: Spiritual Oversight Committee

**Mission Initiative 5.B.2.**   Inspire and support a culture of diversity, equity and inclusion grounded in God's concepts of community.

Lead Entity: LLUH Leadership; Spiritual Oversight Committee

*There is neither Jew nor Gentile, neither slave nor free, nor is there male and female, for you are all one in Christ Jesus.*

– Galatians 3:28, NIV

*After this I looked, and there before me was a great multitude that no one could count, from every nation, tribe, people and language, standing before the throne and before the Lamb. They were wearing white robes and were holding palm branches in their hands. And they cried out in a loud voice:*

*"Salvation belongs to our God, who sits on the throne, and to the Lamb."*

– Revelation 7:9–10, NIV

# Administrative Mission and Values Alignment

**LLUH spiritual leaders will encourage and support LLUH leadership in ongoing mission-aligned endeavors. Quarterly meetings of the LLUH President with the Vice President for Spiritual Life and Mission, and annual meetings of the LLUH President with the Spiritual Executive Leadership Committee will help facilitate this process.**

**Mission Alignment Endeavor.** Encourage the prioritization of mission alignment in the recruitment of students and in the selection and hiring of employees, faculty and future leaders.

Lead Entity: LLUH President; LLUH Provost; LLUMC CEO

**Leadership Selection Endeavor.** Select leaders based on clear evidence of support for our spiritual mission as well as demonstrated talents for organizational leadership.

Lead Entity: LLUH President; LLUH Provost; LLUMC CEO

**Succession Planning Endeavor.** Implement comprehensive succession planning for leadership positions throughout the organization.

Lead Entity: LLUH President; LLUH Provost; LLUMC CEO

**Diversity Endeavor.** Strengthen diversity, equity and inclusion for all students and employees into the life of LLUH.

Lead Entity: LLUH President; LLUH Provost; LLUMC CEO

EXHIBIT J

# Process and Implementation

**As LLUH spiritual leaders, we are convicted that the success of this Plan will be due, in large measure, to two realities: one, the presence and power of the Holy Spirit; and two, the humble, sustained, and prayerful efforts of ordinary men and women throughout the entire LLUH organization. The Old Testament prophet Zechariah, facing a task of herculean dimensions, might have been tempted to despair. But God spoke directly to that temptation when he told Zechariah to remember that the task before him would be accomplished "'Not by might nor by power, but by my Spirit,' says the Lord Almighty," (Zechariah 4:6, NIV). That same Spirit will also determine the success of this Plan.**

Having said that, there is a human element to the endeavor, as well. As such, the following design for accountability is structured into the Plan.

**Lead offices:**

Each initiative is assigned to a lead office. Achievement of the Plan will require the collaboration of thousands of colleagues led by hundreds of leaders. To achieve a high level of accountability, the lead offices will ensure that the initiatives are implemented.

**Metrics:**

The lead offices, in consultation with executive leadership will establish approriate metrics to assess ongoing work with each initiative. This assessment will help determine whether the initiative has accomplished its intended goal or needs revision.

Annually, the Spiritual Oversight Committee will review progress on the initiatives and prepare a proposal for renewing or revising the initiatives.

EXHIBIT J

**Reporting:**            Each year, in preparation for the Board of Trustees meeting in December, the Vice President for Spiritual Life and Mission will prepare a report on the Spiritual Plan's implementation to be delivered to the LLUH Executive Leadership Council and subsequently to the LLUH Board. The report will include recommendations for renewing and developing the Plan's Mission Priorities, Mission Aims, and Mission Initiatives.

**Propagation:**          The LLUH Spiritual Plan includes only key and current initiatives that have organization-wide application. It is the intent of leadership that all the various entities within LLUH, using this framework, will develop specific plans appropriate for their particular purpose.

For those of us who are LLUH spiritual leaders, we think of LLUH in the same way the apostle Paul thought of his friends in the ancient church at Philippi. Here is what Paul wrote to them:

> Every time I think of you, I give thanks to my God. Whenever I pray, I make my requests for all of you with joy, for you have been my partners in spreading the Good News about Christ from the time you first heard it until now. And I am certain that God, who began the good work within you, will continue his work until it is finally finished on the day when Christ Jesus returns. (Philippians 1:3–6, NLT).

God began his "good work" within LLUH in 1905 and continues it today. Might this Spiritual Plan serve to keep us mission true, partnering with the Holy Spirit to carry this work forward until "the day when Christ Jesus returns."

EXHIBIT J

# Appendix
## Selected Current Mission Practices and Resources

**Clergy Appreciation Breakfast –** An annual outreach to community pastors to build and nurture a framework for the Faith and Health network.

**Cornerstones Leadership Retreats –** An annual class that focuses on how to lead in a Seventh-day Adventist institution and explains how Adventist beliefs shape the way we provide healthcare and operate the organization.

**"I AM" Hallway –** A collection of photographs of remarkable employees and patients, each one described by an "I am…" statement. In the center of the hallway, the "I Am" statements of Jesus are displayed.




**Monthly Residence Hall Sponsored Meals –** Free food and fellowship to provide physical and spiritual nourishment.




**Oasis –** An annual day of renewal for employees providing inspiration and opportunities for reflection and restoration.




EXHIBIT J

**Praxis –** A Friday night relational community worship event for students coordinated by the pastor for young adults at the Loma Linda University Church in consultation with the Loma Linda University chaplains.

 

**Spiritual Leadership Renewal –** A two-day retreat for LLUH leaders and leaders of spiritual life and wholeness committees across LLUH to pray and worship together, to build community and to hear the spiritual vision of our LLUH executives.

