Case 1:23-cv-00688-CKK   Document 6-12   Filed 03/21/23   Page 1 of 7

EXHIBIT K

# *General Conference*

# WORKING POLICY

## 2022-2023

EXHIBIT K

K-1

# WORKING POLICY

OF THE GENERAL CONFERENCE OF
SEVENTH-DAY ADVENTISTS

2022-2023 Edition

PRINTED IN U.S.A.

PACIFIC PRESS PUBLISHING ASSOCIATION
Nampa, ID 83653-5353

EXHIBIT K

K-3

Copyright © 2022 by the General Conference of Seventh-day Adventists. All rights reserved.

EXHIBIT K

K-3

## Introduction

This book contains the Fundamental Beliefs of Seventh-day Adventists and the Constitution and Bylaws of the General Conference of Seventh-day Adventists as adopted by General Conference Sessions, the Mission Statement of the Seventh-day Adventist Church, Total Commitment to God—A Declaration of Spiritual Accountability in the Family of Faith, Roadmap to Mission and the *Working Policy* as adopted by Annual Councils of the General Conference Executive Committee. It is therefore the authoritative voice of the Church in matters relating to the administration of the work of the Seventh-day Adventist denomination in all parts of the world. It is to be adhered to by all denominational organizations. (See General Conference *Working Policy* B 10.)

Up until and including the 1975 edition, the General Conference *Working Policy* was published in bound format and was updated and reprinted periodically, usually every two years. Beginning with the 1977 edition, it was published in loose-leaf format and updated annually by inserts which included the policy revisions voted by the latest Annual Council of the General Conference Executive Committee. The last such inserts contained the policy revisions voted by the 1982 Annual Council and carried the notation "Revised 1982." No inserts were prepared with the revisions made by the 1983 Annual Council. Instead, the 1984 edition of the *Working Policy*, published in bound format, included the policy revisions voted by both the 1983 and 1984 Annual Councils. It was also the first edition to be issued under a new plan to print annual revised editions of the complete *Working Policy* which would include changes made by the latest Annual Council.

This is the 2022-2023 edition of the General Conference *Working Policy*. The date 2022 is used to indicate that it incorporates the changes made by the 61st General Conference Session (2022) and subsequent Annual Councils. Its dual designation as the 2022-2023 edition is used to indicate that for most of the year 2023, it will be the latest edition of the General Conference *Working Policy*.

This edition supersedes all previous editions and shall be adhered to except as it may be amended by subsequent actions of a General Conference Session or an Annual Council of the General Conference Executive Committee.

General Conference of Seventh-day Adventists<br>Executive Committee

as Secretary General of the International Religious Liberty Association. One of the main activities of the association is the conducting of international and regional religious liberty congresses, conferences, and seminars.

Public Affairs and Religious Liberty gives support to the International Religious Liberty Association in publishing the journal *Fides et Libertas* and a newsletter, *IRLA Information*. Public Affairs and Religious Liberty develops, jointly with the various English-speaking divisions, policies for the financial support and circulation of this English language religious liberty journal.

## FL 25 Religious Liberty Litigation

In various countries it may become necessary from time to time to take legal action in defense of the religious liberty rights of church organizations or individuals, including the right of Sabbath observance. However, before resorting to the courts, every effort should be made to settle matters equitably in support of free exercise of religion. Prudence should always prevail when it appears advisable to seek rights or redress through the judicial system, not the least because of the heavy costs that can be incurred and the possible far-reaching consequences of court decisions.

Each division shall establish procedures governing religious liberty litigation.

## FL 30 Relationship of Church Members and Church Institutions to Labor Organizations

**FL 30 05 Biblical Background**—1. a. For more than a century, the Seventh-day Adventist Church has taught its members and instructed administrators of its Church institutions that the Bible clearly instructs that Christ is to be Lord of the life of every church member and Church institution, and that He is to be the ultimate authority to Whom they will submit their decisions and relationships (Acts 2:36; 5:29; Col 3:23, 24). The Church has historically taught that its members and institutions dare not violate their individual or corporate consciences by supporting

*GC Working Policy 2022-2023*       *Public Affairs & Rel. Liberty /* **403**

organizations, policies, or activities incompatible with the principles set forth in Scripture (Isa 8:12, 13; 2 Cor 6:14-18).

    b.  The Seventh-day Adventist Church is aware that unjust activities on the part of some employers and the exploitation of employees created a climate for strong labor unions. Exploitation is condemned in Scripture. "Now listen, you rich people, weep and wail because of the misery that is coming on you. . . . Look! The wages you failed to pay the workers who mowed your fields are crying out against you. The cries of the harvesters have reached the ears of the Lord Almighty." (James 5:1, 4 NIV) Jesus made His position clear when He said, "And the King will answer and say unto them, 'Assuredly, I say to you, inasmuch as you did it to one of the least of these My brethren, you did it to Me.'" (Matt 25:40, NKJV) However, Jesus never used confrontational methods such as economic or physical pressure. Labor organizations may appear to have good motives, but Christians cannot unite with those who sometimes follow Christ and only sometimes trust His methods.

    **FL 30 10 Historical Position**—1. Based on the biblical principles described in FL 30 05 (and many other sources), the Seventh-day Adventist Church hereby confirms its long-standing teaching that church members should, and institutions must, remain free and independent from organizations which might violate a member's conscience or interfere with the fulfillment of the mission of the Church, through its institutions, as follows:

    a.  Seventh-day Adventist church members are following the historic teaching of the Church when they refuse to join or financially support labor unions or similar organizations.

    b.  Seventh-day Adventist institutions are following the historic teaching of the Church when they refuse to recognize labor unions as bargaining units or to enter into contractual negotiations with them or similar organizations. Institutions and administrators on all levels shall seek counsel from their division department of Public Affairs and Religious Liberty and division administration if confronted with requests to recognize a labor union as a bargaining unit or enter into contractual negotiations with such organizations.

    2.  The Seventh-day Adventist Church does not engage in political or economic activities that seek to destroy labor movements. However, the Church will exercise its lawful right to protect itself and its

**404** / *Public Affairs & Rel. Liberty*    *GC Working Policy 2022-2023*

institutions from involvement with labor unions, just as it endeavors to protect the rights of conscience of members who faithfully practice the teaching of the Church in this regard.

    3. Through sermons, personal counseling, Church publications, and other media, Church and institutional administrators as well as pastors should inform Seventh-day Adventist church members and institutional employees of the Bible principles and the historic teachings on which the Church's position is based.

    **FL 30 15 Employee Dispute Resolutions**—Seventh-day Adventist employers and employees are urged to employ the methods of Christ in the workplace and in every place. Disputes should be resolved peacefully in a way that will not create adversarial relationships. Working agreements may provide for the use of neutral and objective third parties in dispute resolution efforts. Employers and employees are to remember that Christ went above and beyond what was required and taught that we should love our enemies (Matt 5:41, 44).

    **FL 30 20 Union Membership**—Seventh-day Adventist employees in secular workplaces are to follow the dictates of their consciences in matters of labor union membership. They are to avoid unchristian activities and avoid blanket or blind support of partisan political campaigns. Where union membership is required for employment in a given industry or position, and the member elects to remain in said position, he or she should minimize participation, serve in humanitarian projects, and request that his or her union dues be applied to a charitable organization.