Case 1:23-cv-00688-CKK   Document 6-14   Filed 03/21/23   Page 1 of 6
EXHIBIT M

# LIGHT BEARERS

## A History of the Seventh-Day Adventist Church

RICHARD W. SCHWARZ
FLOYD GREENLEAF



Pacific Press® Publishing Association
Nampa, Idaho
Oshawa, Ontario, Canada

EXHIBIT M

M-1

Designed by Tim Larson
Cover photo © Copyright 1995 PhotoDisc, Inc.

Copyright © 1979 by General Conference of Seventh-day Adventists, Department of Education, Silver Spring, Maryland.

Revised edition copyright © 2000 by General Conference of Seventh-day Adventists, Department of Education, Silver Spring, Maryland.

Printed in the United States of America by Pacific Press® Publishing Association. All rights reserved.

www.pacificpress.com

ISBN 13: 978-0-8163-1795-0
ISBN 10: 0-8163-1795-X

09 10 11 • 5 4 3

# CONTENTS

Preface to the first edition

Preface to the revised edition

## PART ONE
### ORIGINS AND FORMATIVE YEARS, 1839-1888

| | | |
|---|---|---|
| Chapter 1 | The World in Which Adventism Began | 13 |
| Chapter 2 | The Great Advent Awakening | 23 |
| Chapter 3 | The Millerite Movement, 1839-1844 | 35 |
| Chapter 4 | After the Disappointment | 51 |
| Chapter 5 | Using the Printed Page | 69 |
| Chapter 6 | Organizational Birth Pangs | 83 |
| Chapter 7 | Becoming Health Reformers | 100 |
| Chapter 8 | Starting an Educational System | 114 |
| Chapter 9 | Worldwide Outreach, 1868-1885 | 130 |
| Chapter 10 | Organizational Developments, 1864-1887 | 146 |
| Chapter 11 | Doctrinal Developments, 1849-1888 | 160 |
| Chapter 12 | Righteousness by Faith: Minneapolis and Its Aftermath | 175 |

## PART TWO
### YEARS OF GROWTH AND REORGANIZATION, 1888-1945

| | | |
|---|---|---|
| Chapter 13 | The Expansion of Institutions, 1877-1900 | 191 |
| Chapter 14 | Mission Advance, 1887-1900 | 207 |
| Chapter 15 | Entering the American South: A Neglected Field | 225 |
| Chapter 16 | Troubles Lead to Reorganization | 241 |
| Chapter 17 | New Beginnings Amid Crisis | 259 |
| Chapter 18 | The Beginnings of Globalization | 273 |
| Chapter 19 | New Challenges, New Institutions | 293 |
| Chapter 20 | Organizational Refinements | 313 |
| Chapter 21 | Giving the Trumpet a Certain Sound | 332 |
| Chapter 22 | The Final Years and Legacy of Ellen White | 348 |
| Chapter 23 | Two World Wars Affect a World Church | 364 |

**CHAPTER 26**

# The Church Confronts the Secular World

Seventh-day Adventists daily found themselves facing situations that were secular but which nevertheless impinged on their beliefs in the Bible and the lifestyle they derived from its teachings. It was difficult for them to separate these circumstances into either secular or religious categories. Ellen White's counsel conditioned denominational thinking about these diverse matters, as did also the North American milieu in which the church originated and matured. The issues themselves were often conflicting. The more far reaching issues included organized labor that imposed problems of personal conscience and Sabbath observance on Adventists; accrediting practices for institutions of higher learning about which church leaders were dubious, especially in North America, seeing it as bending under the pressure of secularism; and the church's unending struggle with evolution as a scientific theory which struck at Adventists' belief in the biblical account of Creation and forced prolonged study of the relationship of faith and science in Adventist higher education.

