EXHIBIT N

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Loma Linda University Heath Education Consortium<br>11175 Campus Street<br>Loma Linda, CA 92354<br><br>Plaintiff<br><br>v.<br><br>National Labor Relations Board<br>1015 Half Street, SE<br>Washington, DC 20003<br><br>Defendant | Civil Action No. _____ |

## DECLARATION OF DR. DAVID TRIM

1.  I am the Director of Archives, Statistics and Research ("ASTR") at the World Headquarters ("Archive Director") of the Seventh-day Adventist Church ("the Church"). I have been in this role since October 2010.

2.  I received a BA in history from Newbold College and a PhD in history from King's College London. I was on the faculty of Newbold College for a decade, and held the Walter C. Utt Chair in History at Pacific Union College. I previously held visiting fellowships at the Huntington Library, the Folger Shakespeare Library, the University of California at Berkeley and the University of Reading in the United Kingdom. In 2003, I was elected a Fellow of the Royal Historical Society. I have authored, co-authored, edited or co-edited 16 books, and my other publications include over 150 articles and chapters in scholarly journals, popular magazines, and books.

3. ASTR is located at the world headquarters of the General Conference of Seventh-day Adventists just outside of Washington, D.C., in Silver Spring, Maryland, USA. ASTR has its origins in 1904, in the appointment of a GC Statistical Secretary. That office took over production of the *Seventh-day Adventist Yearbook* (the "Yearbook"), as well as the *Annual Statistical Report*, and until the 1950s also provided part of the recording staff for General Conference Sessions. In 1973, the General Conference Archives was founded and in 1975, the Archives and Record Center was combined with the department of the Statistical Secretary to form the Office of Archives and Statistics. In 2011, the department was renamed the Office of Archives, Statistics, and Research; it was given part of the function of the discontinued Office of Assessment and Program Effectiveness as well as a new responsibility for research and analysis.

4. Among its other functions, ASTR serves as the official records center and archives of the world headquarters and the North American Division. ASTR also conducts research projects for the General Conference administration; evaluates General Conference departments and agencies; produces the denomination's *Yearbook* and *Annual Statistical Report*; and provides other information on the suite of websites accessible from www.adventistarchives.org

5. The Church is a religious organization with doctrinal roots in an American religious revival movement from the mid-nineteenth century. The Church has grown to more than 22 million members worldwide and owns and operates thousands of schools, universities, hospitals and publishing houses. Each of these institutions falls within the Church hierarchy and must support the goals, objectives, and philosophies of the Church. These are stated in the Bible, the Statement of Fundamental Beliefs (printed in the *Yearbook*), the General Conference Working Policy, and various other writings.

6. Ellen G. White, whom the Church believes was a divinely-inspired prophetess, is the source of many of the Church's teachings and her writings are authoritative guidance for the Church in the operation of its institutions, including its educational and healthcare institutions. Mrs. White emphasized the centrality of the Healing Mission to the Adventist faith. Indeed, she taught that medical missionary work is the pioneer work of the gospel and it is through medical missionary work that Church workers have a unique opportunity to gain access to people and spread to them the Gospel.

7. The Church has a complex ecclesiastical structure because it is global, with all Church parts being interdependent. Briefly stated, the Church operates at different levels: (a) local churches; (b) local conferences (comprised of local churches in a specific area, usually a state or similar); (c) unions (conferences within a larger territory, such as multiple regions or even borders of a country, are organized into union conferences); and (d) the General Conference.

8. The General Conference is the highest body and exists to further the mission of the Church, with a mission that binds the entire Church together at all levels. It is overseen by an administrative team and governing body, all of which are elected at General Conference Sessions which occur every five years. The General Conference coordinates the work the denomination does collectively on a global scale, interfacing with division leaders who coordinate activities in their parts of the world.

9. Although there are other Church healthcare and educational institutions, the various Church institutions located in Loma Linda California are among the very few that are General Conference institutions, which means that the General Conference directly guides, directs and oversees them in their ecclesiastical, spiritual and educational mission. These institutions include Loma Linda University Health ("LLUH"), Loma Linda University ("LLU"), Loma Linda

University Medical Center ("LLUMC"), Loma Linda University Children's Hospital ("LLUCH") and Loma Linda University Health Education Consortium ("LLUHEC"). This is in contrast to other Church healthcare organizations on the West Coast that fall under "Adventist Health," which do not have a direct relationship with the General Conference.

10. There are only two General Conference teaching institutions in the United States: (a) Loma Linda's entities; and (b) Andrews University.

11. LLUHEC and these other institutions are engaged in the medical missionary work envisioned by Mrs. White. Together, the various Loma Linda Church entities have a mission to make man whole," physically, intellectually, emotionally and spiritually. Their global purpose is to continue Christ's healing and teaching ministry. This is accomplished through the education of health care professionals, scholars, and scientists, through the delivery of health care, and through research.

12. LLUHEC operates approximately 70 residency programs for the purpose of educating approximately 800 fellows and residents regarding how to minister to patients in a manner that embodies and is consistent with Church teachings. Thus, unlike most other medical educational facilities, the Church's religious beliefs touch on all aspects of the education at LLUHEC.

13. The Church's Seventh-day Adventist Yearbook presents information on the Church's structure. The Yearbook does not define church structure or describe legal relationships among church entities or any of the listed organizations. Rather, the Yearbook is intended primarily to identify the many and varied organizations, other than local churches/congregations, through which the Church advances its mission..

14. To qualify for inclusion in the Yearbook, a healthcare institution must, among other things, meet specific governance standards as outlined in the General Conference's "Plan of Operation for Health Care Institutions," which are set out in the "General Conference Working Policy." This requires, among many other things, that the institution's ownership be vested in a specific church entity and that the Church have full responsibility for the policies, administration, finance, and freedom to operate the institution according to Church beliefs and standards. Further, among other things, a minimum of two thirds of the members of its corporate body be composed of members from specific denominational constituencies, boards, or executive committees of organizations that are listed in the Church Yearbook.

15. In my role as an Archive Director, and as a Professional Historian with expertise in Church history, I am not aware of any current or past strikes, work stoppages, or disruptions in North America at any Church affiliated school or healthcare institutions, since the founding of the General Conference. Had there been any, there would be records in the Archives, and as far as I know, there are none.

16. Mrs. White was personally involved in the selection of the site that Loma Linda University Health sits on. Mrs. White also counseled the Church to provide all the education needed for Adventist young people to meet the requirements of the American Medical Association as fully certified physicians.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on Monday March 13, 2023.

