# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Loma Linda – Inland Empire Consortium<br>For Healthcare Education<br>d/b/a<br>Loma Linda University Health<br>Education Consortium<br>11175 Campus Street<br>Loma Linda, CA 92354<br><br>Plaintiff<br><br>v.<br><br>National Labor Relations Board<br>1015 Half Street, SE<br>Washington, DC 20003<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 21-cv-00688-CKK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Having considered Plaintiff Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium's Motion for Preliminary Injunction and finding good cause shown:

**IT IS ORDERED** that Defendant National Labor Relations Board ("the Board"), and all persons acting by or through the Board's orders or delegations of authority, are preliminarily enjoined from further processing case numbers 31-RC-312064 and 31-CA-312728 in any manner except as necessary to effect their immediate dismissal.

**IT IS FURTHER ORDERED** that this preliminary injunction is granted without condition that a bond be filed by Plaintiff, in view of the Court's determination that no economic

93336584v.1

or other injury will result to the Defendant or to the public generally in consequence of the issuance of this Order.

IS SO ORDERED.


Dated: _____          _____

UNITED STATES DISTRICT JUDGE

93336584v.1