AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Loma Linda-Inland Empire Consortium for Healthcare ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-688 |
| National Labor Relations Board ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Labor Relations Board.

Date: 03/21/2023

/s/David P. Boehm
*Attorney's signature*

David P. Boehm, No. 103755 (renewal pending)
*Printed name and bar number*

1015 Half Street, S.E., Floor 4
Washington, D.C. 20003
*Address*

david.boehm@nlrb.gov; CCSLB@nlrb.gov
*E-mail address*

(202) 273-4202
*Telephone number*

(202) 273-4244
*FAX number*