UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Loma Linda – Inland Empire Consortium<br>For Healthcare Education<br>d/b/a<br>Loma Linda University Health<br>Education Consortium<br>11175 Campus Street<br>Loma Linda, CA 92354<br><br>Plaintiff<br><br>    v.<br><br>National Labor Relations Board<br>1015 Half Street, SE<br>Washington, DC 20003<br><br>        Defendant | Civil Action No. 1:23-cv-00688 |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Samantha L. Brooks (D.C. Bar No. 1033641), a member in good standing of the Bar of the District of Columbia and counsel for Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium and pursuant to Civil Local Rule 83.2(d), move for the admission and appearance of attorney Jeffrey A. Berman *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Jeffrey A. Berman, filed herewith.

As set forth in Mr. Berman's declaration, he is admitted and an active member in good standing of the State California Bar. Mr. Berman is also a member in good standing of the Bar of the United States District Court, Central District of California. Mr. Berman has never been disciplined by any Bar and has not been admitted *pro hac vice* in this Court within the last two years.

This motion is supported and signed by Samantha Brooks, an active and sponsoring member of the Bar of this Court.

Pursuant to Local Rule 7(m), the parties conferred about the issues raised in this motion. Defendant does not oppose the motion.

Respectfully submitted,

By: ____/s/ Samantha L. Brooks____

Samantha L. Brooks (D.C. Bar. No. 1033641)
Jeffrey A. Berman (to be admitted *pro hac vice*)
Seyfarth Shaw LLP
975 F Street
Washington, DC 20004
(202) 828-3560
sbrooks@seyfarth.com
jberman@seyfarth.com

*Counsel for Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium*

Dated:  March 22, 2023

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Plaintiff LOMA LINDA – INLAND EMPIRE CONSORTIUM FOR HEALTHCARE EDUCATION d/b/a LOMA LINDA UNIVERSITY HEALTH EDUCATION CONSORTIUM'S Motion for Admission of Attorney *Pro Hac Vice* was filed by CM/ECF, this 22nd day of March 2023. A true copy of the foregoing was also served upon Defendant National Labor Relations Board by mailing to the below address.

    Attn: Kevin Flanagan
    National Labor Relations Board
    Contempt, Compliance and Special Litigation Branch
    1015 Half Street, SE
    Washington, DC 20003

                                                  /s/ Samantha L. Brooks
                                                     Samantha L. Brooks