UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Loma Linda – Inland Empire Consortium<br>For Healthcare Education<br>d/b/a<br>Loma Linda University Heath<br>Education Consortium<br>11175 Campus Street<br>Loma Linda, CA 92354<br><br>Plaintiff<br><br>v.<br><br>National Labor Relations Board<br>1015 Half Street, SE<br>Washington, DC 20003<br><br>Defendant | Civil Action No. 1:23-cv-00688 |

**DECLARATION IN SUPPORT OF MOTION FOR
ADMISSION PRO HAC VICE OF JEFFREY A. BERMAN**

I, Jeffrey A. Berman, make this declaration under 28 U.S. Code § 1746, in support of the motion for my admission to appear and practice in this Court as counsel *pro hac vice* for Plaintiff Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium in the above-captioned matter pursuant to Local Rule 83.2(d), and hereby state as follows:

1. I am an attorney with the law firm Seyfarth Shaw LLP.

2. My business address is Suite 3500, 2029 Century Park East, Los Angeles, California 90067. My telephone number is 310-201-1541 and my email address is jberman@seyfarth.com.

93133235v.1

3. I am a member in good standing of the State of California Bar (Attorney No. 50114, admitted 1972)

4. I have been admitted to practice in the United States District Court, Central District of California since 1972

5. I have not been disciplined by any Bar.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2023.

*/s/ Jeffrey A. Berman*

Jeffrey A. Berman
jberman@seyfarth.com
310-201-1541

SEYFARTH SHAW LLP
Suite 3500
2029 Century Park East
Los Angeles, CA 90067

93133235v.1

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

March 15, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY ARN BERMAN, #50114 was admitted to the practice of law in this state by the Supreme Court of California on January 5, 1972 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records