UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Loma Linda – Inland Empire Consortium )<br>For Healthcare Education )<br>d/b/a )<br>Loma Linda University Health )<br>Education Consortium )<br>11175 Campus Street )<br>Loma Linda, CA 92354 )<br>    )<br>Plaintiff )<br>    )<br>    )<br>    v. )<br>    )<br>National Labor Relations Board )<br>1015 Half Street, SE )<br>Washington, DC 20003 )<br>    )<br>    Defendant ) | Civil Action No. 1:23-cv-00688 |

### [PROPOSED] ORDER ON MOTION FOR ADMISSION OF ATTORNEY <u>*PRO HAC VICE*</u>

The Court has reviewed the motion for admission of attorney Jeffrey A. Berman *pro hac vice*. Upon consideration of that motion, the Court grants Jeffrey A. Berman *pro hac vice* admission to this Court to appear on behalf of Plaintiff Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium

IT IS SO ORDERED.

DATED:_____

_____
United States District Judge