AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Loma Linda – Inland Empire Consortium For Healthcare | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00688-CKK |
| National Labor Relations Board | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Labor Relations Board.

Date: 03/22/2023

s/Aaron Samsel
*Attorney's signature*

Aaron Samsel
*Printed name and bar number*

NLRB
Contempt, Compliance, and Special Litigation Branch
1015 Half St. SE - 4th Fl
Washington, DC 20003
*Address*

aaron.samsel@nlrb.gov; CCSLB@nlrb.gov
*E-mail address*

202-273-1923
*Telephone number*

202-271-4244
*FAX number*