AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Loma Linda-Inland Consortium for Healthcare Ed. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-688-CKK |
| National Labor Relations Board | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Labor Relations Board .

Date: 03/22/2023

/s/ Tyler Wiese
*Attorney's signature*

Tyler Wiese (MN Bar No. 0392601) (govt attorney)
*Printed name and bar number*

National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half St. SE, Fourth Floor
Washington, DC 20003
*Address*

tyler.wiese@nlrb.gov
*E-mail address*

952-703-2891
*Telephone number*

(202) 273-4244
*FAX number*