AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Loma Linda - Inland Consortium for Healthcare Educat ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23--cv-00688-CKK |
| National Labor Relatios Board ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Loma Linda - Inland Consortium for Healthcare Education   .

Date: 03/22/2023

/s/ Michael Dean Berkheimer
*Attorney's signature*

Michael Dean Berkheimer
*Printed name and bar number*
975 F Street, NW
Washington, DC 20004

*Address*

mberkheimer@seyfarth.com
*E-mail address*

(202) 828-3520
*Telephone number*

*FAX number*