# AFFIDAVIT OF SERVICE

| Case: 1:23-cv-00688-CKK | Court: United States District Court for the District of Columbia | County: District of Columbia, DC | Job: 8553468 (072204-000010) |
|---|---|---|---|
| **Plaintiff / Petitioner:** LOMA LINDA-INLAND CONSORTIUM FOR HEALTHCARE EDUCATION | | **Defendant / Respondent:** NATIONAL LABOR RELATIONS BOARD et al | |
| **Received by:** CPI - Columbia Process and Investigative Services LLC | | **For:** Seyfarth Shaw, LLP | |
| **To be served upon:** National Labor Relations Board | | | |

I, Brandi Eberhart, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** National Labor Relations Board, 1015 Half Street, SE, Washington, DC 20003
**Manner of Service:**
**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, CIVIL COVER SHEET

**Additional Comments:**
On March 21, 2023 at 3:25 PM, I served the Defendant, National Labor Relations Board, the referenced documents at the referenced address via service upon Attorney, Brenna Schertz, who is authorized to accept service on behalf of the Defendant.

Brenna Schertz is a White Female with blonde hair. Ms. Schertz is approximately 5'2", 140 pounds, and in her 30's.

I do solemnly declare and affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____   3-22-23
Brandi Eberhart          Date

CPI - Columbia Process and Investigative Services LLC
5406 Connecticut Avenue, N.W. Suite 108
Washington, DC 20015