AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| LOMA LINDA-INLAND EMPIRE CONSORTIUM ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-00688-CKK |
| NATIONAL LABOR RELATIONS BOARD ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Labor Relations Board.

Date: 03/24/2023

/s/ Kevin P. Flanagan
*Attorney's signature*

Kevin P. Flanagan (no Bar ID #)
*Printed name and bar number*

National Labor Relations Board
Contempt, Compliance, and Special Lit. Branch
1015 Half Street, S.E. - 4th Floor
Washington, DC 20570
*Address*

Kevin.Flanagan@nlrb.gov
*E-mail address*

(202) 273-2938
*Telephone number*

(202) 273-4244
*FAX number*