AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| Loma Linda - Inland Empire Consortium For Healthcare Education d/b/a Loma Linda University Health Education Consortium 11175 Campus Street Loma Linda, CA 92354 ) ) ) ) ) *Plaintiff* | Case No. 1:23-cv-00688 |

v.

National Labor Relations Board
1015 Half Street, SE
Washington, DC 20003
*Defendant*

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Loma Linda - Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium.

Date: March 22, 2023                              /s/ Jeffrey A. Berman
                                                                  *Attorney's signature*

                                                          Jeffrey A. Berman Attorney Bar No. 50114
                                                                  *Printed name and bar number*

                                                          SEYFARTH SHAW LLP
                                                          2029 Century Park East, Suite 3500
                                                          Los Angeles, CA 90067
                                                                  *Address*

                                                          jberman@seyfarth.com
                                                                  *E-mail address*

                                                          310-201-1541
                                                                  *Telephone number*

                                                          310-201-5219
                                                                  *FAX number*

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing APPEARANCE OF COUNSEL was filed by CM/ECF, on this __24th__ day of March, 2023. A true copy of the foregoing was also served upon Defendant National Labor Relations Board by mailing to the below address.

Attn: Kevin Flanagan
National Labor Relations Board
Contempt, Compliance and Special Litigation Branch
1015 Half Street, SE
Washington, DC 20003

*/s/ Paulin Kim*
Paulin Kim