# AFFIDAVIT OF SERVICE

| Case:<br>1:23-cv-00688-CKK | Court:<br>United States District Court for the District of Columbia | County:<br>District of Columbia, DC | Job:<br>8553457 (072204-000010) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>LOMA LINDA-INLAND CONSORTIUM FOR HEALTHCARE EDUCATION | | Defendant / Respondent:<br>NATIONAL LABOR RELATIONS BOARD et al | |
| Received by:<br>CPI - Columbia Process and Investigative Services LLC | | For:<br>Seyfarth Shaw, LLP | |
| To be served upon:<br>Attorney General of the United States | | | |

I, Scott Kucik, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530
**Manner of Service:**   Certified Mail due to continuing COVID-19 restrictions
**Documents:**   SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, CIVIL COVER SHEET

**Additional Comments:**
On March 21, 2023, I served the Defendant, Attorney General of the United States, the referenced documents at the referenced address via Certified Mail due to the continuing COVID-19 restrictions.

Please see attached receipt.

I do solemnly declare and affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____   3.22.23
Scott Kucik                              Date

CPI - Columbia Process and Investigative Services LLC
5406 Connecticut Avenue, N.W. Suite 108
Washington, DC 20015

