

UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
REGION 31

| | |
|---|---|
| LOMA LINDA INLAND EMPIRE CONSORTIUM FOR HEALTHCARE EDUCATION D/B/A LOMA LINDA UNIVERSITY HEALTH EDUCATION CONSORTIUM<br><br>Employer<br><br>and<br><br>UNION OF AMERICAN PHYSICIANS AND DENTISTS<br><br>Petitioner | Case 31-RC-312064 |

## STIPULATION

The parties in this matter stipulate and agree that:

1. We have been informed of the procedures at formal hearings before the National Labor Relations Board by service of a Description of Procedures in Certification and Decertification Cases. The Hearing Officer has offered to us additional copies of the Description of Procedures.

2. To the extent the formal documents in this proceeding do not correctly reflect the names of the parties, the parties hereby make a joint motion to the Regional Director to amend the petitions and other formal documents to correctly reflect the names as set forth above.

3. The parties agree that nothing in this stipulation shall be deemed to waive either parties' arguments as to the Board's jurisdiction or lack thereof, or as to whether Residents or Fellows are employees under the Act.

4. During the last calendar year ending 2022, Loma Linda Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium ("LLUHEC"), derived gross revenues in excess of $250,000, and during that same representative period, LLUHEC purchased and received goods valued in excess of $5,000, which goods were shipped directly to LLUHEC's Loma Linda, California facility from points located outside the State of California.

5. The Union of American Physicians and Dentists ("the Petitioner") is an organization in which employees participate, and which exists for the purpose, in whole or in part, of dealing with employers concerning grievances, labor disputes, wages, rates of pay, hours

EXHIBIT NO._____   RECEIVED _____   REJECTED _____

CASE NO _____ CASE NAME _____

NO OF PAGES _____ DATE: _____ REPORTER: _____

**Board Motion Exhibit 1**                                                                 **002 of 4**

LLUHEC
Case 31-RC-312064

of employment, or conditions of work and is a labor organization within the meaning of Section 2(5) of the Act.

6. The Petitioner claims to represent the Residents and Fellows in the unit described in the petition herein and LLUHEC declines to recognize the Petitioner as the collective bargaining representative of those Residents and Fellows.

7. There is no collective-bargaining agreement covering any of the Residents and Fellows in the unit sought in the petition herein and there is no contract bar or other bar to an election in an appropriate unit.

8. There is no history of collective bargaining involving the petitioned-for unit involved herein.

9. There are no petitions pending in other NLRB offices involving other facilities of LLUHEC.

10. There is one (1) related unfair labor practice charge pending in Region 31 in Case No. 31-CA-312728.

11. The parties agree to the following description of the petitioned-for unit:

**Included**: All full-time and regular part-time Residents and Fellows enrolled in one of LLUHEC's residency or fellowship programs and assigned to one of the locations that participate in the program.

**Excluded**: All Chief Residents, attending Physicians, faculty, Residents and Fellows enrolled at a non-LLUHEC residency or fellowship program, clerical employees, confidential employees, guards and supervisors as defined by the Act.

12. The parties agree that no special eligibility formula is required in this case.

13. In the event the Regional Director directs an election in this matter, those eligible to vote in the election are Residents and Fellows/individuals in the petitioned-for unit (described above in Paragraph 11) who were in a LLUHEC program and received payment during the payroll period ending immediately preceding issuance of the Regional Director's Decision in this case and mailed their ballot while still enrolled in a LLUHEC Resident or Fellow program, including individuals in the petitioned-for unit (described above in Paragraph 11) who were not actively participating in the LLUHEC program activities during that period for reasons that are recognized under Board's rules as maintaining their eligibility to vote.

14. LLUHEC's payroll period is biweekly. At the time of the signing of this stipulation, the most recent payroll period closed February 4, 2023. The next payroll period closing date is February 18, 2023.

15. In the event the Regional Director directs an election in this matter, the parties entitled to receive the voter list waive (10) days out of the 10-day requirement and waive the right to file objections over not receiving the voter list at least 10 days prior to the election.

LLUHEC
Case 31-RC-312064

16. In the event the Regional Director directs an election in this matter, the parties agree that a mail ballot election is appropriate.

17. In the event the Regional Director directs a mail ballot election, the parties agree the ballots should be mailed out at 5:00 p.m. on the earliest date practicable following the issuance of the Decision and Direction of Election. The ballot return date and the date and time of the ballot count will be determined by the Regional Director.

18. In the event an election is directed, it is not necessary to have the Notices of Election or ballots translated to any languages other than English.

19. The following individual will serve as LLUHEC's designated Notice of Election onsite representative: Dr. Daniel Giang, Associate Dean, Graduate Medical Education; E-mail: dgiang@llu.edu

20. The Petitioner is willing to proceed to an election in any unit found appropriate by the Regional Director.

21. Upon receipt of this Stipulation by the Hearing Officer it may be admitted, without objection, as a Board exhibit in this proceeding.

_____
For Loma Linda Inland Empire Consortium
for Healthcare Education d/b/a Loma Linda
University Health Education Consortium

_____
For the Petitioner

**RECEIVED:**

_____
Hearing Officer

March 13, 2023
_____
Date

**Board Exhibit No. 2**