| FORM NLRB-501 (3-21) | UNITED STATES OF AMERICA NATIONAL LABOR RELATIONS BOARD CHARGE AGAINST EMPLOYER | DO NOT WRITE IN THIS SPACE |
|---|---|---|
| | | Case 31-CA-312728  Date Filed 02/21/2023 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the Region in which the alleged unfair labor practice occurred or is occurring

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | b. Tel. No. (909) 558-6131 ext. 66131 |
|---|---|
| LLU – Health Ed Consortium | c. Cell No. |
| | f. Fax No. (909) 558-0430 |

| d. Address (Street, city, state, and ZIP code) | e. Employer Representative | g. e-Mail gmeo@llu.edu |
|---|---|---|
| See Attachment A | Dr. Daniel Giang President of Loma Linda Health | h. Number of workers employed 830 |

| i. Type of Establishment (factory, mine, wholesaler, etc.) | j. Identify principal product or service |
|---|---|
| Clinics | Healthcare |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce with the meaning of the Act, or these unfair labor practices are practices affecting commerce within the meaning of the Act and the Postal Reorganization Act..

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Immediately after the Petition was filed by the UAPD to organize the Residents, the employer announced that it could not make any improvements in working conditions. This silly statement violates the law. UAPD made it clear that it has no objection to any improvements which Loma Linda will make in the resident program. The residents are convinced that any improvements will be insignificant and insulting just like the changes were made just before the Petition was filed. The Union seeks as a remedy an appropriate posting and an apology and reading by that President of Loma Linda Health.

4. Full name of party filing charge *(if labor organization, give full name, including local name and number)*

Union of American Physicians & Dentists

| 4a. Address (Street and number, city, state, and ZIP code) | 4b. Tel. No. (800) 585-6977 |
|---|---|
| 520 Capital Mall, Suite 220 Sacramento, CA 95814 | 4c. Cell No. (909) 408-0445 |
| | 4d. Fax No. |
| | 4e. e-Mail rflores@uapd.org |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*

American Federation of State, County & Municipal Employees, AFL-CIO

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

*David A Rosenfeld* (signature)

*(signature of representative or person making charge)*

DAVID A. ROSENFELD, Attorney
*(Print/type name and title or office, if any)*

Address: Weinberg, Roger & Rosenfeld
1375 55th Street
Emeryville, CA 94608

February 21, 2023
*(date)*

Tel. No. (510) 337-1001
Office, if any, Cell No.
Fax No. (510) 337-1023
e-Mail nlrbnotices@unioncounsel.net
drosenfeld@unioncounsel.net

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

**Board Motion Exhibit 2**                    **001 of 2**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq*. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

ATTACHMENT A

1. Loma Linda University Medical Center
   1234 Anderson Street
   Loma Linda, CA 92354

2. Riverside University Medical Center
   26520 Cactus Avenue
   Moreno Valley, CA 92555

3. VA Loma Linda Healthcare System
   11201 Benton Street
   Loma Linda, CA 92357

4. Dignity Health Center St Bernadine
   2101 North Waterman Avenue
   San Bernardino, CA 92411

1\1342189