## OFFICIAL REPORT OF PROCEEDINGS

### BEFORE THE

### NATIONAL LABOR RELATIONS BOARD

### REGION 31

In the Matter of:

Loma Linda Inland Empire     Case No.   31-RC-312064
Consortium for Healthcare
Education d/b/a Loma Linda
University Health Education
Consortium,

                Employer,

and

Union of American Physicians
and Dentists,

                Petitioner.

_____

_____

Place: Los Angeles, California (Via Zoom Videoconference)

Dates: March 13, 2023

Pages: 1 through 137

Volume: 1

OFFICIAL REPORTERS
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885

**UNITED STATES OF AMERICA**

**BEFORE THE NATIONAL LABOR RELATIONS BOARD**

**REGION 31**

| | |
|---|---|
| In the Matter of:<br><br>LOMA LINDA INLAND EMPIRE<br>CONSORTIUM FOR HEALTHCARE<br>EDUCATION D/B/A LOMA LINDA<br>UNIVERSITY HEALTH EDUCATION<br>CONSORTIUM,<br><br>                    Employer,<br>and<br><br>UNION OF AMERICAN PHYSICIANS<br>AND DENTISTS,<br><br>                    Petitioner. | Case No.   31-RC-312064 |

The above-entitled matter came on for hearing via Zoom

videoconference, pursuant to notice, before **KRISTEN SCOTT,**

Hearing Officer, at the National Labor Relations Board, Region

31, 11500 West Olympic Boulevard, Suite 600, Los Angeles,

California 90064, on **Monday, March 13, 2023, 12:01 p.m.**

1                          <u>A P P E A R A N C E S</u>

2      **On behalf of the Employer:**

3          **CHRISTIAN ROWLEY, ESQ.**
           **JENNIFER L. MORA, ESQ.**
4          SEYFARTH SHAW LLP
           560 Mission Street, Suite 3100
5          San Francisco, CA 94105
           Tel. (415)544-1001
6
           **JEFFREY A. BERMAN, ESQ.**
7          SEYFARTH SHAW LLP
           2029 Century Park East
8          Suite 3500
           Los Angeles, CA 90067-3021
9          Tel. (310)201-1541

10     **On behalf of the Petitioner:**

11         **DAVID A. ROSENFELD, ESQ.**
           **MICHAELA POSNER, ESQ.**
12         WEINBERG, ROGER & ROSENFELD
           1375 55th Street
13         Emeryville, CA 94608
           Tel. (510)715-4218
14         Tel. (510)671-4961

15

16

17

18

19

20

21

22

23

24

25



1                              <u>I</u> <u>N</u> <u>D</u> <u>E</u> <u>X</u>

2

3     <u>WITNESS</u>              <u>DIRECT</u>   <u>CROSS</u>   <u>REDIRECT</u>   <u>RECROSS</u>   <u>VOIR DIRE</u>

4     David Trim              46       71

5     Hobart Lee             81      104       133        134

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        MR. ROWLEY:  We can make it Number 8.

2        HEARING OFFICER SCOTT:  Okay, that would be fine.

3        Any objection --

4        MR. ROSENFELD:  Mr. Rowley -- no, but I don't see any

5    uploaded -- I don't see any of the exhibits uploaded on

6    SharePoint yet.

7        MR. ROWLEY:  She's in the process of doing it now.

8        MR. ROSENFELD:  Okay.  Okay, all right.  I just didn't

9    want to miss something.  So that would be Employer Exhibit 8.

10   **(Employer Exhibit Number 8 Received into Evidence)**

11       HEARING OFFICER SCOTT:  Okay.  Are there any other pre-

12   hearing motions made by any party that need to be addressed at

13   this time?

14       MR. ROWLEY:  Yeah, the Employer would move to adjourn the

15   proceedings.  As was discussed before we went on the record,

16   the Employer is a nonprofit religious corporation organized

17   under the laws of State of California.  It is part of the

18   Seventh-day Adventist Church, and its purpose is to educate

19   medical residents and fellows in the healing and teaching

20   ministry of Jesus Christ.  And it operates as part of the Loma

21   Linda University Health Services.  And so we are filing a

22   lawsuit in the United States District Court for the District of

23   Columbia, asking for the United States District Court, for a

24   declaratory judgment and injunctive relief premised on the

25   religious clauses found within the First Amendment, and the

1    Religious Freedom Restoration Act.

2         Based on the precedent from the United States Supreme

3    Court case Leedom v. Kyne, 358 U.S. 184, (1958).  Under which

4    the District -- Federal District Court has the ability to

5    enjoin the Board when it acts outside of its jurisdiction,

6    which we believe it is here.  And so to allow the District

7    Court an opportunity to review that complaint and the

8    supporting papers and the Board and/or Union an opportunity to

9    participate in that decision, we would request that the Region

10   adjourn these proceedings pending that litigation.  And to be

11   clear, it hasn't been filed yet.  It will be filed today.

12        HEARING OFFICER SCOTT:  And Mr. Rosenfeld, for the

13   Petitioner, do you have a response?

14        MR. ROSENFELD:  Yeah.  We oppose the adjournment and

15   request rather that the Region expedite this hearing by going

16   from 9 until 9 every day, only a brief period for lunch, until

17   the hearing is concluded.  We ask that the Region expedite the

18   decision and direction of election so that these employees,

19   these residents and fellows who work very hard, who are

20   underpaid, don't receive the fair treatment that they deserve

21   for their very hard work, are able to have union

22   representation.

23        And I note in this regard that the Board has repeatedly

24   addressed the question of whether a religiously-affiliated

25   medical institution is subject to the jurisdiction of the

1    testimony that it is a world-class medical education, that we

2    follow ACGME standards, that -- that the beliefs and values of

3    the church are fully consistent with those standards, but it is

4    clearly identified as a Seventh-day Adventist organization.

5    It's on the buildings.  It's in the buildings.  It's on the

6    orientation videos.  It's in the materials.  It's part of the

7    curriculum that in many of the residencies' departments.

8    There's not a single resident or fellow who goes to this school

9    who does not understand that the school is owned and operated

10   by the Seventh-day Adventist Church.  Period.

11       HEARING OFFICER SCOTT:  Okay.  Thank you both.  We will

12   take a half hour break, so that puts us at quarter after --

13   quarter after 2.

14       MR. ROWLEY:  Thank you.

15       HEARING OFFICER SCOTT:  We'll be back on the record then.

16   (Off the record at 1:47 p.m.)

17       HEARING OFFICER SCOTT:  Thank you so much.  Okay, so

18   earlier, the Employer made a motion for an adjournment.  The

19   Regional Director is denying the motion to adjourn the hearing.

20   In doing so, she notes the case of Grutka v. Barbour, 549 F.2d

21   5, 7th Circuit, 1977, and that it is necessary to develop an

22   evidentiary record to determine whether the Employer's First

23   Amendment challenge to the Board's jurisdiction has merit.

24       She further notes that district courts generally do not

25   have jurisdiction to enjoin the National Labor Relations Board

1    from conducting representation proceedings.  The Regional

2    Director is also denying the motion for an expedited hearing,

3    and that the Regional Director will allow the hearing officer

4    to determine the hours of the hearing for each day that the

5    hearing continues.

6        Okay.  The Regional Director has directed that the

7    following issues will be litigated in this proceeding:  The

8    first issue is whether the Board may assert jurisdiction, or

9    whether it is not appropriate to assert jurisdiction because

10   the Employer is a religious institution, including whether a

11   ministerial exception applies.  That will be the Employer's

12   burden.

13       The next issue is whether residents and fellows are

14   employees under Section 2(3) of the Act.  That will be the

15   Employer's burden.

16       Next is whether residents and fellows should be excluded

17   as temporary employees.  That is the Employer's burden.

18       Although the Employer has withdrawn the dispute regarding

19   the community of interest between residents and fellows,

20   because the parties have not stipulated to the appropriateness

21   of the unit, or to the community of interest factors, it will

22   be necessary to develop the record with respect to the

23   community of interest factors between the residents and

24   fellows.

