| UNITED STATES GOVERNMENT<br>NATIONAL LABOR RELATIONS BOARD<br>**STATEMENT OF POSITION** | **DO NOT WRITE IN THIS SPACE** | |
|---|---|---|
| | Case No.<br>**31-RC-312064** | Date Filed<br>**February 13, 2023** |

**INSTRUCTIONS:** *Submit this Statement of Position to an NLRB Office in the Region in which the petition was filed and serve it and all attachments on each party named in the petition in this case such that it is received by them by the date and time specified in the notice of hearing.*
**Note:** *Non-employer parties who complete this form are NOT required to complete items 8f or 8g below or to provide a commerce questionnaire or the lists described in item 7.*

| 1a. Full name of party filing Statement of Position **Loma Linda Inland Empire Consortium for Healthcare Education dba Loma Linda University Health Education Consortium** | 1c. Business Phone:<br>**(909) 558-6131** | 1e. Fax No.: |
|---|---|---|
| 1b. Address *(Street and number, city, state, and ZIP code)*<br>**11234 Anderson St., Loma Linda, CA 92354** | 1d. Cell No.: | 1f. e-Mail Address<br>**dgiang@llu.edu** |

2. Do you agree that the NLRB has jurisdiction over the Employer in this case?   [ ] Yes     [ **X** ] No
*(A completed commerce questionnaire (Attachment A) must be submitted by the Employer, regardless of whether jurisdiction is admitted)*

3. Do you agree that the proposed unit is appropriate?   [ ] Yes     [**X**] No   *(If not, answer 3a and 3b.)*

a. State the basis for your contention that the proposed unit is not appropriate. *(If you contend a classification should be excluded or included briefly explain why, such as shares a community of interest or are supervisors or guards.)*
**The proposed unit is not an appropriate unit for bargaining for the reasons explained in Exhibit A.**

b. State any classifications, locations, or other employee groupings that must be added to or excluded from the proposed unit to make it an appropriate unit.

*See* **Exhibit A**                                   *See* **Exhibit A**

4. Other than the individuals in classifications listed in 3b, list any individual(s) whose eligibility to vote you intend to contest at the pre-election hearing in this case and the basis for contesting their eligibility.
*See* **Exhibit A**

5. Is there a bar to conducting an election in this case?   [ ] Yes     [ **X** ] No   *If yes, state the basis for your position.*

6. Describe all other issues you intend to raise at the pre-election hearing.
**In addition to Board jurisdiction and the appropriateness of the unit,** *see* **Exhibit A for the issues LLUHEC intends to raise at the pre-election hearing.**

7. The employer must provide the following lists which must be alphabetized (overall or by department) in the format specified at
**www.nlrb.gov/sites/default/files/attachments/basic-page/node-4559/Optional Forms for Voter List.docx.**
(a) A list containing the full names, work locations, shifts and job classification of all individuals in the proposed unit as of the payroll period immediately preceding the filing of the petition who remain employed as of the date of the filing of the petition. **(Attachment B)**
(b) If the employer contends that the proposed unit is inappropriate the employer must provide (1) a separate list containing the full names, work locations, shifts and job classifications of all individuals that it contends must be *added* to the proposed unit, if any to make it an appropriate unit, **(Attachment C)** and (2) a list containing the full names of any individuals it contends must be *excluded* from the proposed unit to make it an appropriate unit. **(Attachment D)**

8a. State your position with respect to the details of any election that may be conducted in this matter. Type: [**X**] Manual     [ ] Mail     [] Mixed Manual/Mail *(See* Attach. 1)

| 8b. Date(s)<br>**To be determined** | 8c. Time(s)<br>**TBD** | 8c. Time(s)<br>**TBD** |
|---|---|---|
| 8e. Eligibility Period (e.g. special eligibility formula)<br>**Payroll period ending before the DDE is issued** | 8f. Last Payroll Period Ending Date<br>**February 18, 2023** | 8g. Length of payroll period<br>[ ] Weekly   [**X**] Biweekly   [ ] Semimonthly |

**9. Representative who will accept service of all papers for purposes of the representation proceeding**

| 9a. Full name and title of authorized representative<br>**Christian J. Rowley** | 9b. Signature of authorized representative | 9c. Date<br>**02/24/2023** |
|---|---|---|
| 9d. Address *(Street and number, city, state, and ZIP code)*<br>**560 Mission Street, Suite 3100, San Francisco, CA 94105** | | 9e. e-Mail Address<br>**crowley@seyfarth.com** |
| 9f. Business Phone No.: **415-544-1001** | 9g. Fax No. | 9h. Cell No. |

**WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. Section 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation proceedings. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. 74942-43 (December 13, 2006). The NLRB will further explain these uses upon request. Failure to supply the information requested by this form may preclude you from litigating issues under 102.66(d) of the Board's Rules and Regulations and may cause the NLRB to refuse to further process a representation case or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 31**

LOMA LINDA UNIVERSITY HEALTH
EDUCATION CONSORTIUM

Case No.        31-RC-312064

and

UNION OF AMERICAN PHYSICIANS
AND DENTISTS

**LOMA LINDA INLAND EMPIRE CONSORTIUM FOR HEALTHCARE EDUCATION**

**dba LOMA LINDA UNIVERSITY HEALTH EDUCATION CONSORTIUM'S**

**EXHIBIT A TO STATEMENT OF POSITION**

**3(a).   State the basis for your contention that the proposed unit is not appropriate. (*If you contend a classification should be excluded or included briefly explain why, such as shares a community of interest or are supervisors or guards*.)**

1.  Loma Linda Inland Empire Consortium for Healthcare Education dba Loma Linda University Health Education Consortium ("LLUHEC") maintains that the Board does not have jurisdiction over it under the First Amendment to the U.S. Constitution, the Religious Freedom Restoration Act, and governing judicial and Board authority.

