IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Loma Linda—Inland Empire Consortium<br>For Healthcare Education<br>d/b/a<br>Loma Linda University Health<br>Education Consortium<br>1177 Campus Street<br>Loma Linda, CA 92354<br><br>Plaintiff<br><br>v.<br><br>National Labor Relations Board<br>1015 Half St., SE<br>Washington, D.C. 20003<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:23-cv-00688-CKK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the Defendant National Labor Relations Board's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), the memoranda submitted in support and opposition, and the entire record herein, it is hereby

**ORDERED** that the Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) is GRANTED. The Clerk of Court shall transfer this case, pursuant to 28 U.S.C. § 1404, to the United States District Court for the Central District of California.

SO ORDERED

Dated this ___ date of _____, 2023

_____
United States District Judge