EXHIBIT F

**DC.gov** — Mayor Muriel Bowser

311 Online | Agency Directory | Online Services | Accessibility

Home

Edit Account  Sign Out

# GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS - Initial File Number: 670423

**Main** | Reports | Trade Names | Beneficial Owners

## Entity Info

**Business Name**
GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS

**Suffix**

**Registration / Effective Date**
4/15/1904

**Commencement Date**
4/15/1904

**Entity Status**
Active

**Foreign Name**
NA

**Date of Organization**
4/15/1904

**State**
District of Columbia

**Country**
USA

## Business Address

**Line1**
12501 Old Columbia Pike

**Line2**

| City | State | Zip |
|---|---|---|
| Silver Spring | Maryland | 20904 |

## Agent

**Is non-commercial Registered Agent?**
No

**Name**
C T CORPORATION SYSTEM

## Address

**Line1**
1015 15th St NW

**Line2**
Suite 1000

| City | State | Zip |
|---|---|---|
| Washington | District of Columbia | 20005 |

**Email**
CLS-CTWashingtonDCFulfillment@wolterskluwer.com

[Return to Home]

District News
- Mayor's Public Schedule
- Citywide News
- Citywide Calendar
- Subscribe to Receive Emails
- Subscribe to Text Alerts
- Subscribe to Newsletters

District Initiatives
- Green DC
- Grade DC
- Age-Friendly DC
- Sustainable DC
- Connect DC
- Great Streets
- Ready DC

About DC
- Open DC
- Budget
- Emancipation
- Consumer Protection
- Contracts
- Property Quest
- Track DC

Contact Us
- Agency Director
- Call 311
- Contact the Mayor
- Contact Agency Directors
- FOIA Requests
- Report Website Problems
- Send Feedback

EXHIBIT F