EXHIBIT G

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Loma Linda – Inland Empire Consortium<br>For Healthcare Education<br>d/b/a<br>Loma Linda University Heath<br>Education Consortium<br>11175 Campus Street<br>Loma Linda, CA 92354<br><br>   Plaintiff<br><br> v.<br><br>National Labor Relations Board<br>1015 Half Street, SE<br>Washington, DC 20003<br><br>   Defendant | Civil Action No. 1:23-cv-00688 |

## DECLARATION OF KARNIK DOUKMETZIAN

1. I have been the General Counsel of the General Conference of Seventh-day Adventists since April of 2009.

2. Before being appointed as the General Counsel for the General Conference of Seventh-day Adventists, I worked for Adventist Risk Management for 12 years.

3. I am a member of the State Bars of the District of Columbia and the State of Tennessee.

4. The General Conference Corporation of Seventh-day Adventists is a nonprofit corporation incorporated in the District of Columbia in 1904.

5. The General Conference of Seventh-day Adventists is the governing body of the Seventh-day Adventist Church. It exists to further the mission of the Church, with a mission that binds the entire Church together at all levels.

2

6.  Loma Linda University Health, Loma Linda University, Loma Linda University Medical Center, and Loma Linda-Inland Empire Consortium for Healthcare dba Loma Linda University Health Education Consortium are all General Conference of Seventh-day Adventists institutions. This means that the General Conference of Seventh-day Adventists sponsors, guides, and authorizes these institutions to serve the Seventh-day Adventist Church in their ecclesiastic, spiritual and educational mission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2, 2023.

_____
Karnik Doukmetzian