EXHIIBIT H

**United States District Courts — National Judicial Caseload Profile**

|  |  | | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  | | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 |
| **Overall Caseload Statistics** | | Filings [1] | 374,293 | 389,226 | 412,820 | 580,752 | 421,860 | 356,598 |
| | | Terminations | 391,492 | 391,838 | 415,199 | 356,552 | 349,844 | 411,149 |
| | | Pending | 425,126 | 463,672 | 459,953 | 683,039 | 754,843 | 699,942 |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -4.7 | -8.4 | -13.6 | -38.6 | -15.5 | |
| | | Number of Judgeships | 677 | 677 | 677 | 677 | 677 | 677 |
| | | Vacant Judgeship Months [2] | 1,345.4 | 1,538.0 | 1,390.1 | 762.9 | 855.2 | 847.9 |
| **Actions per Judgeship** | **Filings** | Total | 553 | 575 | 610 | 858 | 623 | 527 |
| | | Civil | 406 | 412 | 438 | 731 | 484 | 392 |
| | | Criminal Felony | 107 | 122 | 131 | 96 | 101 | 95 |
| | | Supervised Release Hearings | 40 | 41 | 41 | 30 | 38 | 39 |
| | | Pending Cases [2] | 628 | 685 | 679 | 1,009 | 1,115 | 1,034 |
| | | Weighted Filings [2] | 489 | 513 | 533 | 704 | 546 | 474 |
| | | Terminations | 578 | 579 | 613 | 527 | 517 | 607 |
| | | Trials Completed | 16 | 16 | 17 | 10 | 15 | 16 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.6 | 6.9 | 6.9 | 8.3 | 10.1 | 11.0 |
| | | Civil [2] | 10.4 | 10.1 | 9.9 | 8.9 | 8.8 | 12.3 |
| | From Filing to Trial [2] (Civil Only) | | 27.0 | 27.5 | 27.7 | 27.5 | 31.8 | 34.6 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old [2] | 52,557 15.5 | 67,650 18.3 | 57,889 16.1 | 60,556 10.5 | 73,318 11.4 | 88,867 15.0 |
| | | Average Number of Felony Defendants Filed per Case | 1.3 | 1.2 | 1.2 | 1.2 | 1.3 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 50.1 | 52.9 | 50.9 | 53.3 | 50.4 | 51.5 |
| | | Percent Not Selected or Challenged | 37.3 | 38.1 | 38.4 | 40.8 | 39.9 | 41.0 |

**2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| | | | |
|---|---|---|---|
| Total Civil | 265,615 | Total Criminal[1] | 64,423 |
| A-Social Security | 14,089 | A-Marijuana | 841 |
| B-Personal Injury/Product Liability | 47,391 | B-All Other Drugs | 18,297 |
| C-Prisoner Petitions | 47,725 | C-Immigration | 19,525 |
| D-Forfeitures and Penalties | 893 | D-Firearms and Explosives | 10,763 |
| E-Real Property | 4,078 | E-Fraud | 5,457 |
| F-Labor Suits | 13,367 | F-Violent Offenses | 2,396 |
| G-Contracts | 30,756 | G-Sex Offenses | 3,040 |
| H-Torts (other than Personal Injury/Product Liability) | 20,970 | H-Forgery and Counterfeiting | 121 |
| Intellectual Property Rights | 13,203 | I-Larceny and Theft | 831 |
| J-Civil Rights | 38,611 | J-Justice System Offenses | 725 |
| K-Antitrust | 353 | K-Regulatory Offenses | 786 |
| L-All Other Civil | 34,179 | L-All Other Criminal | 1,641 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

