EXHIBIT I

 

## UNITED STATES OF AMERICA
## BEFORE THE NATIONAL LABOR RELATIONS BOARD
## REGION 31

| | |
|---|---|
| Loma Linda – Inland Empire Consortium For Healthcare Education d/b/a Loma Linda University Health Education Consortium,<br><br>Respondent<br><br>and<br><br>Union of American Physicians & Dentists, AFSCME, AFL-CIO<br><br>Petitioner | Case 31-RC-312064 |

## STIPULATION

Loma Linda – Inland Empire Consortium For Healthcare Education d/b/a Loma Linda University Health Education Consortium ("LLUHEC") and the Union of American Physicians & Dentists, AFSCME, AFL-CIO ("Union") stipulate and agree to the following:

1. All LLUHEC ACGME ("Accreditation Council General Medical Education")-accredited residency and fellowship programs rotate residents and fellows to locations for appropriate training.

2. The program's training needs, along with the training needs of the residents and fellows, are the primary factors in the formation of and placement of residents and fellows on rotation options. Residents and Fellows may be assigned to rotations or may select from elective rotations so long as they remain on track for ACGME requirements and milestones.

3. All LLUHEC residency and fellowship programs provide learning and training opportunities to residents and fellows based upon ACGME requirements, the training needs of the residents and fellows, and any additional requirements established by LLUHEC.

4. As required by ACGME and LLUHEC, all LLUHEC residency and fellowship programs require residents and fellows to engage in teaching of medical students, other residents, and other medical professionals.

5. The majority of LLUHEC programs have residents and fellows who spend more than 30% of their time in residency and fellowship rotations outside of Loma Linda University Medical Center ("LLUMC"). Residents and Fellows may spend more time at LLUMC based on their program and their PGY year than other Residents and Fellows.

6. Residents and fellows in all LLUHEC ACGME-programs advance in the residency or fellowship by meeting the ACGME requirements and milestones for their program as well as any additional requirements from the certifying Board for that particular specialty as well as any LLUHEC requirements such as TeamSTEPS.

7. LLUHEC ACGME programs are trained to and may choose to give match preference to otherwise qualified self-identified Seventh-day Adventist members or graduates of Loma Linda University when ranking applicants as part of the Match program.

- 1 -

EXHIBIT I

8. All programs encourage that LLUH-affiliated faculty incorporate the mission and values of LLUHEC in their programs.

9. The funds received for graduate medical education from all external grant and revenue sources do not cover the cost of running the LLUHEC programs.

10. In no LLUHEC program can services provided to patients or procedures conducted by residents or fellows be billed to federal, state or private insurance with a resident or fellow as the billing physician. All surgical and some invasive procedures conducted by medical residents and fellows are required to have a fully licensed, attending physician physically present. Attending physicians, in some cases, can use the documentation recorded by the resident or fellow as part of the documentation for the service rendered for the purpose of the physician billing the service to federal, state, or private insurance.

11. To the extent ACGME rules, federal, state, or local requirements, and the rules of the facility where the resident or fellow is performing services or procedures allow, some clinical services or other duties may be indirectly supervised where the attending is not physically present during the actual exam or procedure but is available if needed.

12. In all cases, any tasks done by a resident and fellow could be done by a licensed physician or other medical professional (if within the scope of their practice) such as a Physician's Assistant or an Advanced Practice Nurse. If such tasks were performed by a non-resident or non-fellow due to the absence of a residency or fellowship program, then in most cases it could be billed to public or private insurance if performed by a physician or other medical professional within the scope of their practice. Residents and fellows may perform tasks that an attending physician or other medical professional would otherwise be required to complete themselves.

13. The rotation of residents and fellows to locations other than the locations specifically identified in the record as of this stipulation, provide no revenue to LLUHEC, LLUMC or any other Loma Linda University Health ("LLUH") entity.

14. In most programs, residents and fellows will spend less than approximately 50% of their time in clinical rotations at LLUMC, and in a majority of programs they will spend no more than approximately 30% of their time at LLUMC for clinical rotations. This may vary depending on program and PGY year.

15. LLUHEC has no control over any of the LLUH sites—it is not an officer, director, board member, trustee, or employee of any such sites.

