

EXHIBIT J

# JOB DESCRIPTION

**Mission and Values Statement "How We Live"**

**Our mission is to continue the teaching and healing ministry of Jesus Christ. Our core values are compassion, excellence, humility, integrity, justice, teamwork and wholeness.**

**Job Code:** I02101
**Job Title:** Resident 1
**FLSA:** Exempt
**Revised Date:** 02/07/2020

**Job Summary**
Resident Physician (hereinafter "Resident") entails provisions of patient care commensurate with level of advancement and competence. Abides by the policies, rules, and procedures of Medical Center and its Affiliated Institutions, specific Graduate Medical Education (GME) Program, and Graduate Medical Education Committee (GMEC). Adheres to Accreditation Council for Graduate Medical Education institutional and program requirement. Complies with established ethical behaviors and practices. Provides medical care and learns under the direction and supervision of appropriate attending physicians and faculty members. Performs assigned duties in appropriate and timely manner. Advises on-call colleagues of the status of patient on the assigned service. Assures assigned patients received appropriate and continuous care. Participates in institutional programs and activities. Performs other duties as needed.

**Job Duties - "What We Do"**
**Essential Duties**

- Abides by Medical Center policies and procedures, the policies and procedures of the Affiliated Institutions to which Resident may rotate or be assigned, the policies and procedures of the specific Graduate Medical Education (GME) Program, the Graduate Medical Education Committee's (GMEC) rules, regulations, policies and procedures, and adhere to Accreditation Council for Graduate Medical Education institutional and program requirements.

- Complies with established ethical behavior and practices.

- Performs the duties assigned to Resident to the best of his/her skill and ability under the general direction of the Graduate Medical Education Committee (GMEC) and the specific direction of members of the Medical Staff.

- Participates in safe, effective, and compassionate patient care under supervision, commensurate with their level of advancement and responsibility.

- Takes responsibility for the care of all patients on the service and see new patients promptly and leave orders.

- Takes continuous responsibility for patients and not necessarily limited to any scheduled hours within the guidelines of the Graduate Medical Education Committee (GMEC).

- Develops a personal program of self-study and professional growth with guidance from the teaching staff.

EXHIBIT J

- Participates fully in the educational activities of the program and develop an understanding of the ethical, socio-economic and medical/legal issues that affect graduate medical education and of how to apply cost containment measures in the provision of patient care.

- Participates in institutional programs and activities involving the medical staff and adhere to established practices, procedures, and policies of the institution.

- Participates in the evaluation of the Graduate Medical Education (GME) Program and its faculty.

- Refrains from accepting fees from any patient for services rendered at LLUMC or its Affiliate Institutions.

## Job Specifications
### Knowledge, Skills and Abilities (KSA)

- Resident must be capable of learning; responding to and improving with constructive feedback; and demonstrating increasing competence so that by the end of training, Resident will be competent to independently practice the specialty. Initially, Resident must be able to practice medicine safely under supervision, perform a complete history and physical examination, effectively document in the electronic health record, write orders on behalf of the Medical Staff, and obtain consents for procedures on behalf of medical staff members. Able to read, write legibly, speak in English (and Spanish preferred) with professional quality; use computer and software programs necessary to the position; troubleshoot and calibrate patient care equipment. Able to relate and communicate positively, effectively, and professionally with others; be assertive and consistent in following and/or enforcing policies; work calmly and respond courteously when under pressure; lead, supervise, teach, and collaborate; accept direction. Able to communicate effectively in English in person, in writing, and on the telephone; think critically; work with indirect supervision; perform basic math functions; manage multiple assignments effectively; work well under pressure; problem solve; organize and prioritize workload; recall information with accuracy; pay close attention to detail. Able to distinguish colors and smells as necessary for patient care; hear sufficiently for general conversation in person and on the telephone; identify and distinguish various sounds associated with the work place/patient care; see adequately to read computer screens, medical records, and written documents necessary to position; discern temperature variances through touch.

### Education and Experience
- Graduate of a medical school accepted by the Medical Board of California or the Osteopathic Medical Board of California required.

### Licensure(s) and Certification(s)
- Basic Life Support Certification Required. Permission of or licensure by the Medical Board of California or the Osteopathic Medical Board of California to participate in graduate medical education required.

### Age Specific Criteria
- Age specific criteria pertinent to this position are contained and described within the department's Performance Standards. Additional criteria may be listed in separate documents by the department.

### Exposure to Hazards
- Hazardous materials pertinent to this position are described in the department's Safety Data Sheets (SDS) information outlined on One Portal.

## Physical Demands

I02101-(Resident 1)                       2

EXHIBIT J

Physical Demand Description: The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. Please refer to Department addendum for physical requirements by specialties. ACTIVITIES: Occasionally requires kneeling, reaching above shoulder level, reaching below waist, climbing and crawling. Frequently requires walking, sitting, squatting, reaching at shoulder level, reaching above waist, bending waist, twisting waist, balancing, bending neck, and using foot controls. Continuously requires standing, turning neck. HAND FUNCTIONS: Continuously requires pinching, simple grasping, firm grasping and fine manipulation. ENVIRONMENTAL DEMANDS: Occasionally exposed to outdoor weather conditions, gas, extreme heat and cold, humid, steam, chemotherapy, radiation, animals, insects and hazardous materials. Frequently works indoors, exposed to heights, dust, fumes, excessive noise, wet, hostility and working on uneven ground, and vibrations. Continuously exposed to pathogens, latex, medications, sharps. VISION REQUIREMENTS: Specific vision abilities may be required including close vision, distance vision, peripheral vision, depth perception and ability to adjust focus. DRIVING: Not applicable. LIFTING AND CARRYING: Continuously lifts up to 10 lbs, occasionally lifts up to 50 lbs and occasionally lifts over 50 lbs. Continuously carries up to 10 lbs, occasionally carries up to 50 lbs and occasionally carries over 50 lbs. The type of objects lifted or carried are as follows: medical equipment, patients, records, paperwork, medical and office supplies. PUSH AND PULL (PATIENT CARE AND NON-PATIENT CARE ACTIVITIES): Frequently uses maximum force when performing patient care and non-patient care activities. The types of objects that are pushed or pulled are as follows: computer workstations, patient transport various methods, carts, office and medical equipment and machines, lifting devices. In emergency situations, will need to blanket drag patient 50 plus feet using proper body mechanics and patient safety.

**End of report**