

UNITED STATES GOVERNMENT

# NATIONAL LABOR RELATIONS BOARD

OFFICE OF THE GENERAL COUNSEL

Contempt, Compliance and Special Litigation Branch
1015 Half Street, S.E. – Fourth Floor
Washington, D.C. 20003

**BY CM/ECF**　　　　　　　　　　　　　　　　　　　　　　　　　　　　April 5, 2023

The Honorable Senior Judge Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

　　　　　　　　　　　Re:　*Linda Loma—Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium v. NLRB*
　　　　　　　　　　　　　　No. 1:23-cv-688-CKK

Dear Senior Judge Kollar-Kotelly:

　　　　On behalf of Defendant National Labor Relations Board (NLRB), we write to advise the Court that today the parties concluded their submission of evidence in the underlying representation hearing in NLRB Case 31-RC-312064, which is one of two administrative matters that Plaintiff Loma Linda University Health Education Consortium asks this Court to enjoin. Now that the record in the representation case is closed, the parties have the option to submit post-hearing briefs to the Regional Director for NLRB Region 31 by April 19, 2023. *See* 29 C.F.R. § 102.66(h).

　　　　After the submission of briefs, the Regional Director will draft a decision and, if it is determined to be appropriate, a direction of election. *Id.* § 102.67(a), (b). Given the length of the record in the representation proceeding and Region 31's existing workload, counsel for the Board anticipates that the Regional Director's issuance of a decision in Case 31-RC-312064 is at least several weeks away.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DAWN L. GOLDSTEIN
　　　　　　　　　　　　　　　　　　*Assistant General Counsel*

　　　　　　　　　　　　　　　　　　KEVIN P. FLANAGAN
　　　　　　　　　　　　　　　　　　*Supervisory Attorney*

*Linda Loma—Inland Empire Consortium for*  - 2 -  April 5, 2023
*Healthcare Education d/b/a Loma Linda*
*University Health Education Consortium v.*
*NLRB*
No. 1:23-cv-688-CKK

        /s/ David Boehm
        DAVID BOEHM
        *Trial Attorney*
        Bar No. 103755
        David.boehm@nlrb.gov
        Tel: (202) 273-4202

        AARON SAMSEL
        *Trial Attorney*

        TYLER JAMES WIESE
        *Trial Attorney*

        National Labor Relations Board
        Contempt, Compliance & Special Litigation Branch
        1015 Half Street, S.E. - Fourth Floor
        Washington, D.C. 20003