IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Loma Linda—Inland Empire Consortium<br>For Healthcare Education<br>d/b/a<br>Loma Linda University Health<br>Education Consortium<br>1177 Campus Street<br>Loma Linda, CA 92354<br><br>Plaintiff<br><br>v.<br><br>National Labor Relations Board<br>1015 Half St., SE<br>Washington, D.C. 20003<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:23-cv-00688-CKK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT NATIONAL LABOR RELATIONS BOARD'S NOTICE OF CLOSURE OF REPRESENTATION-CASE HEARING IN CASE 31-RC-312064**

Defendant National Labor Relations Board (NLRB) hereby notifies the Court that on April 5, 2023, the parties concluded their submission of evidence in the underlying representation hearing in NLRB Case 31-RC-312064, which is one of two administrative matters that Plaintiff Loma Linda University Health Education Consortium asks this Court to enjoin. Now that the record in the representation case is closed, the parties have the option to submit post-hearing briefs to the Regional Director for NLRB Region 31 by April 19, 2023. *See* 29 C.F.R. § 102.66(h).

After the submission of briefs, the Regional Director will draft a decision and, if it is determined to be appropriate, a direction of election. *Id.* § 102.67(a), (b). Given the length of the record in the representation proceeding and Region 31's existing workload, counsel for the

Board anticipates that the Regional Director's issuance of a decision in Case 31-RC-312064 is at least several weeks away.

        Respectfully submitted,

        DAWN L. GOLDSTEIN
        *Assistant General Counsel*

        KEVIN P. FLANAGAN
        *Supervisory Attorney*

        /s/ David Boehm
        DAVID BOEHM
        *Trial Attorney*
        Bar No. 103755
        David.boehm@nlrb.gov
        Tel: (202) 273-4202

        AARON SAMSEL
        *Trial Attorney*

        TYLER JAMES WIESE
        *Trial Attorney*

        National Labor Relations Board
        Contempt, Compliance & Special Litigation Branch
        1015 Half Street, S.E. - Fourth Floor
        Washington, D.C. 20003

Dated:  April 6, 2023