# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOMA LINDA—INLAND EMPIRE CONSORTIUM FOR HEALTHCARE EDUCATION,<br><br>    Plaintiff<br><br>    v.<br><br>NATIONAL LABOR RELATIONS BOARD,<br>    Defendant. | Civil Action No. 23-0688 (CKK) |

## ORDER
(April 11, 2023)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that this case is **DISMISSED** for lack of subject matter jurisdiction. It is further

**ORDERED**, that Plaintiff's [6] Motion for Preliminary Injunction is **DENIED AS MOOT**. It is further

**ORDERED**, that Defendant's [20] Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) is **DENIED AS MOOT**.

**SO ORDERED**.

This is a final, appealable order.

Dated: April 11, 2023

                                        /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge