UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Loma Linda – Inland Empire Consortium<br>For Healthcare Education<br>d/b/a<br>Loma Linda University Health<br>Education Consortium<br>11175 Campus Street<br>Loma Linda, CA 92354<br><br>Plaintiff<br><br>v.<br><br>National Labor Relations Board<br>1015 Half Street, SE<br>Washington, DC 20003<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 21-cv-00688-CKK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered by this Court on April 11, 2023. See Docs: 24 and 25

        Respectfully submitted,

        SEYFARTH SHAW LLP
        */s/ Michael D. Berkheimer*

        Michael D. Berkheimer (admitted *pro hac vice)*
        Samantha L. Brooks (D.C. Bar. No. 1033641)
        Jack Toner
        Seyfarth Shaw LLP
        975 F Street

        Washington, DC 20004
        (202) 828-3560
        Fax: (202) 641-9209
        sbrooks@seyfarth.com
        mberkheimer@seyfarth.com
        jtoner@seyfarth.com

        Joshua L. Ditelberg
        233 S. Wacker Drive
        Suite 8000
        Chicago, IL 60606-644
        jditelberg@seyfarth.com

        Jeffrey Berman (admitted *pro hac vice*)
        2029 Century Park East
        Suite 3500
        Los Angeles, CA 90067-3021
        jberman@seyfarth.com

        Christian J. Rowley
        crowley@seyfarth.com
        Jennifer L. Mora
        jmora@seyfarth.com
        560 Mission Street
        Suite 3100
        San Francisco, CA 94105-2930
        *Attorneys for Loma Linda University Health Education Consortium*

Dated: April 27, 2023

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Plaintiff Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium Notice of Appeal was filed by CM/ECF, on this 27th day of April 2023. All parties will receive notice and service of this Notice of Appeal via the CM/ECF system.

        */s/ Michael D. Berkheimer*
        Michael D. Berkheimer

April 27 2023