 

**Spiritual Life and Wholeness Leadership Dinner –** An annual opportunity (celebrated at the Spiritual Leadership Renewal) for recognizing employees from all LLUH entities who receive Spiritual Life Service Awards.

 

**Spiritual Messaging –** Scripture verses and messages of hope displayed on digital signs and other media throughout campus.

 

EXHIBIT J

**Student Service Opportunities –** a wide variety of mission opportunities for students to serve locally (Community-Academic Partners) and internationally (Students for International Mission Service).



Students for International Mission Service (SIMS) incorporates international service opportunities into the academic curriculum to prepare students for effective global service and to promote the health of communities with limited healthcare and health education.

**University@Worship –** A mid-week campus-wide worship event where values, concepts of wholeness, and mission-focused service are expressed in biblically-based worship and preaching.



EXHIBIT J

| 27 |

EXHIBIT J

**Values in Practice (VIP) Program –** A group of dedicated healthcare employees committed to championing our core values in their work areas.



**Values in Practice:** Each encounter at work provides an opportunity for us to extend the love of God in a unique way, not only in our patient contact, but in all our work. Each employee can know that they are participating in holy work because our lives, our colleagues' lives, and the lives of those we serve are sacred.

**Week of Renewal –** A week of special worship opportunities for employees and students throughout all LLUH entities at the beginning of each year.




**Wil Alexander Wholeness Series –** A series of workshops in the areas of spiritual values, professional development, personal enrichment, and public awareness.



# Directory

Loma Linda University Health Center for Whole Person Care

909-558-7786

wholeness@llu.edu

Loma Linda University Health Vice President, Spiritual Life and Mission

909-558-5815

anicolas@llu.edu

Loma Linda University Medical Center Chaplain Services

909-558-4367

rbrito@llu.edu

Loma Linda University Medical Center Employee Spiritual Care

909-558-7261

cmoreno@llu.edu

Loma Linda University Office of Student Experience

909-558-4510

studentaffairs@llu.edu

Loma Linda University School of Religion

909-558-7478

religion@llu.edu

University Spiritual Care

909-558-8348

campusministries@llu.edu

Loma Linda University Church

909-558-4570

comments@lluc.org

Campus Hill Church

909-796-0222

Campushill.office@gmail.com

EXHIBIT J

# Credits

## Loma Linda University Health *Spiritual Executive Leadership Committee*

Randy Roberts, Vice President, Spiritual Life and Mission *(chair)*

Saul Barcelo, Director, Center for Whole Person Care

Karl Haffner, Vice President, Student Experience

Kathy McMillan, Director, Employee Spiritual Care

Leo Ranzolin, Dean, School of Religion

Carl Ricketts, Director, Chaplain Services

Terry Swenson, Director, University Spiritual Care

Anne Nicolas, Spiritual Life and Mission *(recording secretary)*

## Loma Linda University Health *Spiritual Oversight Committee*

Randy Roberts, Vice President, Spiritual Life and Mission *(chair)*

Saul Barcelo, Director, Center for Whole Person Care

Dilys Brooks, University Campus Chaplain

Ronald Carter, LLU Provost

Lyndon Edwards, Senior Vice President, LLUMC Adult Services

Mark Etchell, Senior Pastor, Campus Hill Church

Karl Haffner, Vice President, Student Experience

Kathy McMillan, Director, Employee Spiritual Care

Leo Ranzolin, Dean, School of Religion

Carl Ricketts, Director, Chaplain Services

Terry Swenson, Director, University Spiritual Care

Anne Nicolas, Spiritual Life and Mission *(recording secretary)*

EXHIBIT J



**Loma Linda University Health** *Spiritual Leadership Committee*

Randy Roberts, Spiritual Life and Mission *(chair)*

Adam Arechiga, School of Behavioral Health

Lynette Bates, Residence Hall Dean

Saul Barcelo, Center for Whole Person Care

Brenda Boyle, School of Nursing

Christine Brassfield, Behavioral Medical Center

Dilys Brooks, University Campus Chaplain

Ronald Carter, LLU Provost

Lyndon Edwards, LLUMC

Mark Etchell, Campus Hill Church

Karl Haffner, Student Experience

Barbara Hernandez, Physician Vitality

Julia Hollister, School of Allied Health Professions

Jonathan Jean-Marie, East Campus

Jennifer McDonald, Patient Engagement

Kathy McMillan, Employee Spiritual Care

Khadjiha Miller, Health System Clinics

Olivia Moses, Director, Corporate Health and Wellness

John Nafie, Residence Hall Dean

Doyle Nick, School of Dentistry

Jisoo Oh, School of Public Health

Leo Ranzolin, School of Religion

Carl Ricketts, Chaplain Services

Michael Samardzija, Research Affairs

Glenn Scott, Behavioral Medical Center

Terry Swenson, University Spiritual Care

Loredana Trica, School of Dentistry

Carissa Vitorovic, Social Action Community Health System

Arwyn Wild, San Manuel Gateway College

Linda Williams, School of Pharmacy

Roger Woodruff, School of Medicine

Anne Nicolas, Spiritual Life and Mission *(recording secretary)*

EXHIBIT J

EXHIBIT J





EXHIBIT J

EXHIBIT J





EXHIBIT J

EXHIBIT J



**MANY STRENGTHS. ONE MISSION.**

*A Seventh-day Adventist Organization* | **LLUHEALTH.ORG**

EXHIBIT J