In many of these instances North American views dominated the decisions of the church. As the Adventist community encircled the globe, church leaders had to deal with differing conditions, and to decide upon an appropriate denominational position in different times and places. At times, issues in one part of the world were nonissues elsewhere. It sometimes required the patience of Job and the wisdom of Solomon to bring disparate elements together without stumbling over apparent inconsistencies. Sometimes the unity of the world church was at risk; sometimes the inconsistencies did not matter.

## Labor Relations

A major point in question was the labor movement that emerged in the nineteenth century as a major force in industrialized countries. While roughly paralleling the rise of Adventism chronologically, it did not always coincide geographically with Adventism. The industrial revolution, producing a new working class, and the appearance of socialism with its predictions of a violent reaction to unbridled wealth had colored European society and politics for years before the United States was seriously affected. What got the attention of Adventists about organized labor was a series of particularly ugly strikes, mainly in the United States beginning in the 1870s, but also including unrest in Europe, such as the truncated attempt by the Paris Commune to seize control of France in 1871. In some of these events more than chaos resulted; sometimes lives and property were also lost.

The reaction from the Christian community to these happenings was uneven. By and large, both Catholics and Methodists supported organized labor and its attempt to redress economic imbalances that seemed to be out of control. European emigrants to the United States included many Catholics who brought their ideas with them and furnished much of the vitality of the labor movement on the west side of the Atlantic. Although outside the Christian community, Jewish elements maintained a similar view and even formed Jewish unions. The American mentality was split. The social gospel, a popular mentality of the late nineteenth century, saw the well-being of society at large as the prime goal to which biblical principles applied. Many Protestant preachers of this message lent their voices in support of organized labor as a counterveiling force to wealth. On the other hand, Christians who had adopted Social Darwinism as an explanation for the new economic order saw industrial leaders as a natural result of social conditions and labor as an implacable enemy. Other Protestant groups viewed the United States as the world's model of laissez-faire philosophy that embodied freedom of conscience and religious activity. Some feared that violent strikes would incite intervention by the state which could produce a military state that would remove individual rights. To this group labor unions were a sinister threat.

Seventh-day Adventists found themselves uncomfortably straddling the fence, but obviously leaning toward this last group. Editorialists for the *Review* deprecated the poverty and squalor that characterized the life of employees of sweat shops and mines, blaming the unrestrained practices of new industrialists as the cause of these social ills. By the same token, they were repelled by the violence and lack of respect for authority that was evident in labor strikes. On theological grounds, Adventists rejected the temporal utopia that socialism promised and the basic assumption of the social gospel as counter to biblical descriptions of human destiny. While they believed in humanitarian activity as an expression of Christianity, they did not believe that it was possible to build a politically just and equitable social order before the coming of Christ; thus, instead

of trying to remake society they should concentrate on preparing the world for the return of Jesus.

Adventists also viewed labor unions as something akin to secret societies, from which they dissociated themselves. They were also suspicious of the strong Catholic presence in the labor movement, fearing that labor would contribute to, if not force, Sunday observance. When Samuel Gompers, long-time president of the American Federation of Labor, endorsed laws designed to ensure that Sunday would be a "rest" day, Adventist leaders saw their fears being realized.

*Review* editorials advised Adventists not to join labor unions and described arguments over wages as a detraction from their primary duty of spreading the gospel. After the turn of the century Ellen White reinforced the views of the *Review*, charging unions with violence and oppression, and attempts to monopolize and coerce workers. She counseled Adventists not to join unions because they denied people their God-given rights to make decisions. She also criticized the tactics of businessmen who sought to control the manufacture and sale of products to guarantee excessive profits. Taken altogether, her comments typified the dilemma of Adventist thinking about how to relate to both capital and labor.

In the United States the labor unions remained relatively small during the nineteenth century and the early years of the twentieth. Although they commanded much attention during strikes, the prevailing political mood viewed them as extra-legal organizations with no vested authority. Their gains in disputes were not notable, which corroborated the denominational view that their activities were futile. The majority of North American Adventists were either agricultural workers or small businessmen and thus remained outside of the argument between capital and labor. In other industrialized countries Adventist involvement in the labor movement was minimal because the church was small.