25       As I mentioned, we're going to begin with the Employer.

1    when Millerites said Christ would come and obviously he didn't,

2    it took another 19 years before the Seventh-day Adventist

3    Church formed.  There were various offshoots and splinter

4    groups of the Millerites.  One was Seventh-day Sabbath-Keeping

5    Millerites who formed the General Conference of Seventh-day

6    Adventists in May of 1863.  And the church has existed ever

7    since then.

8    Q    And approximately how many members are -- are there of the

9    Church worldwide?

10   A    We just closed the end-of-year statistics for 2022, and

11   there were slightly more than 22 million Church members as of

12   December 31st, 2022.

13   Q    And does the Church operate any schools, universities, or

14   hospitals?

15   A    Yes.  It operates around 110 to 120 universities.  It

16   operates thousands and thousands of primary and secondary

17   schools.  It operates hundreds of hospitals.  And it operates a

18   large number of publishing houses, media centers, and health

19   food industries in addition to the institutions I've just

20   mentioned.

21   Q    And are these various institutions required to support the

22   goals, objectives, and philosophies and other positions of the

23   Church?

24   A    Yes.

25   Q    And when you look to find out what those goals,



1    philosophies, objectives are, what would be the types of

2    sources that you would look at?  I -- I know there's going to

3    be thousands of writings, but the main ones, especially if

4    you're running an institution?

5    A    Right.  The key ones, the statement of fundamental

6    beliefs, which are doctrinal.  The General Conference

7    constitution bylaws.  If the institution was directly under the

8    oversight of what we would call a union conference, which is

9    roughly analogous to a diocese in other forms of ecclesiastical

10   organization, then it would look to the union constitution and

11   bylaws, but it would also look to General Conference working

12   policy, which is over the entire world Church.

13   Q    And who was Ellen G. White?

14   A    Ellen G. White was one of the founders of the Seventh-day

15   Adventist Church.  Seventh-day Adventists believe that she was

16   a prophetess, that she was inspired by God, and she exercised a

17   prophetic ministry throughout her life from what we would

18   believe was her first vision from God in the winter of 1844-

19   1845 up to her death in 1915.

20   Q    And was she a prolific writer?

21   A    Yes, very much so.

22   Q    And how do the various Church institutions view her

23   writings?

24   A    Her -- her writings are important and highly influential

25   for all church institutions.  Some institutions she was

1    directly involved in founding, and so they're -- her writings

2    are even -- on those institutions -- are even more relevant to

3    those institutions.  But for all Adventist institutions, the

4    writings of Ellen White are extremely important and taken

5    seriously.  Or -- or would -- in most cases, would be taken

6    very seriously.

7    Q    Would Loma Linda be one of the entities that she was

8    involved in the founding of?

9    A    Yes.  Yes.  She helped to locate the location that it's --

10   that it was to be founded at, and was very involved with the

11   first manager and CEO, John Burden.  She was -- she was very

12   much involved in that process.

13   Q    And what is the Church's -- the Church has a healing

14   ministry?

15   A    Yes.

16   Q    And it has an educational ministry?

17   A    Yes.

18   Q    Could you describe each of those in general terms?

19   A    Educational ministry is -- is based on the understanding

20   that how children and young people are educated affects their

21   beliefs and practices later in life, so the Church has an

22   educational system that is at primary, secondary, and at

23   tertiary.  It's at every level.  As I mentioned, there are

24   thousands of schools.  There are a 100 -- there's well over 100

25   colleges and universities.

```
 1        The healing ministry is interesting because a church

 2   doesn't necessarily have to have a -- a -- a healing ministry.

 3   It's -- it's very -- it's a very Adventist thing to do because

 4   Adventists believe in -- and this is -- comes from Ellen

 5   White -- beli -- have a what we call a whole-person

 6   understanding of -- of health, a holistic understanding of

 7   health that body, mind, emotions, and soul are all integrally

 8   interlinked.  And so that it's necessary in treating the -- as

 9   it were, the effects of sin, one has to treat the -- the

10   physical and mental and emotional consequences through a

11   healing ministry as well as through -- as well as through

12   doctrinal teachings.

13        Also, Adventists believe that healing can be -- Adventists

14   in our own jargon often refer to it as the right arm of the

15   message because it is believed that it opens up the way for

16   other teachings, that when people have been healed and made

17   whole they're going to be more open to the Church's doctrinal

18   teachings.

19   Q    And would it be expected that the various Loma Linda

20   entities would follow the -- the ways of the Church's healing

21   ministry and its educational ministry in doing its healing and

22   educational work?

23   A    Yes.

24        MS. POSNER:  Objection.  Vague as to Loma Linda entities.

25        MR. BERMAN:  Okay.
```

1    A    Yes.

2    Q    Would there be any -- any entity that's -- I'll call them

3    a Loma Linda entity -- has a -- starts with Loma Linda -- and

4    is related to the Church in that part of the world that would

5    not be expected to follow the teachings and the rules and

6    practices of the healing and the healthcare ministries?

7         MS. POSNER:  I'm going to object on the basis of relevance

8    because any other entity other than LLUHEC is not relevant

9    here.  And in fact, LLUHEC explicitly refused to produce

10   documents that were requested in the subpoena on the basis that

11   other Loma Linda entities were not relevant and not part of

12   this proceeding.  So it's really inconsistent to refuse to

13   provide documents on that basis yet seek to introduce evidence

14   on this on the other hand.

15        HEARING OFFICER SCOTT:  Thank you.

16        MR. BERMAN:  I -- I've got --

17        HEARING OFFICER SCOTT:  Thank --

18        MR. BERMAN:  -- the ones -- I've got the ones covered that

19   I wanted, so I'm fine with that.  Thank you.

20   Q    BY MR. BERMAN:  Do members of the Church engage in mission

21   work?

22   A    Yes.

23   Q    And what causes the Church to sponsor mission work?

24        MS. POSNER:  I'm going to object as to relevance because

25   not all employees are members of the Church.  And that's never

1    been an assertion made here.

2         HEARING OFFICER SCOTT:  Okay.  Thank you.

3         MR. BERMAN:  Saying -- okay.  I -- I was not limited to

4    members of the Church, but does -- okay.  Let's ask it this

5    way.

6         HEARING OFFICER SCOTT:  Yes.  Can you rephrase the

7    question, please?  Thank you.

8         MR. BERMAN:  Yes.  Yes.

9    Q    BY MR. BERMAN:  Does -- does the -- does the Church

10   sponsor mission work, Dr. Trim?

11   A    Yes.

12   Q    And what type of mission work does it do?

13   A    Very comprehensive forms of mission work.  Obviously,

14   spiritual and theological teachings, leading, as we hope, to

15   baptism and to lifelong active membership of the Church, but

16   also education and healing, as -- as we've already discussed.

17   Q    Is part -- is part of the mission work is healthcare

18   provided by mem -- mem -- people who have gone on the mission?

19        MS. POSNER:  Again, I'm going to object on the same basis

20   that there's really no connection here between LLUHEC and

21   residents and these missions.

22        MR. BERMAN:  Well --

23        HEARING OFFICER SCOTT:  Okay.

24        MR. BERMAN:  -- if -- if you've -- okay.  Let's try --

25   let's try it this way.

1       HEARING OFFICER SCOTT:  Well --

2    Q    BY MR. BERMAN:  Do you know, Dr. --

3       HEARING OFFICER SCOTT:  -- hold on, Mr. -- so are you --

4       MR. BERMAN:  I'll withdraw the question.

5       HEARING OFFICER SCOTT:  -- rephrasing the question --

6    withdrawing the question?  Thank you.  okay.

7       MR. BERMAN:  I'm rephrasing the question.

8       HEARING OFFICER SCOTT:  Okay.

9       MR. BERMAN:  I may -- may -- have to make an offer of

10   proof.