Without waiving this jurisdictional argument, LLUHEC also maintains that:

2.  Some or all of the Residents and Fellows in the petitioned-for unit come within the ministerial exception to Board jurisdiction under governing law.

3.  LLUHEC Residents and Fellows are not employees under Section 2(3) of the Act as the primary relationship between the Residents and Fellows and LLUHEC is educational. The facts in the present case are distinguishable from the Board's ruling in *Boston Medical Center Corp.*, 330 NLRB 152 (1999). In addition, *Boston Medical Center* is wrongly decided and the Board should reinstate its decision in *Cedars-Sinai Medical Center*, 223 NLRB 251 (1976).

4.  Some or all of the Residents and Fellows are supervisors within Section 2(11) of the Act and, therefore, must be excluded from the proposed unit.

5.  Residents and Fellows must be excluded because many will graduate as early as June 30, 2023 and, thus, their education is set to end on a date certain.

6.  Residents and Fellows do not share a community of interest and, therefore, a unit that includes both classifications is not an appropriate unit.

92447131v.1

7. In the event that the argument in #3 above is not accepted, Chief Residents should be excluded as they are supervisors within Section 2(11) of the Act. (On February 23, 2023, Counsel for the Petitioner, David Rosenfeld, advised Counsel for the LLUHEC, Christian Rowley, that the Petitioner does not seek to represent the Chief Residents. However, out of an abundance of caution, LLUHEC will continue to assert this as a possible issue.)

8. Each of the over 40 hospitals, medical centers, and other locations at which Residents and Fellows are assigned is a joint or single employer with LLUHEC and/or each other, must be included in the Petition, and are necessary parties to this proceeding.

**3(b).** **State any classifications, locations, or other employee groupings that must be added to or excluded from the proposed unit to make it an appropriate unit.**

**Included:**

LLUHEC maintains that (a) the Board does not have jurisdiction over it under the First Amendment and the Religious Freedom Restoration Act, and consistent with governing judicial and Board authority (b) some or all of the Residents and Fellows in the petitioned-for unit come within the ministerial exception to Board jurisdiction under governing law, and (c) Residents and Fellows are Section 2(11) supervisors and, thus, no Resident or Fellow should be included.

**Excluded:**

LLUHEC maintains that (a) the Board does not have jurisdiction over it under the First Amendment and the Religious Freedom Restoration Act, and consistent with governing judicial and Board authority (b) some or all of the Residents and Fellows in the petitioned-for unit come within the ministerial exception to Board jurisdiction under governing law, and (c) some or all of the Residents and Fellows are Section 2(11) supervisors and, thus, all Residents and Fellows should be excluded.

**4.** **Other than the individuals in classifications listed in 3b, list any individual(s) whose eligibility to vote you intend to contest at the pre-election hearing in this case and the basis for contesting their eligibility.**

See above.

**6.** **Describe all other issues you intend to raise at the pre-election hearing.**

In addition to the appropriateness of the petitioned-for unit and the issues identified in 3a, above, LLUHEC intends to raise the following issues at the pre-election hearing:

1. The Board is precluded from exercising jurisdiction over LLUHEC because of, e.g., the First Amendment to the U.S. Constitution, the Religious Freedom Restoration Act, and governing judicial and Board authority.

- 2 -

- 3 -

Without waiving its jurisdictional arguments, LLUHEC also maintains that:

2.  Some or all of the individuals sought by the Petitioner come within the ministerial exception to Board jurisdiction and, therefore, must be excluded from any unit that might be appropriate.

3.  The only appropriate unit is a multi-facility unit that includes all Residents and Fellows at any hospitals and medical centers where LLUHEC Residents and Fellows are assigned.

4.  Each of the over 40 hospitals, medical centers, and other locations at which Residents and Fellows are assigned is a joint or single employer with LLUHEC and/or each other, must be included in the Petition, and are necessary parties to this proceeding.

## <u>CERTIFICATE OF SERVICE</u>

I, Jennifer L. Mora, caused a copy of Loma Linda Inland Empire Consortium for

Healthcare Education (dba) Loma Linda University Health Education Consortium's Statement of

Position, Exhibit A to Statement of Position, and Initial List to be served via email upon the

following party on this 24th day of February, 2023:

> David A. Rosenfeld
> Weinberg, Roger & Rosenfeld
> 1375 55th Street
> Emeryville, CA 94608
> drosenfeld@unioncounsel.net
> nlrbnotices@unioncounsel.net
> (Counsel for Union of American Physicians & Dentists)

_____
                              Jennifer L. Mora

92447131v.1