EXHIBIT H

EXHIIBIT H

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA CENTRAL**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 16,250 | 18,102 | 18,125 | 18,207 | 15,853 | 15,495 | | |
| | Terminations | | 16,477 | 16,232 | 17,648 | 17,388 | 17,255 | 15,881 | | |
| | Pending | | 12,376 | 14,273 | 14,695 | 15,310 | 13,879 | 13,491 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -4.6 | -14.4 | -14.5 | -14.9 | -2.3 | | 49 | 7 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months [2] | | 62.8 | 73.9 | 101.9 | 108.3 | 92.9 | 79.5 | | |
| **Actions per Judgeship** | Filings | Total | 580 | 647 | 647 | 650 | 566 | 553 | 22 | 5 |
| | | Civil | 500 | 557 | 564 | 594 | 505 | 495 | 12 | 3 |
| | | Criminal Felony | 46 | 58 | 53 | 36 | 37 | 35 | 82 | 10 |
| | | Supervised Release Hearings | 35 | 31 | 30 | 19 | 24 | 24 | 62 | 13 |
| | Pending Cases [2] | | 442 | 510 | 525 | 547 | 496 | 482 | 47 | 6 |
| | Weighted Filings [2] | | 570 | 650 | 692 | 716 | 607 | 562 | 17 | 3 |
| | Terminations | | 588 | 580 | 630 | 621 | 616 | 567 | 24 | 5 |
| | Trials Completed | | 12 | 12 | 10 | 4 | 8 | 9 | 81 | 12 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.0 | 13.3 | 13.8 | 16.7 | 19.0 | 20.2 | 82 | 14 |
| | | Civil [2] | 4.9 | 5.1 | 4.8 | 4.8 | 4.9 | 4.7 | 2 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 19.6 | 21.5 | 22.3 | 20.0 | 24.2 | 22.9 | 5 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 545 5.7 | 564 5.2 | 597 5.3 | 667 5.6 | 903 8.6 | 975 9.4 | 41 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.6 | 1.7 | 1.5 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 44.5 | 44.3 | 56.7 | 58.4 | 58.1 | 64.2 | | |
| | | Percent Not Selected or Challenged | 43.9 | 45.4 | 54.0 | 59.6 | 54.6 | 58.0 | | |

### 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 13,848 | 744 | 189 | 1,171 | 33 | 347 | 630 | 1,500 | 983 | 1,424 | 3,460 | 15 | 3,352 |
| Criminal [1] | 963 | 1 | 326 | 51 | 190 | 196 | 57 | 37 | - | 33 | 6 | 25 | 41 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

EXHIBIT H

EXHIIBIT H

## U.S. District Court — Judicial Caseload Profile

**DISTRICT OF COLUMBIA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 3,351 | 3,801 | 4,629 | 4,412 | 4,259 | 4,464 | | |
| | | Terminations | 2,959 | 3,258 | 4,105 | 3,849 | 4,135 | 4,149 | | |
| | | Pending | 4,199 | 4,746 | 5,236 | 5,748 | 5,796 | 6,010 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 33.2 | 17.4 | -3.6 | 1.2 | 4.8 | | 20 | - |
| | | Number of Judgeships | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | | Vacant Judgeship Months [2] | 40.8 | 0.0 | 4.6 | 0.0 | 16.8 | 3.3 | | |
| **Actions per Judgeship** | **Filings** | Total | 223 | 253 | 309 | 294 | 284 | 298 | 77 | - |
| | | Civil | 193 | 212 | 263 | 261 | 230 | 262 | 52 | - |
| | | Criminal Felony | 18 | 33 | 32 | 23 | 44 | 26 | 90 | - |
| | | Supervised Release Hearings | 12 | 9 | 13 | 11 | 10 | 9 | 86 | - |
| | Pending Cases [2] | | 280 | 316 | 349 | 383 | 386 | 401 | 60 | - |
| | Weighted Filings [2] | | 234 | 272 | 303 | 285 | 295 | 282 | 77 | - |
| | Terminations | | 197 | 217 | 274 | 257 | 276 | 277 | 82 | - |
| | Trials Completed | | 5 | 9 | 9 | 5 | 7 | 11 | 69 | - |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.6 | 9.7 | 11.0 | 13.5 | 13.5 | 17.9 | 71 | - |
| | | Civil [2] | 6.7 | 6.3 | 4.7 | 5.3 | 5.5 | 5.0 | 4 | - |
| | From Filing to Trial [2] (Civil Only) | | 49.3 | 42.5 | 44.8 | - | 42.7 | 54.4 | 60 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 428 12.7 | 588 15.9 | 676 16.4 | 743 16.1 | 874 20.2 | 1,031 22.6 | 80 | - |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.4 | 1.2 | 1.3 | 1.4 | 1.3 | | |
| | **Jurors** | Avg. Present for Jury Selection | 89.4 | 84.0 | 99.0 | 59.3 | 66.0 | 119.2 | | |
| | | Percent Not Selected or Challenged | 60.2 | 56.2 | 56.2 | 44.1 | 59.5 | 57.6 | | |

| 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,937 | 40 | 11 | 326 | 9 | 21 | 108 | 143 | 184 | 63 | 669 | 10 | 2,353 |
| Criminal [1] | 385 | 20 | 74 | - | 69 | 28 | 57 | 33 | - | 5 | 46 | 25 | 28 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

EXHIBIT H