16. LLUHEC owns no real estate, medical equipment, or facilities.

17. There are no residency or fellows programs that send residents and fellows to only LLUMC.

18. The other rotation sites not affiliated with LLUH do not require that the attending physicians be members of an LLUH-affiliated medical staff. Responsibilities of attending physicians at rotation sites that are not part of LLUH are governed by ACGME requirements in addition to specific requirements set forth in the Program Letter of Agreement (PLA) applicable to a specific rotation within an ACGME-accredited residency or fellowship program, as well as any rules, policies, or requirements of the rotation site that are not inconsistent with ACGME rules, the law or the PLA.

19. Residents and Fellows receive payments with an attached description two times per month. The description reflects federal and state income tax withholdings, as well as withholdings for Social Security, Medicare, State Disability Insurance, and State Unemployment Insurance.

20. Residents and Fellows receive W-2 forms from LLUHEC.

- 2 -

21. LLUHEC provides health plan coverage and a 403(b) retirement savings plan to residents and fellows.

22. Residents or fellows are not required to actively engage in religious activities.

23. At all times, Loma Linda Faculty, residents, and fellows are required to respect the religious beliefs and wishes of patients (or lack thereof), regardless of whether those patients are members of the Seventh-day Adventist Church.

24. LLUMC and Loma Linda University Children's Hospital are licensed by the California Department of Public Health and subject to the regulatory authority of the California Department of Public Health.

25. Pursuant to ACGME requirements, residents and fellows are subject to a maximum of 320 hours of work in a four-week period. Residents and fellows may waive this restriction for clinical, educational or humanitarian opportunities.

26. Membership in the Seventh-day Adventist Church is not a requirement for participation in any of LLUHEC's residency or fellowship programs.

27. Residents and Fellows are not identified as "Medical Students" on identification badges.

By entering into this Stipulation, neither LLUHEC nor the Union waive any of their arguments in this case or related matters, including, but not limited to (a) whether the Board has jurisdiction in this matter; and (b) whether residents and fellows are employees under Section 2(3) of the Act.

Further, neither party may use the negotiations over this draft, or any prior version, as evidence regarding any fact at issue.

Upon receipt of this Stipulation by the Hearing Officer it may be admitted, without objection, as a Board exhibit in this proceeding.

_____             _____
For the Respondent                                                    For the Petitioner

RECEIVED:

_____             03/22/2023
Hearing Officer                                                              Date

- 3 -

Error! Unknown document property name.
93421013v.1

EXHIBIT I

 

UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
REGION 31

| | |
|---|---|
| **Loma Linda – Inland Empire Consortium For Healthcare Education d/b/a Loma Linda University Health Education Consortium,**<br><br>Respondent<br><br>and<br><br>**Union of American Physicians & Dentists, AFSCME, AFL-CIO**<br><br>Petitioner | **Case 31-RC-312064** |

## STIPULATION

Loma Linda – Inland Empire Consortium For Healthcare Education d/b/a Loma Linda University Health Education Consortium ("LLUHEC") and the Union of American Physicians & Dentists, AFSCME, AFL-CIO ("Union") stipulate and agree to the following:

1. All LLUHEC ACGME ("Accreditation Council General Medical Education")-accredited residency and fellowship programs rotate residents and fellows to locations for appropriate training.
2. The program's training needs, along with the training needs of the residents and fellows, are the primary factors in the formation of and placement of residents and fellows on rotation options. Residents and Fellows may be assigned to rotations or may select from elective rotations so long as they remain on track for ACGME requirements and milestones.
3. All LLUHEC residency and fellowship programs provide learning and training opportunities to residents and fellows based upon ACGME requirements, the training needs of the residents and fellows, and any additional requirements established by LLUHEC.
4. As required by ACGME and LLUHEC, all LLUHEC residency and fellowship programs require residents and fellows to engage in teaching of medical students, other residents, and other medical professionals.
5. The majority of LLUHEC programs have residents and fellows who spend more than 30% of their time in residency and fellowship rotations outside of Loma Linda University Medical Center ("LLUMC").  Residents and Fellows may spend more time at LLUMC based on their program and their PGY year than other Residents and Fellows.
6. Residents and fellows in all LLUHEC ACGME-programs advance in the residency or fellowship by meeting the ACGME requirements and milestones for their program as well as any additional requirements from the certifying Board for that particular specialty as well as any LLUHEC requirements such as TeamSTEPS.
7. LLUHEC ACGME programs are trained to and may choose to give match preference to otherwise qualified self-identified Seventh-day Adventist members or graduates of Loma Linda University when ranking applicants as part of the Match program.