These circumstances changed dramatically in the mid-1930s when the closed shop—one employing only union members—made the question of union membership a live issue in the United States. In the wake of the Great Depression legislation legalizing labor unions and granting them collective bargaining power, combined with the endorsement of the closed shop by friendly government officials, forced Adventist workers to face up to their dilemma—either join the union where they worked, in contradiction to denominational advice, or seek employment elsewhere. Tension mounted as Adventist workers sought the church for aid and counsel. Besides the question of how to deal with the matter of the closed shop, the problem also implied a change in the nature of Adventist membership in North America: it was becoming more urban.

The first reaction by church leaders was to approach labor leaders with a position statement and request a concession. In 1940 the General Conference Committee adopted a short declaration that confirmed Adventist agreement with union goals of proper working hours and wages and "decent living conditions," but protested that union membership would compromise the denominational goal of preaching the gospel by forcing laborers to discriminate between social classes.

The statement had little impact. Four years later the General Conference Committee repeated its appeal through an open letter to labor union leaders, strengthening its arguments by admitting the legality of labor unions but defending the choice of Adventists not to join them as a constitutional right. It was this issue of protecting a right that would dominate the church's position in all future actions. The church did not condemn those who joined, and asked the unions for equal treatment of those who did not.

Quickly after this letter went out the General Conference established two new organizations, the Council on Industrial Relations and the Commission on Rural Living. The first was to help members escape the problem of union membership and closed shops, and the second was to encourage Adventists to consider leaving cities, partly because of the problems with unions, to live in small towns and rural areas. Carlyle B. Haynes was the most forceful member of both organizations. He collected and disseminated information about rural employment opportunities, and in the columns of the *Review* he repeatedly explained the stand of the church on labor relations.

Haynes also developed a document that he hoped would satisfy both Adventist workers and union leaders. Entitled the "Basis of Agreement," it did not explain the rationale of the Adventist position toward organized labor, but simply pledged that Adventist workers would neither break a strike by continuing to work nor agitate during strikes by picketing. Further, Adventist workers would comply with the regulations of the workplace and would pay to charity an amount equivalent to union membership dues. The statement required the signature of the employee, the employer, and a representative of the affected union. If accepted by all parties, the Agreement would allow Adventists to work without penalty in a closed shop.

The reaction of union leaders varied. The largest union in the United States, the United Automobile Workers, accepted it in 1948 and within a year 1100 union locals in the United States and Canada followed suit. Others rejected it outright. Some Adventists themselves objected to it with the observation that it was a concession to the closed shop. Yet in the end, it enabled hundreds of Adventists to continue working without actually joining a union.

At least for the time being some labor leaders could afford to disregard the "Basis of Agreement." United States legislation in 1947 legalized right-to-work laws, which protected the workers' right to work without joining a labor organization. Despite applications of these right-to-work opportunities in nineteen states, unions became stronger than ever in the 1950s, but before that decade was over, a decline of organized labor set in. Investigations into labor union operations revealed widespread corruption. Many labor leaders were disgraced. With these disclosures came a shift in the popular mood. Unions suffered a loss of respect. Further legislation added more restrictions to unions. An attempt to repeal

right-to-work laws failed. Beginning in the 1970s employers became emboldened to replace striking workers permanently. The notion of a closed shop lost its punch. From the 1970s, onward, labor union membership increased, partly by spreading from the private sector to the public, including teachers and government employees, but the relative strength of labor did not keep up with general economic growth.

Meanwhile, events were leading the church along another route in labor relations. In 1954 the General Conference disbanded the Council on Industrial Relations and assigned the Religious Liberty Department the task of defending Adventists who were in trouble with labor unions because of their religious scruples. Seven years later in 1961, the General Conference made official what was already obvious and abandoned the "Basis of Agreement" as the "exclusive" Seventh-day Adventist position toward organized labor. Adventist workers were advised to negotiate their own relationships with their employers. In 1964 the Civil Rights law dealt a severe blow to discriminatory activity. At the time most Americans perceived this new law as historic legislation dealing with racial problems, but applications continually broadened its meaning to include religious matters as well. As applied to labor unions this development meant that closed shops discriminated against workers whose conscientious beliefs prevented them from joining unions. The implication was that the right to work was a basic human right that needed protection, which had been the church's argument for two decades.