11   Q    BY MR. BERMAN:  Dr. Trim, do you know whether or not

12   the -- there are mission programs that are available for the

13   fellows and residents that are at LLUHEC -- Loma Linda?

14   A    There are mission projects and programs available to -- to

15   any member of the Church or employee of -- of the Church

16   institutions, so I -- I'm not aware of specific ones, but I

17   would say, yes.

18   Q    And would those mission programs be open to students also?

19   A    Yes.  Students are actively involved -- Adventist --

20   students at Adventist institutions around the world are very

21   actively involved in Church mission projects.

22   Q    Can you describe the organization of the Church starting

23   from the bottom, which would be the local entity, like a local

24   church, and then going up to the top?

25   A    Yes.  So --

1       MS. POSNER:  And again, I'm going to have to object

2   because it's not the Church that's the employer at issue here.

3   It's not the Church that is the direct employer of -- of the

4   residents.

5       MR. BERMAN:  I -- I think you've misread the facts because

6   LLUHEC is part of the Church.

7       HEARING OFFICER SCOTT:  Okay.  Mr. Berman, can you provide

8   us -- what -- what -- where is this testimony going?

9       MR. BERMAN:  Where is the testimony going?

10      HEARING OFFICER SCOTT:  Yeah.  Um-hum.

11      MR. BERMAN:  It's the mission -- the mission testimony?

12      HEARING OFFICER SCOTT:  Yes.

13      MR. BERMAN:  Because mission opportunities are made

14  available and utilized by the medical residents at LLUHEC.  And

15  the purpose of those missions is to carry out the healing and

16  the educational ministries of the Church.  And so there are

17  residents who are taking advantage of those opportunities, and

18  they are engaged in that kind of work.

19      HEARING OFFICER SCOTT:  What does the structure of the

20  Church have to do with the hearing today?

21      MR. BERMAN:  Just -- just background so you have some --

22  some background for how the Church is set up.  Hold on a

23  second, please.  Hold on, please.

24      Okay.  Maybe a better reason is since, as I said, LLUHEC

25  is part of the Church, to understand how LLUHEC fits into the

1    Church and to Loma Linda University Health and its relationship

2    with the rest of the Church is important.

3         HEARING OFFICER SCOTT:  Okay.

4         MR. BERMAN:  You can't have an understanding of the Church

5    unless you know how the Church is set up and where all of these

6    entities fit in.

7         HEARING OFFICER SCOTT:  Okay.  I -- I -- I will allow it

8    for background.  So the --

9         MR. BERMAN:  Okay.

10        HEARING OFFICER SCOTT:  -- objection is overruled.

11   Q    BY MR. BERMAN:  Okay.  If you can answer the question --

12   the question being to describe how the Church is organized,

13   starting from the bottom to the top?

14   A    So the basic unit of the Church is the local church, a

15   congregation.  Then there are regional organizations of -- of

16   local churches which are called conferences.  The conferences

17   date back to, actually, the very beginning of the Church.  In

18   1901 as the Church grew and expanded, an extra level of

19   structure was introduced called the union.  Conferences within

20   a larger territory, such as a country, though in some cases

21   there are -- there's more than one union to a country, but to a

22   large region, conferences organize into what are -- are usually

23   called union conferences, though there is some variation in the

24   terminology.  But that's the -- the next -- that's the third

25   highest building block.  And there is the General Conference,

 1    all done as part of the healing ministry, which is the four

 2    components -- physical, intellectual, emotional, and spiritual,

 3    and to make man whole.  So they are doing -- they are doing the

 4    work of the Church out there.

 5         HEARING OFFICER SCOTT:  The objection is overruled.  If

 6    it's relevant, then the reader of the record will accord it

 7    whatever weight is appropriate.  Mr. Trim, you may answer.

 8    Q    BY MR. BERMAN:  So the --

 9    A    Can you restate the question?

10    Q    Yes.  The -- the phrase make -- to make man whole, what

11    does -- what does that mean within the Church?

12    A    Within the Church, it -- it refers to the holistic

13    approach that I referred to earlier.  It's the idea that body,

14    mind, emotions, soul, are all integrally interconnected.

15    There's -- there's not the separation -- there's not a dualism,

16    as -- as some Christian churches would teach -- not in the

17    Adventist concept.  And in order to make man and woman whole,

18    it's necessary to address all of these factors -- spiritual,

19    the -- as well as the emotional, the physical, and the mental.

20    Q    And how is that purpose furthered within the Church?

21    A    The healthcare institutions are seen as having a

22    particular role in terms of the holistic care of people.

23    The -- and the -- the hospitals and healthcare institutions

24    provide actual healing, but they also help to promote wellness

25    and healthy living, which is something the Church also does

1    more widely beyond its healthcare institutions, promotes the

2    idea of healthy living through diet and exercise and -- and so

3    forth.

4    Q    Do you know whether any of the records in the archives --

5    well, what kinds of records are put in the archives?

6    A    Forgive me, I have to give a slightly complicated answer

7    to that.  Historically, the General Conference was directly

8    involved in the Church in North America.  So up until around

9    the 1980s, records of -- of all kinds relating to institutions

10   in North America as well as to unions and conferences would

11   make their way to the General Conference archives.

12       Starting in the 1980s to 1990s, the Church began to

13   differentiate itself from what is called the North American

14   division, which is a regional collection of unions.  There are

15   13 world divisions.  They'd always been -- well, since 1909,

16   they'd been one for North America but it hadn't -- didn't have

17   its own divisional structure in the way that other divisions

18   did because the General Conference was based in North America

19   and was deeply involved.  So up until around the 1980s or early

20   1990s, all kinds of records relating to the Church in North

21   America made their way to the General Conference.  Since then,

22   it's only been records of the General Conference itself per se

23   or of its institutions and of the divisions.

24   Q    Do the archives contain articles regarding LLUHEC and the

25   other entities -- other Loma -- related Loma Linda entities?

1    practice at LLUHEC?

2    A    Ten years.

3    Q    And are you on the medical staff at Loma Linda University

4    Medical Center?

5    A    I am.

6    Q    And do you have -- are you on the faculty of Loma Linda

7    University?

8    A    I am.

9    Q    And when did you first come out to Loma Linda to work?

10   How long ago?

11   A    2010.

12   Q    And what brought you out here?

13   A    I'm from California originally, and I was looking for a

14   teaching position and an opportunity to practice in a faith-

15   based environment.

16   Q    When you say a faith-based environment, why was that

17   important?

18   A    I'm a Christian by background, and I was interested in

19   pursuing an opportunity to combine my faith and the practice of

20   medicine together.

21   Q    How does that get done?

22        MS. POSNER:  I'm sorry.  I didn't hear the end of the

23   question.

24        MR. BERMAN:  The question was is how does that get done?

25   How do you integrate faith in the practice of medicine?

1    A    I would say I think there's an opportunity to engage

2    patients when appropriate in exploring their spirituality and

3    faith as it applies to their medicine and their practice of

4    care.  And I think there's an opportunity to teach that to

5    residents and fellows as well.

6    Q    BY MR. BERMAN:  Do you know the -- the motto, to make man

7    whole?

8    A    I do know that motto.

9    Q    And of whom is that the motto?

10   A    It's the motto of Loma Linda University.

11   Q    And the Medical Center?

12   A    That's correct.

13   Q    And it also applies to LLUHEC?

14   A    Yes.  As far as I know, yes.

15   Q    And what does, to make man whole, mean?

16   A    To me it means that we would deal with all facets of

17   taking care of a patient, which includes the physical, the

18   emotional, the mental, the spiritual, and the environmental.

19   Q    When -- are you involved in the recruitment of residents?

20   A    I am.

21   Q    And how big is the residency program in family practice?

22   A    We have 36 residents total.

23   Q    And do you have fellows also right now?

24   A    We do have fellows under family medicine, yes.

25   Q    And other than looking at things like academics, does

1    spirituality come into play in deciding whether to make an

2    offer to a resident?