- 1 -

8. All programs encourage that LLUH-affiliated faculty incorporate the mission and values of LLUHEC in their programs.

9. The funds received for graduate medical education from all external grant and revenue sources do not cover the cost of running the LLUHEC programs.

10. In no LLUHEC program can services provided to patients or procedures conducted by residents or fellows be billed to federal, state or private insurance with a resident or fellow as the billing physician. All surgical and some invasive procedures conducted by medical residents and fellows are required to have a fully licensed, attending physician physically present. Attending physicians, in some cases, can use the documentation recorded by the resident or fellow as part of the documentation for the service rendered for the purpose of the physician billing the service to federal, state, or private insurance.

11. To the extent ACGME rules, federal, state, or local requirements, and the rules of the facility where the resident or fellow is performing services or procedures allow, some clinical services or other duties may be indirectly supervised where the attending is not physically present during the actual exam or procedure but is available if needed.

12. In all cases, any tasks done by a resident and fellow could be done by a licensed physician or other medical professional (if within the scope of their practice) such as a Physician's Assistant or an Advanced Practice Nurse. If such tasks were performed by a non-resident or non-fellow due to the absence of a residency or fellowship program, then in most cases it could be billed to public or private insurance if performed by a physician or other medical professional within the scope of their practice. Residents and fellows may perform tasks that an attending physician or other medical professional would otherwise be required to complete themselves.

13. The rotation of residents and fellows to locations other than the locations specifically identified in the record as of this stipulation, provide no revenue to LLUHEC, LLUMC or any other Loma Linda University Health ("LLUH") entity.

14. In most programs, residents and fellows will spend less than approximately 50% of their time in clinical rotations at LLUMC, and in a majority of programs they will spend no more than approximately 30% of their time at LLUMC for clinical rotations. This may vary depending on program and PGY year.

15. LLUHEC has no control over any of the LLUH sites—it is not an officer, director, board member, trustee, or employee of any such sites.

16. LLUHEC owns no real estate, medical equipment, or facilities.

17. There are no residency or fellows programs that send residents and fellows to only LLUMC.

18. The other rotation sites not affiliated with LLUH do not require that the attending physicians be members of an LLUH-affiliated medical staff. Responsibilities of attending physicians at rotation sites that are not part of LLUH are governed by ACGME requirements in addition to specific requirements set forth in the Program Letter of Agreement (PLA) applicable to a specific rotation within an ACGME-accredited residency or fellowship program, as well as any rules, policies, or requirements of the rotation site that are not inconsistent with ACGME rules, the law or the PLA.

19. Residents and Fellows receive payments with an attached description two times per month. The description reflects federal and state income tax withholdings, as well as withholdings for Social Security, Medicare, State Disability Insurance, and State Unemployment Insurance.

20. Residents and Fellows receive W-2 forms from LLUHEC.

  21. LLUHEC provides health plan coverage and a 403(b) retirement savings plan to residents and fellows.
  22. Residents or fellows are not required to actively engage in religious activities.
  23. At all times, Loma Linda Faculty, residents, and fellows are required to respect the religious beliefs and wishes of patients (or lack thereof), regardless of whether those patients are members of the Seventh-day Adventist Church.
  24. LLUMC and Loma Linda University Children's Hospital are licensed by the California Department of Public Health and subject to the regulatory authority of the California Department of Public Health.
  25. Pursuant to ACGME requirements, residents and fellows are subject to a maximum of 320 hours of work in a four-week period. Residents and fellows may waive this restriction for clinical, educational or humanitarian opportunities.
  26. Membership in the Seventh-day Adventist Church is not a requirement for participation in any of LLUHEC's residency or fellowship programs.
  27. Residents and Fellows are not identified as "Medical Students" on identification badges.

  By entering into this Stipulation, neither LLUHEC nor the Union waive any of their arguments in this case or related matters, including, but not limited to (a) whether the Board has jurisdiction in this matter; and (b) whether residents and fellows are employees under Section 2(3) of the Act.

  Further, neither party may use the negotiations over this draft, or any prior version, as evidence regarding any fact at issue.

  Upon receipt of this Stipulation by the Hearing Officer it may be admitted, without objection, as a Board exhibit in this proceeding.

_____  *Michaela Posner*
For the Respondent  For the Petitioner

**RECEIVED:**

*Keith Scott*  03/22/2023
Hearing Officer  Date