In spite of its decline, organized labor had achieved many of its goals. In the United States as well as in other industrial countries, social legislation controlling organized labor and other aspects of society became institutions in themselves. This trend also focused attention on employers as well as unions as guilty of violations of human rights. When dealing with Adventists in trouble, denominational religious liberty leaders found themselves increasingly protesting against employers and their employment policies on the basis of conscience and discrimination. In October 1980, after a sequence of hearings in three major North American cities, the Equal Employment Opportunity Commission submitted guidelines that delineated expectations for employers. Among them were provisions to accommodate workers whose religious beliefs prevented them from working on specific days. Adventists had testified before the Commission. Less than two months later the conscience clause allowing freedom in the work place became a part of United States law. This new provision not only killed the closed shop but also outlawed discriminatory activity by employers.

These events were not without their international impact. In Britain the power of the Labour Party after World War II produced concern over the impact of the closed shop. Church leaders in the British Union responded similarly as their North American brethren by publishing pamphlets encouraging Adventists not to join trade unions that expected their members to act in solidarity, that is, without dissent. Adventists could easily find themselves violating their consciences both in the event of violence or Sunday legislation if they joined solidarity movements. In the English-speaking Australasian Division, consisting of largely British Commonwealth territory, church leaders copied the British response.

The influence of United States labor unions had also spilled over into Canada with some unions recruiting members north of the border. Sabbath observance also became an employment problem. In 1984 landmark cases involving accommodation of Seventh-day Adventists were on the docket before both the Supreme Court of Canada and provincial courts in Manitoba. In July, before the courts handed down their decisions, the Canadian Parliament passed the new Canada Labour Code which included a conscience clause to protect religious beliefs of workers. The judgment of the Supreme Court in December 1985, not only upheld the rights of Theresa O'Malley, a Canadian Adventist worker whose rights were in question, but also held that discrimination did not have to be intentional to be illegal. In Belgium the Labor Court of Mons ruled that a Seventh-day Adventist worker could claim unemployment benefits even after refusing a job that required Sabbath work. The court recognized that a society that promotes principles of religious liberty and human dignity cannot force one's conscience.

During this long struggle much of the Adventist world remained unaffected. In socialist countries labor unions were virtually an arm of the state and workers had little choice in the matter. In industrial countries beyond North America organized labor played a different role as compared to that in the United States. Probably one of the important reasons why labor relations did not become a fiery church issue in these places was a more tolerant attitude among Adventists toward organized labor. By definition European society was more urbanized than American society, and Adventists were accustomed to an environment in which urban problems were central to political debate. Before the labor movement became a force in the United States, it had become politicized in many European countries. Labor parties existed with candidates running for election on agendas that were part and parcel of organized labor's program. Lawmakers in these countries enacted social legislation one and sometimes two generations before comparable regulation existed in the United States. In some countries governments established labor courts to arbitrate disputes. Much of this activity occurred before a strong Adventist presence existed.

A wave of American legislation in the 1930s and another beginning in the 1960s brought the United States to a position more comparable with other industrialized countries. In 1984 the International Labour Organization could report that social security, broadly construed to include among other things, working conditions, retirement income, family benefits, and public insurance, was a way of life in the industrialized parts of the world.

In preindustrialized countries the issue of labor unions was irrelevant. This situation changed as the gains of labor

unions translated into social legislation and produced more benefits to workers and contributed to higher production costs. Manufacturing interests reacted by transferring some of their operations from traditional North American and European markets to cheaper labor sources in distant parts of the world. Organized labor sometimes followed to these new industrial centers, but the violence that had characterized the labor movement in the nineteenth century did not reappear. The heyday of organized labor had clearly passed, but the church remained cautious. In a formal statement in 1989 the South Pacific Division declared that the church supported legitimate aims such as fair wages and safe working conditions, but decried the coercion that unions sometimes employed. Church members were advised not to join unions, but the choice was left to them.