3    A    Yes.  We engage in a holistic interview process and review

4    process, which includes looking at their mission fit into our

5    program.  We ask that all applicants and residents who come

6    into our program agree with our mission, which is to continue

7    the teaching and healing ministry of Jesus Christ.

8    Q    And if a person says that they don't share that mission,

9    do they get accepted?

10       MS. POSNER:  I'm sorry.  I -- can I object to the use of

11   the term "accepted"?  That doesn't -- based on my

12   understanding, it sounds like the residency is a match program

13   rather than acceptance and offers in the traditional sense

14   of -- of undergraduate admissions.

15       HEARING OFFICER SCOTT:  Okay.  Thank you.  Mr. Berman, do

16   you have a --

17       MR. BERMAN:  I'll -- I'll withdraw the question.  I'm --

18   I'm okay.

19       HEARING OFFICER SCOTT:  Okay.

20       MR. BERMAN:  Okay.

21   Q    BY MR. BERMAN:  Do you ask them about their religious

22   experience and practice?

23   A    We ask them how they would feel comfortable or if they

24   have any questions about working in a faith-based environment.

25   And they are welcome to respond however they would like.

1    Q    Do you consider whether or not they're a member of the

2    Seventh-day Adventist Church?

3    A    It is one of the many factors that we consider when we are

4    choosing residents, yes.

5    Q    Do you look at things like whether they have done anything

6    with a formal religious organization prior to this?

7    A    There is a section in the application which allows

8    residents -- or applicants -- to list experiences.  And so we

9    do review those for experiences that align with our mission,

10   which inc -- potentially could include volunteer activities

11   with a church or a faith-based organization.

12   Q    Does whether somebody graduated from the Loma Linda

13   University School of Medicine come into play in making

14   decisions?

15   A    Yes.  We like Loma Linda School of Medicine graduates to

16   be a part of our program.

17   Q    Why is that?

18   A    We think they are well trained.  We also think that they

19   resonate with the mission of our institution, having attended

20   medical school here.

21   Q    Were you involved in the preparation of a spiritual

22   training module for family practice and others?

23   A    Yes.

24   Q    And what was your role in that?

25   A    I helped put together a working group of interested

1    faculty and other teachers and employees of the institution to

2    create a spiritual care curriculum for graduate medical

3    education.

4        HEARING OFFICER SCOTT:  Let's -- I'm sorry.  We are

5    getting some feedback again.

6    Q    BY MR. BERMAN:  Okay.  When you say a multi-disciplinary

7    group, what disciplines were on the group?

8    A    There were physicians.  There were professors from the

9    school of religion.  There were people from the employee

10   spiritual care.  And we had various different physician

11   specialties represented.

12   Q    You said there's something -- employee spiritual care.

13   What is that?

14   A    There's a group at Loma Linda that is responsible for

15   providing spiritual care and support to staff and nurses in

16   other groups of employees at Loma Linda.  And we invited the

17   director there to be a part of our group.

18   Q    Can fellows and residents also make use of those services?

19   A    They can, yes.

20   Q    And what was the process that you undertook to put

21   together these training modules?

22   A    We reviewed the evidence-based literature around providing

23   spiritual care to patients, and we created a four-part series

24   looking at how best to teach and encourage residents to engage

25   in spiritual care with their patients when appropriate.

1    Q      And why -- why did you want to do this?

2    A      The genesis of the curriculum came because several

3    residents who entered my program were Christian by background

4    and approached me saying they came to Loma Linda because it was

5    a Christian institution, and they wanted to know what formal

6    curriculum we had to help them learn how to engage in spiritual

7    care with their patients as a part of my residency program.

8    Q      Can you give us some examples of spiritual care?

9    A      I think there are lots of different things you could do.

10   One, we would say is being authentic and connecting with

11   patients at a -- an emotional and heart-to-heart level.  We

12   would also say recognizing what patients' sources of strength

13   are, which could include their faith and spiritual background.

14   Recognizing that physical and mental illness is often connected

15   to patients' emotional and spiritual engagement, and when

16   appropriate, addressing those issues and providing resources to

17   help them improve and get better.

18   Q      Do --

19          MR. BERMAN:  Let's have marked -- I guess, give him

20   Employer's 10.  Can you pull it up on the screen for him?

21   (Counsel confer)

22   Q    BY MR. BERMAN:  Okay, Dr. Lee, can you see that exhibit,

23   GME Spiritual Care Curriculum Session 1?

24   A      Yes, I can.

25   Q      Okay.  And I think you said you put together four modules?

1    A     That's correct.

2    Q     And this is the first?

3    A     Yes, that's correct.

4         Q     And has -- have these modules been used in training

5    residents and fellows in family practice?

6    A     Yes, that's correct.

7    Q     And have they been used in other specialty groups?

8    A     That's correct.

9    Q     And any specialty groups that wants to use it, can they

10   use it, or do you prohibit that?

11   A     No, it's freely available to any specialty or fellowship

12   at Loma Linda that would like to use the curriculum.

13   Q     Now, what was the -- when -- when you -- you presented

14   these modules yourself?

15   A     I have.

16   Q     And what was the goal of session 1, "Is Spiritual Care

17   Important"?

18   A     The goal is to try to establish a baseline for the

19   importance and need for spiritual care.  And we recognize that

20   not every resident and fellow comes -- are trained in a medical

21   school that provided them the background on spiritual care.

22   And so we review the evidence around spiritual care and try to

23   provide a basis of understanding for what we would define as

24   spiritual are here at Loma Linda.

25   Q     And is this just an academic session, or are you trying to

1    persuade them that they should be integrating spiritual --

2    using a spiritual care model?

3        MS. POSNER:  So I'd like to object.  I don't understand

4    what you mean by academic session.

5        MR. BERMAN:  Okay.

6    Q    BY MR. BERMAN:  Was -- was the purpose of --

7        HEARING OFFICER SCOTT:  Thank you, if you could clarify.

8    I'm sorry.

9        MR. BERMAN:  Yeah.

10   Q    BY MR. BERMAN:  Was -- was the purpose of session 1 to

11   have the -- the residents and the fellows start to utilize or

12   at least start to think about utilizing spiritual care?

13       MS. POSNER:  I -- I'm going to object again, I know this

14   is a more informal proceeding, but that's a very leading

15   question.

16       HEARING OFFICER SCOTT:  Yes, I -- I am going to sustain

17   that objection.  I understand foundational questions, so if you

18   could please rephrase the question.

19       MR. BERMAN:  Okay.

20   Q    BY MR. BERMAN:  And what -- what was your goal with

21   session 1?

22   A    I think it's to -- to establish a -- a baseline of -- of

23   common language when it comes to spiritual care.  And again,

24   review the evidence in the medical literature around spiritual

25   care and whether it's important or not.  Again, recognizing

1   that medical students who are now residents at Loma Linda, may

2   have had attended a school where they did not discuss spiritual

3   care, and so I wanted to make sure or we wanted to make sure

4   that every resident and fellow at Loma Linda had a common

5   understanding of what the literature says about spiritual care

6   and a common understanding about the definitions and terms that

7   we use here at Loma Linda.

8        MR. BERMAN:  Okay.  If the witness could be shown

9   Employer's 11, which is session 2.

10   Q    BY MR. BERMAN:  All right.  Dr. Lee, what is a spiritual

11   history?

12   A    So spiritual history is an opportunity for residents and

13   fellows to interview patients and learn more about their faith

14   and spiritual background as part of their patient care in the

15   workup that they do for patients.

16   Q    And what was the goal of session 2?

17   A    The goal is really to provide practical tools in terms of

18   sample questions that they can ask and to provide a basis of

19   understanding of how spiritual care can be taken -- a history

20   and be taken from patients.  The other goal was to reinforce

21   what Loma Linda University School of Medicine students are

22   learning through their curriculum, and to tie in both medical

23   student education and residency education together.