During their struggle with organized labor Adventists had to endure repeated charges that they wanted the benefits that labor was battling for but they did not want to join the movement or contribute money to enable it to succeed. At times this accusation was too difficult for some Adventists to tolerate, and they joined unions. Although the church opposed organized labor for a variety of reasons, it had also consistently held that union membership was a matter of individual conscience, and even though Adventist workers joined them against denominational counsel, they were still church members in good and regular standing. Adventist leaders were appalled by violence and radicalism in the labor movement wherever it occurred, but they did not intervene until the government combined its influence with organized labor and formed the closed shop, which the church viewed as a threat to freedom of conscience. Even then membership in unions remained an individual matter.

Adventists also viewed the closed shop as inherently contradictory to the principles of freedom spelled out in the United States Consitution, and in the end the denominational struggle became the conscience clause, expressing the right of working people to earn a livelihood without penalty because of their beliefs. It was ironic that as this issue became more narrowly defined as one of conscience rather than a defense of property rights against violence, Adventist workers found themselves squared off against employers in much the same kind of confrontation that they had experienced with organized labor. It had been a long and arduous struggle, but the denomination was satisfied that conscience had won.

### Accreditation of Schools

One of the major reasons Seventh-day Adventists developed their own system of education was their fear that secular influences would erode the faith of their children. Additionally, the main goal of Adventist higher education was to provide workers for the many ramifications of the church, primarily ministers, teachers, and health-care workers. Not as dramatic as the question of labor relations but still important to denominational policies toward a secular world was the question of accreditation, or official recognition of Adventist schools. Again, as church leaders discovered, national policies around the world played an important role in shaping practices relating to the governance and quality of denominational schools.

The need to provide schools with an operational framework assuring students and parents that they were receiving what the schools said they would deliver became increasingly evident as the number and variety of institutions appeared. It was in the United States that the denominational education movement began. National policy placed the control of education in the hands of the states rather than a national body. Throughout the nineteenth and early twentieth centuries all levels of Adventist schools operated virtually without interference, but this situation changed during the 1920s when accreditation became an issue.

The accreditation movement ran along a dual track in the United States; the first legislated by the states and the second organized and maintained by independent accrediting associations not connected to state governments. In the beginning the first track affected chiefly elementary and secondary schools, and later, tertiary institutions; the second track impacted primarily higher education, but also elementary and secondary schools as time went on. State recognition of private schools, which included Adventist schools, became obvious after World War I when an abortive movement among a few states tried to force all elementary students to attend state schools. Although this movement failed, Seventh-day Adventists saw this episode as a warning that their elementary and secondary schools meet standards established by the states, or risk closure.

Denominational colleges were already feeling the pressure of standards coming from regional accrediting associations and professional groups. Private colleges in the United States operated on the authority of a charter from the state, which gave them the right to function, but the state did not control the quality of what they actually did. While administrators of private colleges, especially church-related institutions, appreciated this independence, they became more sensitive to a need to measure the quality of their performance.

The term, *voluntary accreditation*, arose in the late nineteenth century to describe the voluntary formation of associations by colleges and universities in a broad region of the United States under whose auspices they established criteria to assure the academic quality of their offerings. Approximately at the same time *professional accreditation* appeared, which was a movement by practitioners in a given field, such as teaching, to impose academic standards on all training programs for their profession.

It was from a combination of voluntary and professional accreditation that Adventist colleges began feeling the pressure for accreditation. In the early part of the twentieth century the American Medical Association began requiring students to graduate from accredited schools in order to enroll in medical programs if the school of medicine wanted to maintain an "A" rating. The College of Medical Evangelists had earned its "A" rating in 1922, but most of its medical students