24   Q    Is there any such thing is spiritual rounds at Loma Linda?

25   A    Yes, there are spiritual rounds at Loma Linda.

1    Q    And what -- what -- what does that mean?

2    A    In family medicine, once a week, we do something what we

3    call love rounds, which is spiritual care rounds.  And we

4    choose a patient, and we interview them from, again, what we

5    call a whole person care perspective here at Loma Linda, which

6    includes interviewing them from a biological, emotional, mental

7    and spiritual aspect.  And we attempt to learn more about their

8    experience with illness, and particularly as it relates to

9    their faith and spirituality as a way to provide better care

10   for them here.

11   Q    Is that skill to taught to your residents and your

12   fellows?

13   A    It's a --

14        HEARING OFFICER SCOTT:  I'm sorry, can repeat the

15   question?  It came across a little garbled at the beginning.

16        MR. BERMAN:  Yeah.

17   Q    BY MR. BERMAN:  My -- my question was whether that skill

18   that he described is taught to your medical residents and your

19   fellows?

20   A    Yes, it happens weekly, on our -- on our inpatient

21   service, and residents and medical students participate in

22   them.

23   Q    Are your residents and fellows ever asked to teach these

24   skills to others?

25   A    Yes.

1    Q    And under what circumstances would that be?

2    A    So part of these session 2 curriculum is to teach the Loma

3    Linda whole person care model called CLEAR.  And by teaching

4    the acronym and its steps, our hope is that residents would

5    role model and teach that to medical students who are learning

6    very similar -- or learning the exact same acronym as part of

7    their medical school education.  The reason that we do

8    spiritual care rounds together with residents and medical

9    students is that our goal is that residents are role modeling

10   how to take a spiritual history and provide spiritual care to

11   the medical students who are rotating with us on service.

12   Q    Would they also be providing role models to less senior

13   residents?

14        MS. POSNER:  I'd like to object again that that's leading.

15        MR. BERMAN:  It's not leading.

16        HEARING OFFICER SCOTT:  Uh-huh.  I'll allow it; it's more

17   foundational, so the objection is overruled.  You may answer,

18   Dr. Lee.

19   Q    BY MR. BERMAN:  You can answer.

20   A    Okay.  Yes, the goal is for senior residents to role model

21   that to junior residents, for junior residents to role model

22   that to medical students as part of what we do on a weekly

23   basis, yes.

24        AUTOMATED VOICE MESSAGE:  Your call has been forwarded to

25   an automated voice message.



1    HEARING OFFICER SCOTT:  Apologies.

2    MR. BERMAN:  Not at all.

3    HEARING OFFICER SCOTT:  That -- this is a good time for

4    those that have maybe just joined us a little bit late, that if

5    you're not a party participant or a witness giving testimony to

6    please remain muted, and not share your video feed.

7    Thank you, Mr. Berman, for allowing that introduction.

8    Q    BY MR. BERMAN:  Would the same teaching and role modeling

9    be the same with respect to learning how to take a spiritual

10   history?

11   A    Yes.

12   Q    Okay.  You mentioned CLEAR.

13   MR. BERMAN:  If we go down to -- the pages that are

14   unnumbered, 2, 3, 4 -- page 5, has CLEAR whole person model,

15   that can be shown to the witness and then explained more fully

16   that page and two pages down.  So if you can just show him just

17   the next page, so we see -- put them in context and then the

18   following page.

19   Q    BY MR. BERMAN:  What -- what is CLEAR, and why is it

20   taught?

21   A    The CLEAR whole person care model is a model that's

22   developed as a way to deliver, again, what we call whole person

23   care here at Loma Linda.  You can see it's an acronym that

24   stands for connect, listen, explore, acknowledge and respond.

25   Our goal is that the residents and fellows who go through the

1    curriculum would be able to know what the acronym means, to be

2    able to do the steps in the acronym, and ultimately to role

3    model that and teach that to junior residents and medical

4    students who are also rotating with them on their service.

5         MR. BERMAN:  All right.  Why don't we show him, I guess it

6    would be Employer's -- in order would be 12, which would be

7    session 3.

8    Q    BY MR. BERMAN:  All right.  Can you tell me what this is?

9    I take it this is session 3 of the four model -- module

10   program, but what is it?

11   A    That's correct.  This is session number 3, which is "How

12   Do I Develop a Spiritual Plan for a Patient"?

13   Q    And why is this taught?

14   A    This is an extension of session 2.  So after taking a

15   spiritual history with a patient, often there are things that

16   are uncovered which needs to be addressed.  And this session is

17   an attempt to help residents and fellows understand how to

18   create a spiritual plan for a patient after taking a history.

19   Q    And how do your residents -- your younger residents and

20   your school of medicine medical students get trained on this

21   session 3?

22        MS. POSNER:  I'm going to object to the portion of the

23   question as it seeks information relating to medical students,

24   since they're just not relevant to the proceedings.

25        HEARING OFFICER SCOTT:  Mr. Berman, do you have a --

1    Q    BY MR. BERMAN:  I think -- I think the question was, is of

2    the materials that are taught in session 3, other than being in

3    a session that you or another attending conduct, how do the

4    less senior residents and the medical students gain that

5    knowledge?

6    A    So I think there are two different ways.  So they learn by

7    doing, and so the senior residents role model that for junior

8    residents and medical students.  I think specifically through

9    the curriculum, we try to help residents and fellows understand

10   which symptoms lead to which assessments and which assessments

11   lead to different plans for patients.  We also provide some

12   sample plans so that residents and fellows could start to

13   incorporate some of that into the daily care that they provide

14   for patients.

15   Q    Are fellows and residents are encouraged to pray with

16   patients?

17   A    When appropriate, we try to instruct residents and fellows

18   how they might offer prayer in a way that can help as part of

19   the care that we deliver here at Loma Linda.

20   Q    And how do the less senior residents and the medical

21   students learn those skills?

22   A    Primarily, they learn by doing and role modeling.  So they

23   watch what the attendings and senior residents do, and through

24   that process, they have an opportunity to also practice that

25   skill with patients when appropriate.

1    somebody mentioned something about the match.  Can you explain

2    what the matching program is?

3    A    The match process is the process by which medical students

4    who are interested in residency or residents who are interested

5    in fellowship are essentially matched to a program that they're

6    training in for the following year.

7    Q    Now, is there a -- do you have to take everybody that

8    wants to go there, or how does it work?  How do they select the

9    person that's going to be admitted?

10   A    After interviewing applicants, programs create a ranked

11   list of their preferred applicants from 1 to however many they

12   choose to list.  Students also create a list of where they

13   would prefer to go for residency or fellowship.  Those lists

14   are submitted, and an -- a computer algorithm matches potential

15   students to programs, residency programs or residents to

16   potential fellowships, and that's how students and residents

17   secure spots in training for the following year.

18   Q    And you do your ranking of people after you've done the

19   interview process that you described, correct?

20   A    That's correct.

21   Q    And what role does the perceived spirituality or

22   commitment to mission play in your rankings?

23   A    It's an important part of our --

24        MS. POSNER:  I think that was asked -- that was asked

25   already.

1       MR. BERMAN:  He didn't talk about the rankings.  Right?  I

2   used to word, I think "acceptance", and you objected to the

3   word acceptance.

4       HEARING OFFICER SCOTT:  There was some preliminary

5   discussion.  I will overrule the objection.  You can answer.

6   A   It's an important part of our holistic process that we use

7   to try to find the people who will be a good fit here at Loma

8   Linda for training.

9       MR. BERMAN:  Can we go off the record for a moment, Madam

10  Hearing Officer?

11      HEARING OFFICER SCOTT:  Yes.

12      MR. BERMAN:  So I can talk to --

13      HEARING OFFICER SCOTT:  Yes, we can -- yes, we can be off

14  the record.

15      MR. BERMAN:  Thank you.

16      HEARING OFFICER SCOTT:  Two minutes.  Off the record.

17  (Off the record at 4:39 p.m.)

18      HEARING OFFICER SCOTT:  Okay.

19      MR. BERMAN:  Okay.

20      HEARING OFFICER SCOTT:  Mr. Berman?

21                      **RESUMED DIRECT EXAMINATION**

22  Q   BY MR. BERMAN:  Dr. Lee?

23  A   Yes.

24  Q   Have you yourself observed the residents and the fellows

25  incorporating whole person care when they deal with patients

1    when you've been in the room?

2    A    Yes, I have.

3    Q    Is that frequent or infrequent?

4    A    I would say it occurs frequently.

5    Q    And do you know if there are medical missions that the --

6    that Church entities sponsor that medical residents can go on?

7    A    I believe there are, yes.

8    Q    Do you know of them personally or just as a general

9    belief?

10   A    I've heard of such trips.  I have not participated in

11   them.

12   Q    Have any of your -- do you know if any of your residents

13   in the last year or so have gone on one of the missions?

14   A    I know they have in the past.  I would say with COVID,

15   many of these trips were canceled.  But prior to COVID when

16   these trips were occurring, I have had residents participate in

17   them, yes.

18   Q    And if I were a resident or a fellow, and I wanted to

19   learn more about, you know, spirituality or whole person care,

20   your any place that I can go to on campus to get more

21   instruction?

22   A    Yes.  There's a center for whole person care here at Loma

23   Linda University.

24   Q    Is there also a school of religion at the university?

25   A    Yes, that's correct.

OFFICIAL REPORT OF PROCEEDINGS

BEFORE THE

NATIONAL LABOR RELATIONS BOARD

REGION 31

In the Matter of:

Loma Linda Inland Empire          Case No.   31-RC-312064
Consortium for Healthcare
Education d/b/a Loma Linda
University Health Education
Consortium,

                    Employer.
and

Union of American Physicians
and Dentists,

                    Petitioner.


            _____


            _____



Place: Los Angeles, California (Via Zoom Videoconference)

Dates: March 14, 2023

Pages: 138 through 316

Volume: 2

OFFICIAL REPORTERS
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885

**UNITED STATES OF AMERICA**

**BEFORE THE NATIONAL LABOR RELATIONS BOARD**

**REGION 31**

| | |
|---|---|
| In the Matter of:<br><br>LOMA LINDA INLAND EMPIRE<br>CONSORTIUM FOR HEALTHCARE<br>EDUCATION D/B/A LOMA LINDA<br>UNIVERSITY HEALTH EDUCATION<br>CONSORTIUM,<br><br>                 Employer,<br>and<br><br>UNION OF AMERICAN PHYSICIANS<br>AND DENTISTS,<br><br>             PETITIONER. | Case No.   31-RC-312064 |

The above-entitled matter came on for hearing via Zoom

videoconference, pursuant to notice, before **KRISTIN SCOTT,**

Hearing Officer, at the National Labor Relations Board, Region

31, 11500 West Olympic Boulevard, Suite 600, Los Angeles,

California 90064, on **Tuesday, March 14, 2023, 8:59 a.m.**

1                          <u>A P P E A R A N C E S</u>

2       On behalf of the Employer:

3           CHRISTIAN ROWLEY, ESQ.
            SEYFARTH SHAW LLP
4           560 Mission Street, Suite 3100
            San Francisco, CA 94105
5           Tel.  (415)544-1001

6           JEFFREY A.  BERMAN, ESQ.
            SEYFARTH SHAW LLP
7           2029 Century Park East
            Suite 3500
8           Los Angeles, CA 90067-3021
            Tel.  (310)201-1541
9
        On behalf of the Petitioner:
10
            DAVID A.  ROSENFELD, ESQ.
11          MICHAELA POSNER, ESQ.
            WEINBERG, ROGER & ROSENFELD
12          1375 55th Street
            Emeryville, CA 94608
13          Tel.  (510)715-4218
            Tel.  (510)671-4961
14

15

16

17

18

19

20

21

22

23

24

25



1                               **I N D E X**

2

3    **WITNESS**          **DIRECT**   **CROSS**   **REDIRECT**   **RECROSS**   **VOIR DIRE**

4    Bill Knott            146       169

5    Randall Roberts       181,197 216        229

6    Dr. Daniel Giang      235

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    University in Berrien Springs, Michigan, finishing in 1983, and

2    completed a PhD in American religious history from George

3    Washington University in 2006.

4    Q    And how long have you held your current position?

5    A    I have been in this new role since January 1st of 2023.

6    Q    And what was your prior position and when did you start?

7    A    Over the previous 16 years, I was the senior editor of the

8    two major international journals of the world Seventh-Day

9    Adventist church, Adventist Review, and Adventist World.  For

10   nine years previous to that, I was an associate editor of those

11   two journals.

12   Q    And are you familiar with the church's historic teachings

13   on recognition of unions by --

14   A    Yes, I am.

15   Q    And are you also familiar with the church's historic

16   teaching about church members, or anybody, being compelled to

17   join unions?

18   A    Yes, I am.

19   Q    I'd like to bring up Employer's 1.

20        MS. MORA:  Am I able to share, Madam Hearing Officer?

21        HEARING OFFICER SCOTT:  Yes, you should have screensharing

22   capability.

23        MS. MORA:  Thank you.  One moment.  This one?

24        MR. BERMAN:  Yes, Employer's 1.

25   Q    BY MR. BERMAN:  Mr. Knott, can you see that?

1   A    Yes, I can.

2        MR. BERMAN:  Okay.  I'll note for the record that we've

3   only given excerpts, and not the entire book, because it's

4   quite long.

5   Q    BY MR. BERMAN:  Can you tell us what the statement of

6   guidelines and other documents of the church are, what this

7   document is?

8   A    This is a collection of the voted statements, or published

9   statements, of the World Seventh-Day Adventist church on a

10  variety of topics affecting personal behavior and corporate

11  behavior for Seventh-day Adventists around the globe.

12  Q    And if you look at -- starting at page number 141, does

13  that set forth the position of the church with respect to

14  recognition by church institutions of unions and also

15  compelling employees to join them?

16  A    That is the current statement and has been -- reflects the

17  historic position of the church as well.

18       MR. BERMAN:  Ask that employer's 1 be received into

19  evidence.

20       HEARING OFFICER SCOTT:  Any objection to Employer's 1?

21       MS. POSNER:  No.

22       HEARING OFFICER SCOTT:  Okay.

23       MR. BERMAN:  And what is set forth in Employer's --

24       HEARING OFFICER SCOTT:  No, I'm sorry, sorry, I'm going to

25  make my official statement that Employer's 1 is received into

1    evidence.

2    **(Employer Exhibit Number 1 Received into Evidence)**

3         MR. BERMAN:  Sorry.

4    Q    BY MR. BERMAN:  Does that reflect the current position on

5    these matters about the church?

6    A    Yes, this reflects the current position of the church, and

7    it has been its position consistently for more than a century.

8         MR. BERMAN:  Can we show them Employer's 2?  Again, this

9    is a long document, so I only have parts of it.

10   Q    BY MR. BERMAN:  Can you tell us what the general

11   conference working policy is?

12   A    General conference working policy are the voted

13   regulations that the general conference of Seventh-day

14   Adventists establishes for its own polity and organization.  It

15   represents an authoritative standard for governing all

16   organizational behavior and relationships between church

17   entities.

18   Q    And when you say church entities, would that include

19   LLUHEC?

20   A    That would definitely include any general conference owned

21   or operated institution.

22   Q    And if you look at page number 4 -- starting at 402, FL

23   30.  Is that -- is that --

24        MS. MORA:  Hold on, hold on, hold on.

25        MR. BERMAN:  Sorry.

1      MR. BERMAN:  They can see -- can you go down?  You're at

2   FL 25.  Yeah, starting at FL 30, please.

3      MS. MORA:  They can see this?

4      Okay.  I will send this around as -- as he's talking.

5      MR. BERMAN:  And then can we substitute this, Madam

6   Hearing Officer, as Employer's 2?

7      HEARING OFFICER SCOTT:  You're -- so you're offering what

8   will --

9      MR. BERMAN:  Not offering anything.  Just -- was just

10  substituting.

11     HEARING OFFICER SCOTT:  Okay.  Okay.  Yes, that's fine.

12     MR. BERMAN:  All right.

13  Q    BY MR. BERMAN:  And if you look at page 402, starting at

14  FL 30, does this set forth the church's current position on

15  unions both with respect to church members and church

16  institution?

17  A    Yes, it does.

18  Q    And church institutions are covered by this policy?

19  A    Are church institutions are mandated by this policy to be

20  in conformity with it.

21     MR. BERMAN:  We'd ask that Employer's 2, as revised, be

22  admitted into evidence.

23     HEARING OFFICER SCOTT:  And I would ask that I have an

24  opportunity to review it in full.  Especially because on the

25  screen, it -- the last evidence is not complete.

1    lifetime of the church.

2    Q    Would you tell us what Employer's 3 is?

3          MR. BERMAN:  And again, this is just excerpts.  And the

4    excerpts, Ms. Posner, start at page 921, where it says labor

5    unions.  And then it goes to the end of that section on 923.

6    A    The Ellen G. White Encyclopedia is the work of two

7    Seventh-day Adventists historians.  Actually, more than two.

8    They edited the work of many other Seventh-day Adventists

9    historians, organizing material relative to Ellen White's life

10   and counsels and writings according to topic.  And the -- the

11   material here represents her perspective, surveys her

12   perspective on labor unions throughout her lifetime.

13   Q    BY MR. BERMAN:  And was the foundation of the church's

14   historic position on labor unions?

15   A    The church had already published many items that urged

16   members not to participate in labor unions, but it was her

17   counsels that became the definitive church position on this

18   when she began addressing these topics in 1902.

19         MR. BERMAN:  I ask that Employer's 3 be received into

20   evidence.

21         HEARING OFFICER SCOTT:  Okay.  Any objection?

22         MS. POSNER:  Just a clarification, that on the document I

23   have the section on labor union ends on, I believe, 922, rather

24   than 923.

25         MR. BERMAN:  Okay.



1        MS. POSNER:  I'm checking the --

2        MR. BERMAN:  What I'm looking -- what I'm looking at is on

3    921.  Yeah, it ends at 922.

4        MS. POSNER:  Okay.

5        MR. BERMAN:  It's right above the word, place.  But it

6    starts at 921, "After knowing him better."

7        MS. POSNER:  No, I understand.  It's just earlier you said

8    923.  But --

9        MR. BERMAN:  Okay.

10       MS. POSNER:  -- if it ends at 922, I have no objection.

11       HEARING OFFICER SCOTT:  Okay, no objection, Employer 3 is

12   received.

13   **(Employer Exhibit Number 3 Received into Evidence)**

14       MR. BERMAN:  Could the witness be shown Employer's 4?

15   Again, we have excerpts.

16   Q   BY MR. BERMAN:  Can you tell us what this document is?

17   A   Yes.  This document was prepared by the public affairs and

18   religious liberty department of the church some years ago, and

19   accurately conveys the counsels written by Ellen G. White,

20   regarding the -- regarding involvement of individuals or church

21   entities, and urging them not to affiliate with labor unions or

22   similar organizations.

23       MR. BERMAN:  We'd ask that Employer's 4 be received into

24   evidence.

25       MS. POSNER:  Is this a complete document?  You said it was

1    subheadings are intended to simply help persons topically see

2    the challenges of participating with labor unions.

3    Q    Is there anything in here that doesn't relate to the topic

4    of labor unions, and the church's historic position and the

5    basis for that position?

6    A    To my knowledge, no.

7    Q    And is this the current position of the church with

8    respect to these matters?

9    A    Yes.  That -- the church's position has been consistent

10   and unequivocal on this point.

11        MR. BERMAN:  Why don't we show the witnesses Exhibit 4 --

12   5, which is the Dictionary of Jesus and the Gospels.

13        HEARING OFFICER SCOTT:  I'm sorry, if we could just go

14   back to Employer's Exhibit 4.  Notwithstanding the Petitioner's

15   objection, the document does contain relevant portions, and if

16   it's not already clear on the record, it has been received into

17   evidence.

18   **(Employer Exhibit Number 4 Received into Evidence)**

19        HEARING OFFICER SCOTT:  Okay, you may continue, thank you.

20        MR. BERMAN:  And the -- again, we've got excerpts here.

21   Q    BY MR. BERMAN:  Are you familiar with this document?

22   A    I am, in broad outline.

23   Q    And would you tell us what it is?

24   A    It is a publication by InterVarsity Press, again,

25   arranging the information about the life of Jesus and the

1    writing of the gospels, the four gospels, Matthew, Mark, Luke,

2    and John, by topic and by term.

3    Q    And do -- does the contents of this relate to the Church's

4    healing ministry?

5    A    Yes, they do, because it -- it underscores the -- the

6    priority of the healing ministry of Jesus as one of this

7    primary functions, and thus any Christian organization that

8    maintains it is following Jesus, to -- to also practice that

9    healing ministry.

10   Q    And is LLUHEC considered to be a manifestation of both the

11   healing and the educational ministries of the church?

12   A    Very much so.

13   Q    Would the same be true with respect to Loma Linda

14   University?

15        MS. POSNER:  Objection, relevance.  Loma Linda University

16   is not a party to this proceeding, and the residents are not

17   students at -- at Loma Linda University.  The only relevant

18   entity is LLUHEC.

19        HEARING OFFICER SCOTT:  Okay, um-hum.

20        MR. BERMAN:  Madam Hearing Officer, can I respond?  What

21   we're --

22        HEARING OFFICER SCOTT:  Yes.

23        MR. BERMAN:  -- trying to do is a couple of things.  One

24   is that we want to show the way that LLUHEC fits into the

25   church.  Otherwise, all we're doing is being limited to the

1    institutions.  Are you familiar with this document?

2    A    I am.

3    Q    Okay.  Can you tell us what it is, please?

4    A    It's a statement drawn up by the general conference of

5    Seventh-day Adventists and its related entities that clearly

6    identifies Seventh-Day Adventist opposition to its members

7    participating with and joining in labor unions, and the -- and

8    indicating that none of its institutions should participate or

9    be affiliated with labor unions as well.

10   Q    Can you look at the next document, which is entitled,

11   Seventh-Day Adventist institution of labor unions.  Are you

12   familiar with this?

13   A    I am.

14   Q    Can you tell us what this is?

15   A    This is a subsidiary statement voted about nine years

16   after the first one.  And it includes the -- it is -- in --

17   in -- from the general conference of Seventh-day Adventists,

18   from the officers and the union conference president's meeting.

19   It read -- covers much of the same territory and is a historic

20   document in the sequence.

21   Q    Okay.  If you look at the next document, which is

22   entitled, labor union Seventh-day Adventists position

23   statement, dated 1972, are you familiar with this?

24   A    Yes, I am.  The North American Division which is a portion

25   of the general conference, and the one that covers the church's

1    interests in North America, co -- prepared this statement in

2    1972 to reiterate the church's historic position that members

3    should not join or financially support labor unions, and that

4    Seventh-day Adventists institutions should not allow

5    organization to happen within their -- their entities.

6    Q    If you look at the next document, which is labor unions

7    and Seventh-day Adventists teachers.  Are you familiar with

8    this document?

9    A    Yes.  Again, I --

10   Q    Could you tell us what it is?

11   A    This is an action of the North American Division Committee

12   on Administration.  One year following the previous document,

13   in which it specifically relates the urge to not be --

14   participate with labor unions and applies it to Adventist

15   education.  It -- it encourages Adventist teachers to

16   participate instead into a nonunion organization called the

17   Association of Seventh-Day Adventist Educators.

18   Q    If you look at the next document, it's called, Vital

19   reasons for the Adventist stand on labor unions.  Are you

20   familiar with this document?

21   A    Yes, I am.

22   Q    Tell us what it is.

23   A    It's a statement prepared by one of the public affairs and

24   religious liberty entities within the North American church in

25   1973 and traces the church's key biblical teachings that

1    undergird its position in opposition to participating with

2    labor unions.

3    Q    Please look at the next document.  It's called the 268th

4    meeting, North American Division Committee on Administration,

5    1975.  Are you familiar with this?

6    A    Yes, I am.

7    Q    And would you tell us what this document is?

8    A    This document is -- is the minutes of the North American

9    Division Committee on Administration, again operating on behalf

10   of the general conference in North America.  It represents a

11   meeting of the most senior executive group of officers and

12   participants in North America.  And again, specifically relates

13   to a challenge that had arisen regarding one hospital

14   affiliated with the church that -- in which there was an

15   attempt to organize workers.

16   Q    Look at the next document.  It's general conference

17   officers, 1983.  Tell us what that -- are you familiar with

18   this document?

19   A    Yes, I am.

20   Q    Would you tell us what this is?

21   A    This is a statement from the senior officers of the

22   general conference in 1983, referencing the attempts -- or --

23   or referencing concerns about unionization among various

24   Adventist medical facilities, specifically addressing one in

25   Stevens Point, Wisconsin, the -- where attempts to unionize

1    had -- had moved forward.

2    Q    Okay.  This document and a prior one have the name Neal

3    Wilson.  Are you --

4    A    Yes.

5    Q    -- familiar with -- and who is Neal Wilson?

6    A    Neal Wilson was a present of the general conference from

7    1979 to 1990.  And is deceased in about 2004.

8    Q    If you look at the next document, it's entitled, Seventh-

9    day Adventists business cartels and labor unions.  Are you

10   familiar with this?

11   A    Yes, I am.

12   Q    Tell us what it is.

13   A    This document, again, traces the church's historic

14   position.  It moves back to some -- noting that while the

15   church has expressed deep concern for the conditions of

16   employees in a variety of industries, it does not believe

17   that -- that there -- the correct resolution of those is

18   unionization.  That that union -- that the organization of

19   unions and the activities of unions violate the principles of

20   Christian behavior, and also override the freedom of Christian

21   individuals to follow the teaching of Jesus and his commandment

22   of love for the neighbor.

23   Q    Do these documents as a whole reflect the current position

24   of the church?

25   A    Yes, they do.

1      MR. BERMAN:  We'd ask that Employer's 6 be received into

2  evidence.

3      HEARING OFFICER SCOTT:  And Ms. Posner, any objection?

4      MS. POSNER:  No.

5      HEARING OFFICER SCOTT:  Okay, no objection.  Employer's 6

6  is received into evidence.

7  **(Employer Exhibit Number 6 Received into Evidence)**

8      MR. BERMAN:  The witness can be shown Employer's 7, which

9  is an excerpt from a book called Light Bearers: the History of

10  the Seventh-Day Adventist Church.

11  Q    BY MR. BERMAN:  Is Pacific Press Publishing, that was a --

12  that's a church entity?

13  A    Pacific Press Publishing Association is a church-owned

14  publishing group that is owned currently by the North American

15  Division of Seventh-day Adventists, a division of the general

16  conference of Seventh-day Adventists.

17  Q    So are you familiar with this document?

18  A    I am.

19  Q    And does it set forth the historical reasons for the

20  church's position on labor organizations?

21  A    It offers one of the best and most comprehensive short

22  histories of the way the church's position on labor unions

23  developed, including the writings and counsels of Ellen White

24  that helped to form that position into its current stat --

25  status more than a century ago.



1    A     Correct.  Yeah.

2    Q     And -- and other Loma Linda entities, too?

3    A     Yes, sir, that's right.

4    Q     And what is your contact with residency program?

5    A     It actually happens in various capacities.  I have contact

6    with the residency program through the different leaders in

7    different areas of -- of our institution.  I have actually

8    worked at Loma Linda for a very long period of time, and so I

9    began as a Chaplain in the medical center.  At that point, my

10   contact with residents and students was daily.  It was

11   immediate contact.

12           Now, my contact is through -- since I work

13   administratively, my contact is more through committees and

14   through other leaders that have the direct contact, which I

15   once had more of in my own professional life.  So it's through

16   committees, it's through other leaders and through their work

17   in different capacities with the residents and the students.

18   Q     And you said that when you were a pastor in the medical

19   center, you had daily contact.  Looking back now at the group

20   that assists you -- the various leaders, what -- what is their

21   frequency of contact with residents?

22   A     Well, it would be on a daily basis.  So that happens in a

23   variety of ways, but it would be on a daily basis.

24   Q     Can you describe some of those ways?

25   A     Sure.  So probably the bottom line -- ground zero example,

1   is the care of patients on an ongoing basis.  So in every unit,

2   there's a Chaplain assigned.  That Chaplain works with the

3   attending, with the residents, with the nursing staff to bring

4   spiritual care to the patients.  To provide family support to

5   patients families, and thus so in collaboration with the

6   physicians including attendings and residents.  That's the most

7   basic way.

8       Then there are rounds, such as the multidisc rounds.  The

9   multidisciplinary rounds where every discipline is included.

10  And there there's contact, typically, the person who presents

11  most commonly is the chief resident.  Though, it could be the

12  attending.  And it is in that context where spiritual issues

13  are discussed as they're relevant to different patients and

14  their care.  And so the spiritual care person, typically, the

15  Chaplain, but not always, would have contact with residents and

16  physicians in that settings.

17      We have grand rounds where we have different topics that

18  are presented.  And residents and physicians and other members

19  of the care team come.  We interact around spiritual themes.

20  We have invited guests that come and teach some things such as

21  whole person care, spiritual care of the patient, spiritual

22  care and end of life issues -- just a wide range of themes.

23  And -- and those are typically ones that provide a great deal

24  of opportunity for connection between the Chaplain, the nurse

25  spiritual care person and the residents and physicians.  Those

1    would be some examples.

2    Q    How long have you worked out at Loma Linda?

3    A    I started January 1 of 1987, so 37 years.

4    Q    A lot of years?

5    A    Yes, sir.

6    Q    Okay.  I was a math major in high school and I can't do

7    that.  All right.

8         MR. BERMAN:  Could the witness be shown Employer's 14?

9         HEARING OFFICER SCOTT:  Let me, okay.  You should have

10   sharing capabilities turned on.

11        THE WITNESS:  Just a moment.  I need to turn on another

12   monitor.  I think that's where it's showing up.  Okay.  I see

13   it now.

14        MR. BERMAN:  I'm trying to enlarge it.

15        MS. MORA:  I can enlarge it.

16        MR. BERMAN:  Okay.  That's okay.

17   Q    BY MR. BERMAN:  All right.  Are you familiar with this

18   document?

19   A    Yes, sir.

20   Q    And what is it?

21   A    This is the current iteration of Loma Linda Health

22   Spiritual Plan.

23   Q    And when you say the current editions, has there been

24   prior editions?

25   A    Yes, sir.  There has been  At this point, this was not

1   necessarily the originally the -- the rotation it was on, but

2   at this point a new one comes out every quinquennium, every

3   five years.  And this is the most recent covering 2021 to 2025.

4   Q    And do you remember for how long you've had spiritual

5   plans out of Loma Linda?

6   A    In this particular format, I believe, this is the third

7   one.  So if I'm remembering correctly, probably for the last 12

8   to 15 years.  I would need to check and make sure that my

9   memory is serving me correctly there, but I believe that's

10  right.

11  Q    Now, at the top it says Loma Linda University Health.

12  Does that mean that it applies to all of the organizations

13  under Loma Linda University Health?

14  A    Yes, sir.

15  Q    Would that include LLUHEC?

16  A    Yes.

17  Q    And also, the University?

18  A    Yes.

19  Q    And the medical center?

20  A    Yes, sir.

21  Q    And are you familiar -- there's a picture of a statue or a

22  group of statues.  Are you familiar with that -- those statues?

23  A    Very much so, yes.

24  Q    And where are they located?

25  A    They're at the heart of the campus.  They are on the